## NORTH POINT RX, LLC v. ROBERT WAYNE SIMS

## <u>EXHIBIT LIST</u>

**Exhibit "A"**   Final Order (October 2, 2023)

*Referenced in: ¶22*

**Exhibit "B"**   Modified Final Order (October 18, 2023)

*Referenced in: ¶24*

**Exhibit "C"**   Final Judgment (May 19, 2025)

*Referenced in: ¶41*

**Exhibit "D"**   Indebtedness Itemization

*Referenced in: ¶68*

**Exhibit "E"**   Sims' September 28, 2023 Email to McCrory ("Soft Proceeds" Email)

*Referenced in: ¶14, ¶21, ¶36, ¶73, ¶83*

**Exhibit "F"**   General Warranty Deed — Tampa Condominium (December 31, 2025)

*Referenced in: ¶53*

**Exhibit "G"**   Citizens Bank Loan Overview (January 23, 2024)

*Referenced in: ¶32*

**Exhibit "H"**   Citizens Bank Business Loan Agreement with "No Litigation" Representation (March 15, 2024)

*Referenced in: ¶34*

**Exhibit "I"**   Key Therapeutics 2023 Financial Compilation Provided at Loan Origination

*Referenced in: ¶35*

**Exhibit "J"**   Sims' Personal Financial Statement (January 19, 2024)

*Referenced in: ¶35*

**Exhibit "K"**   Sims' 2023 Schedule C / Tax Return (dated March 3, 2025)

*Referenced in: ¶35, ¶44*

**Exhibit "L"**   Citizens Bank LOC Freeze Email and Risk Rate Change Form (July 18, 2025)

*Referenced in: ¶48*

**Exhibit "M"**   $550,000 Transaction Slip (July 21, 2025)

*Referenced in: ¶49*

**Exhibit "N"**   Key's Citizens Bank Statement, July 2025

*Referenced in: ¶49*

**Exhibit "O"**   Citizens Bank Closing Statement - McCrory as Settlement Agent (March 20, 2024)

*Referenced in: ¶36, ¶56*

**Exhibit "P"**   June 6, 2025 Business Loan Agreement (Extension Application)

*Referenced in: ¶45*

**Exhibit "Q"**   Key's Defense Counsel July 28, 2025 Letter ("North Point's Liability Is Not Included")

*Referenced in: ¶50*

**Exhibit "R"**   Gentex Pharma, LLC - Mississippi Secretary of State Filings

*Referenced in: ¶40*

**Exhibit "S"**   Copay Consultants, LLC - January 13, 2026 Articles of Amendment

*Referenced in: ¶55*

**Exhibit "T"**   Key Therapeutics Bankruptcy Schedules (SOFA and Schedule B)

*Referenced in: ¶56*

**Exhibit "U"**   Sims' March 2025 Personal Financial Statement and Key's 2024 Renewal Financials

*Referenced in: ¶43*

**Exhibit "V"**   Key Therapeutics Internal Balance Sheet (December 12, 2024)

*Referenced in: ¶43*

**Exhibit "W"**   Commercialization Agreement (July 8, 2022)

*Referenced in: ¶9*

**Exhibit "X"**   Sims' Certifications of Financial Statement (March 17, 2025 and July 3, 2025)

*Referenced in: ¶46*

**Exhibit "Y"**   Petition to Confirm Arbitration Award (September 16, 2024)

*Referenced in: ¶37*

**Exhibit "Z"**   Motion for Contempt, Sanctions and Receivership with Memorandum in Support (July 3, 2025)

*Referenced in: ¶47*

**Exhibit "AA"** Pharmaco, LLC - Arizona Corporation Commission Filing (July 11, 2025)

*Referenced in: ¶51*

**Exhibit "BB"** FDA NDC Database Search Results - Key Therapeutics and Gentex Pharma Methocarbamol Transfer (May 22, 2025)

> *Referenced in: ¶42*

**Exhibit "CC"** January 19, 2023 Email Chain - Accounting Request, Refusal, and Termination Ultimatum

> *Referenced in: ¶13*

**Exhibit "DD"** General Warranty Deed  - Tampa Condominium Purchase (October 20, 2023)

> *Referenced in: ¶27*

**Exhibit "EE"** Citizens Bank Loan Renewal Fee Breakdown (General Ledger dated June 6, 2025; cleared July 8, 2025)

> *Referenced in: ¶45*