UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NORTH POINT RX, LLC                                                          PETITIONER

V.                                                          CASE NO. 3:25-CV-20-KHJ-MTP

KEY THERAPEUTICS, LLC                                                          RESPONDENT
a/k/a KEY THERAPUTICS, INC.

FINAL JUDGMENT

Consistent with its Order entered today, Federal Rule of Civil Procedure 58, and 9 U.S.C. § 13, the Court enters this Final Judgment for Petitioner North Point RX, LLC. The Court confirms the arbitral award against Respondent Key Therapeutics, LLC; Key shall comply with the Arbitrator's [1-1] Modified Final Order. Specifically, Key must:

(a) deposit in the Bank Account opened and maintained in accordance with Section 3 of Schedule A to the Agreement the sum of $500,000;

(b) comply with the requirements in Section 3 and deposit in the Bank Account the amount of $2,339,602.88, which represents the "Gross Sales," as defined in the Agreement;

(c) not make any disbursements from, or otherwise encumber, the Bank Account, except (i) to pay "Commercialization Expenses" as defined in Section 3, or (ii) as otherwise approved in writing by North Point, which approval shall not be unreasonably withheld; and

(d) restore North Point's access to view transactions occurring with the Bank Account and restore North Point's visibility to the Bank Account.

*See* [1] ¶ 24; [1-1] at 8–9 (cleaned up).

The Court shall retain jurisdiction until Key complies. This case is closed.

EXHIBIT
C

SO ORDERED AND ADJUDGED, this 19th day of May, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE