# NORTH POINT RX, LLC

*Proof of Claim · In re Key Therapeutics, LLC · Case No. 26-00106-JAW · As of March 29, 2026*

### SECTION 1 — Legal & Professional Fees

| Payee / Vendor | Category | Amount | | |
|---|---|---|---|---|
| Blank Rome LLP | Legal – Arbitration Counsel | $478,155.82 | | |
| Forman Watkins & Krutz LLP | Legal – Local Counsel | $29,319.32 | | |
| Latham, Luna, Eden & Beaudine LLP | Legal – Bankruptcy Counsel | $30,250.76 | | |
| Int'l Court of Arbitration (ICC) | Arbitration Filing Fees | $100,000.00 | | |
| Guidepost Solutions LLC | Expert Witness | $3,570.00 | | |
| Hyman, Phelps & McNamara PC | Expert Witness | $16,790.00 | | |
| Pharmaceutical Project Solutions LLC | Expert Witness | $3,500.00 | | |
| **Gross Legal & Professional Fees** | | **$661,585.90** | | |

### SECTION 2 — Less: Amounts Previously Paid by Key Therapeutics

| Description | Category | Amount | | |
|---|---|---|---|---|
| Arbitration award – attorneys' fees paid by Key | Offset | $17,000.00 | | |
| Arbitration award – ICC fees paid by Key | Offset | $42,950.00 | | |
| **Total Offsets (Paid by Key)** | | **$59,950.00** | | |
| **Net Legal & Professional Fees** | | **$601,635.90** | | |

### SECTION 3 — Inventory Loss

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Inventory Loss (843 units) | Value: $2,059.08 per unit | $1,735,804.44 | † | |
| **Total Inventory Loss** | | **$1,735,804.44** | † | |

### SECTION 4 — Arbitration Award: Sales Proceeds Owed to North Point

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Gross sales proceeds – Key to return | Per arbitration award | $2,339,602.88 | | |
| North Point's contractual share | 80% of gross proceeds | $1,871,682.30 | † | |
| Less: Payment received from Key (Dec. 19, 2023) | | $26,729.09 | | |
| **Net Sales Proceeds Owed** | | **$1,844,953.21** | † | |

### SECTION 5 — Arbitration Award: $500,000 Cash Deposit

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Cash deposit ordered by arbitration award | | $500,000.00 | | |
| **Total Cash Deposit Owed** | | **$500,000.00** | | |

### SECTION 6 — Contractual Interest on Stolen Proceeds

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Late payment interest – prime + 2% per annum | | $967,248.31 | † | |
| **Total Interest Owed** | | **$967,248.31** | † | |

| **NET TOTAL CLAIM** | | **$5,649,641.86** | | |

† North Point's 80% share is derived from the Commercialization Agreement between North Point Rx, LLC and Key Therapeutics, LLC.

† Inventory valuation: Wholesale Acquisition Cost (WAC) of $2,059.08 per unit

† Interest calculated at WSJ Prime Rate + 2% per annum (simple interest) per the Late Payment clause of the Commercialization Agreement (New York governing law). Rate sourced from Federal Reserve / WSJ Prime Rate history.



EXHIBIT

D