**From:** **Robert Sims** rsims@keytherapeutics.net
**Subject:** DESOXYN inventory on-hand
**Date:** September 28, 2023 at 11:41 AM
**To:** Joshua McCrory josh@mlfattorneys.com



We have ~80 units of KTX on hand and another 975 of RRD in the vault; we were in motion with a repack request of ~400 with repack vendor BEFORE NPRx legal made a statement (we must maintain product availability within the major wholesale channels as we are legally contracted under penalty of fine AND removal from participating in future operations within their distribution services).

It's the lesser of the two evils IMHO if we:

- get more labeled under KTX
- keep the major wholesaler relationships in good standing
- make a deal with NPRx / AJENAT to allow KTX to continue labeling/promoting the brand (critical to get their approval or denial)
- use the showing of "soft" proceeds to get the investment bank deal, perform a "mini-IPO", and buy our own assets moving forward

Cordially,

Robert W. Sims
Key Therapeutics, LLC
(601) 672.3611 c
(888) 981.8337 o
(888) 567.0545 f
www.keyrx.com



**CLICK HERE** to view my availability and set up a meeting

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review; use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



EXHIBIT

E