Prepared by:
Frank A. Lafalce, Esq.
Anthony & Partners, PLLC
100 S. Ashley Drive, #1600
Tampa, Florida 33602

File Number: 201621.01

# General Warranty Deed

Made this December 31, 2025 A.D. By **Robert Sims, an unmarried man,** whose address is: 203 Winter Teal Court, Madison, Mississippi 39110, hereinafter called the grantor, to **Gentex Pharma, LLC**, whose post office address is: 232 Market Street, Building K, Jackson, Mississippi 39232, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Hillsborough County, Florida, viz:

Unit No. 04-09W, Building W, GRAND CENTRAL AT KENNEDY RESIDENCES, a Condominium, according to the Declaration of Condominium recorded in O.R. Book 17300, Page 730, and all exhibits and amendments thereof, Public Records of Hillsborough County, Florida.

*Said property is not the homestead of the Grantor under the laws and constitution of the State of Florida in that neither Grantor nor any members of the household of Grantor reside thereon.*

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2025.

DEED Individual Warranty Deed - Legal on Face



**EXHIBIT**

**F**

Prepared by:
Frank A. Lafalce, Esq.
Anthony & Partners, PLLC
100 S. Ashley Drive, #1600
Tampa, Florida 33602

File Number:  201621.01

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness Printed Name _Frank M. LAFALCE_

Address: _17419 Brown Road odessa FL 33556_

Witness Printed Name _Cristal Sanwis_

Address: **100 S. Ashley Dr., STE 1600, Tampa, FL 33602**

_____(Seal)
**Robert Sims**
Address:  203 Winter Teal Court, Madison, Mississippi 39110

_____(Seal)
Address:

State of _FLORIDA_
County of _HILLSBOROUGH_

The foregoing instrument was acknowledged before me by means of ( ✓ physical presence or ( ) online notarization, this 31st day of December, 2025, by Robert Sims, an unmarried man, who is personally known to me or who has produced _____ as identification.

_____
Notary Public
Print Name:_____

My Commission Expires:_____

Notary Public State of Florida
Frank A Lafalce
My Commission  HH 336777
Expires  12/6/2026

DEED Individual Warranty Deed - Legal on Face