

# The Citizens Bank℠

## THE CITIZENS BANK OF PHILADELPHIA
## AND
## KEY THERAPEUTICS, LLC
### *FOR DISCUSSION PURPOSES ONLY*
January 23, 2024

**Borrower:**   Key Therapeutics, LLC

**Guarantors:**   **Robert Wayne Sims – 100%**

**Lender:**   The Citizens Bank

**Amount:**   $2,500,000 + fees

**Purpose:**   A loan in the amount of $2,500,000 (plus fees) for the asset purchase between WraSer, LLC, Xspire Pharma, LLC and Legacy-Xspire Holdings, LLC to be purchased by Key Therapeutics, LLC

**Terms:**   12 month line of credit with interest due monthly

**Rate:**   9.25% fixed rate for 12 months.

**Collateral:**   Loan will be secured by all inventory, accounts receivables and real estate.

**EXHIBIT**

G

**Documentation:** All documents must be acceptable to the Bank and opinion of counsel to the Borrower and Bank on due authorization, execution and enforceability of loan documents. Additional information may be required upon completion of lender's due diligence.

**Not Partners; No Third Party Beneficiaries:**

This term sheet has been issued solely for the benefit of Borrower and may not be shared with a third party without the expressed permission of the Bank.

**Expenses:** Normal and customary closing costs to be paid by Borrower including, but not limited to, 1.00% origination fee to The Citizens Bank, appraisal fees, attorney fees and recording costs for said loan. The Borrower is responsible for payment of all fees incurred by the Bank in connection with the loan whether or not the loan is actually closed.

**Conditions of Lending:**
The obligations of lender/borrower to enter into this loan shall be subject to and receipt of the following:

1. Maintain suitable hazard insurance
2. Flood Certification – validating "no flood plain" or requirement of flood insurance
3. Conforming USPAP Appraisal acceptable to the Bank
4. Loan Title Policy acceptable to the Bank
5. The closing shall be held at a mutually acceptable location with Bank approved attorney and loan documents acceptable to Bank
6. The receipt of other such information and data with respect to Borrowers which may be reasonably requested.
7. Borrower and Guarantors will provide annual tax returns and financial statements to the Bank.

We at The Citizens Bank appreciate this opportunity. If you have any questions, please don't hesitate to give us a call.

Sincerely,

Billy Cook
Vice President


Please note that this term sheet is not a commitment by the Bank to lend, but allows the Borrower to review and understand the terms and conditions of the Bank's comfort level with the proposed loan request.

**ACCEPTANCE**

**This term sheet is hereby accepted on behalf of the Borrowers.**

_____

Robert W. Sims

_____

| |
|---|

Date

_____
Date
1/25/2024



# The Citizens Bank℠

January 30, 2024

Key Therapeutics, LLC
Robert W. Sims
232 Market Street, Bldg K
Flowood, MS  39232

Re:      Offer to Commit Credit

Dear Sir:

On behalf of The Citizens Bank, it is my pleasure to offer to commit to extend a loan to you in accordance with the following terms and conditions:

| | |
|---|---|
| **Borrower:** | Key Therapeutics, LLC |
| **Guarantor:** | Robert W. Sims |
| **Lender:** | The Citizens Bank |
| **Amount:** | $2,500,000.00 (plus fees) |
| **Purpose:** | To purchase inventory/assets of WraSer, LLC, Xspire Pharma, LLC, and Legacy Xspire Holdings, LLC |
| **Terms:** | 12 month revolving line of credit with interest payments due monthly. |
| **Rate:** | 9.25% fixed for 12 months. |
| **Payment** | Monthly interest payments @ 9.25% |

**Collateral:**     50% of inventory, 80% of accounts receivables less than 30 days old, and San Carlos condominium #804 located at 365 E Beach Blvd, Gulf Shores, AL 36542

**Not Partners; No Third Party Beneficiaries:**

The offer of credit described herein does not render Bank a partner or venturer of Borrower for any purpose. This letter has been issued solely for the benefit of Borrower and no third party is authorized to rely upon Borrower's rights hereunder.

**Expenses:**     Normal and customary closing costs to be paid by Borrower including, but not limited to, 1% loan origination fee to The Citizens Bank, appraisal fees, attorney fees and recording costs.. The Borrower is responsible for payment of all fees incurred by the Bank in connection with the loan whether or not the loan is actually closed.

**Accuracy of Presentations:**

The offer set forth herein is expressly conditioned upon the accuracy and completeness of all financial statements and other information provided Bank in connection with the loan application of Borrower.

**Conditions of Lending:**

The obligations of lender to make this loan shall be subject to and receipt of the following:

1. Maintain suitable hazard insurance
2. Flood Certification – validating "no flood plain" or requirement of flood insurance
3. Current Appraisal acceptable to the Bank
4. Loan Title Policy acceptable to the Bank
5. Monthly A/R and Inventory listing for Borrowing Base; inspection/verification of inventory will be required by Bank Officer prior to loan funding.
6. Operating account of Key Therapeutics, LLC
7. The closing shall be held at a mutually acceptable location with Bank approved attorney and loan documents acceptable to Bank
8. The receipt of other such information and data with respect to Borrowers which may be reasonably requested.

9. The executed original of this commitment letter acknowledging Borrower's acceptance of the terms and conditions contained herein.

**General Provisions:**

This letter does not define all of the terms and conditions of the financing but is a framework upon which the documentation of the loan shall be structured. The Loan shall be made under and governed by definitive loan documents to be executed and delivered by the Borrower to the Lender and containing the terms set forth in this commitment, and such other terms, conditions, representations, warranties, covenants, ratios, reporting requirement, and events of default as are usual and customary in lending transactions, such as the Loans. Borrower may not assign its rights hereunder, and any attempted assignment shall be void. Time is of the essence hereof. The requirements of this letter shall survive the closing of the Loan. Whenever the approval, consent or satisfaction of Bank is required by this letter, the approval, consent, or satisfaction of Bank's counsel shall also be required. No term or condition of this letter can be waived or amended unless agreed to in writing by Bank.

**Termination of Commitment:**

If the offer set forth is accepted by Borrower, Bank shall nevertheless be entitled at its option to terminate this commitment at any time before closing upon the occurrence of a material adverse change in the financial condition of Borrower, or any guarantor of the credit descried herein, or upon the discovery by Bank that any representations made to Bank in connection with this credit were or have become materially inaccurate.

**Acceptance of Commitment:**

This offer to commit credit shall expire if revoked by Bank in writing and shall automatically expire unless accepted by you and returned to Bank on or before February 5, 2024.

We at The Citizens Bank appreciate this opportunity. If you have any questions please don't hesitate to give us a call.

Sincerely,

Billy W. Cook
Vice President

**ACCEPTANCE**

**This commitment is hereby accepted on behalf of the Borrowers.**

_Robert W. Sims_        January 29,2024

                                                          Date

7:24cv00138-TAW - Dkt. 3 - Filed 04/10/24 - Entered 04/10/26 16:20:03 - Page 8 of 13

## Borrowing Base Certificate - KEY THERAPEUTICS, LLC
March 7, 2024

To: The Citizens Bank
Attn: BILLY COOK
P O BOX 578
CARTHAGE, MS 39051

### Accounts Receivable

| | | | |
|---|---|---|---|
| 1 | Gross accounts receivable | $ | 710,225.86 |
| 2 | Less: | | |
| a) | Accounts over 60 days past due | | |
| b) | Total ineligible receivables | | $582,461.40 |
| 3 | Balance of qualified receivables | $ | 127,764.46 |

### Inventory

| | | | |
|---|---|---|---|
| 4 | Loan Value of inventory on hand | $ | 5,776,650.00 |

### Total Borrowing Base

| | | | |
|---|---|---|---|
| 7 | 80% of qualified receivables (Line 3) | $ | 102,211.56 |
| 8 | 50% of Inventory on Hand | $ | 2,888,325.00 |
| 11 | Total borrowing base available (Line 7+8+9+10) | $ | 2,990,536.56 |
| 12 | Maximum Available Credit | $ | 2,500,000.00 |
| 13 | Amount over/under (Line 11 less 12) | $ | 490,536.56 |
| ** | If negative immediately reduce principal balance on note | | |

To the best of our knowledge and belief, there have been no changes in the a
above since the date of calculations which would cause the present balance o
and inventory to be less than the amount necessary to comply in all respects v
certificate. We hereby confirm to you that all of the above accounts whether n
arising to acquired, but not limited to each and every account furnished to you
guarantees, remedies and privileges pertaining thereto are, and hereto have b
you and are and have been subject to a security interest in your favor.
Pursuant to our above referenced security agreement with you; wer hereby ce
calculations as of the 7TH DAY OF MARCH, 2024.

KEY THERAPEUTICS, LLC

By: _Robert W. Sims_____

## EXECUTIVE SUMMARY

Borrower Name:  KEY THERAPEUTICS, LLC
Loan Amount: $2,500,000.00 PLUS FEES
Bank Fees:  $25,000.00 – ORIGINATION FEE
Loan Officer: BILLY COOK
Branch: CARTHAGE
Date:  01/26/2024

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

LOAN PURPOSE:  A loan in the amount of $2,500,000 (plus fees) to purchase assets (business) of Wraser, LLC, Xspire Pharma, LLC and Legacy Xspire Holdings, LLC, all pharmaceutical companies.

LOAN OFFICER COMMENTS:  Robert Wayne Sims is sole owner of Key Therapeutics, LLC.  He has been in the pharmaceutical business for 26 years. He has owned and operated Key Therapeutics LLC for the past 7 years. Robert started as a sales representative with a major pharmaceutical company and worked his way up the ladder to positions of trainer, manager, regional director and national sales director.

For this proposed loan's borrowing base, we will use 50% of current inventory and 80% of accounts receivables, 30 days or less. We will also hold a first mortgage on a condominium in Gulf Shores, AL, using 80% LTV of the appraised value.

Mr. Sims will move all operating accounts, with average balances of $400K, to The Citizens Bank from Renasant and Bank Plus.

Please see attached signed term sheet.

PROJECT INFORMATION:  N/A

BORROWER:  Key Therapeutics, LLC

OWNERSHIP:  Key Therapeutics, LLC is solely owned by Robert Wayne Sims.

GUARANTORS: (add rows as necessary)

| Guarantor Name: | Guaranty Type (unsecured/secured) if secured, what is collateral) | Guaranty % |
| --- | --- | --- |
| Robert Wayne Sims | Secured | 100% |
|  |  |  |
|  |  |  |
|  |  |  |

LOAN TERMS: 12 month revolving line of credit with interest due monthly @ 9.25%.

RELATIONSHIP SUMMARY: (complete tables below – insert rows as needed)

AGGREGATE DEBT

| Borrower | Loan # | O/S Balance | Available | Payment | Rate |
| --- | --- | --- | --- | --- | --- |
| Key Therapeutics, LLC | TBD | $2,500,000 + fees |  |  | 9.25% |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Total Aggregate Debt |  | $2,500,000 + fees |  |  |  |

Revised 07/11/2023

## AGGREGATE DEPOSITORY RELATIONSHIP

| Account Holder | Acct Type | Balance |
|---|---|---|
| Key Therapeutics, LLC (Proposed) | Checking | $400,000 - Average |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Aggregate Deposits | | $400,000 - Average |

SOURCES AND USES: (add rows as necessary – primarily for construction / renovation projects)

| Source Description | Source Amount | Use Description | Use Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Total Sources | | Total Uses | |

**TENANT INFORMATION:** N/A

**REPAYMENT SOURCES:** Loan will be repaid from sell of inventory.

**COLLATERAL DESCRIPTION:** Inventory, Accounts Receivables and condominium in Orange Beach

**GUARANTOR(S):** Robert Wayne Sims

**FINANCIAL COVENANTS:** Annual tax returns and financial statements. Monthly borrowing base including accounts receivables and inventory.

**POLICY EXCEPTIONS AND JUSTIFICATION:** None known.

**LOAN OFFICER RECOMMENDATION:** Recommended approval

**STRENGTHS AND WEAKNESSES:** Proposed Personal DSC of 5.11; Proposed Business DSC of 5.92; Proposed Global DSC of 5.50.

**CASH FLOW ANALYSIS:** Sageworks Analysis attached.

Revised 07/11/2023

# FINANCIAL STATEMENT ANALYSIS: KEY THERAPEUTICS, LLC
## Analyst: Cardale Greer

## KEY THERAPEUTICS, LLC

- This company is owned by Robert W. Sims (100%) and reports on his Schedule-C.
- The balance sheet information is based on a 2023 year-end balance sheet.
- The current ratio of 32.33 has decreased from the previous period in 2022 but is still above industry average of 4.05.
- At FYE 2023, the company had a working capital balance of $1.8M
- TA of $1.8M consists primarily of $1.1M in Cash, $471K in A/R, and $232K in Inventory.
- TL of $135K consists primarily of $9K in A/P, $47K in Credit Cards, and $79K in SBA loan payable.
- At FYE 2023, the company had a net worth of $1.7M.
- The income statement information is based on a 2023 year-end income statement.
- Revenues increased by 306.09% in 2023 after seeing an increase of 56.84% in 2022.
- In 2023, the company generated revenues of $2.4M, which after COGS and operating expenses left the company with a net income of $1.4M.
- In the last three years, net income has ranged from ($8K) to $1.4M.
- CADS of $1.4M was sufficient to cover debt obligations of $8K.
- At FYE 2023, the company had a DSC of 190.06 with an excess cash flow of $1.4M.
- In the last three periods of analysis, DSC has ranged from 0.13 to 190.06, with excess cash flow ranging from ($7K) to $1.4M.
- **Proposed Business DSC of 5.92 with excess cash flow of $1.2M based on new LOC request of $2.5M at 9.25% for 12 months.**
- *Net Income, DSC, and Cashflow have increased in each year of analysis.*

## ROBERT W. SIMS
### Personal Balance Sheet

- Per the PFS dated 01/19/24, Mr. Sims has TA of $2.4M, which consists primarily of $1.2M in liquid assets, $59K in personal assets, $135K in personal residence, and $990K in other real estate investments.
- TL of $263K consists primarily of $1K in credit card debt and $262K in other long-term debt.
- Liquidity of $1.2M consists entirely of cash.

### Personal Income/Debt Service

- CADS (cash available for debt service) of $137K was figured based primarily on $180K in distributions from business holdings ($91K in Key Therapeutics, LLC & $89K in Copay Consultants, LLC), less taxes and expenses of ($40K).
- Debt service was calculated using actual monthly payments for all liabilities per the credit reports dated 01/18/24.
- CADS of $137K were sufficient to cover debt obligations and provide a DSC of 5.11 with an excess cash flow of 110K.

- In the last three years of analysis, personal DSC has ranged from (1.15) to 5.11, with a cashflow deficit/excess cash flow ranging from ($58K) to $110K.
- *CADS, DSC, and Cashflow have increased in each year of analysis.*

## GLOBAL CASH FLOW
- Global DSC of 42.99 with an excess cash flow of $1.4M
- **Proposed Global DSC 5.50 with excess cash flow of $1.2M based on new LOC request of $2.5M at 9.25% for 12 months.**

## STRENGTHS:
- Proposed Personal DSC of 5.11
- Proposed Business DSC of 5.92
- Proposed Global DSC of 5.50

## WEAKNESSES:

## RELATED BUSINESSES FINANCIALS:
## CARDINAL HEALTH
- At FYE 2023, the current ratio is 1.00, where it has decreased in the previous period of 1.08 in 2022.
- TA of $43B consists primarily of $4B in Cash Equivalents, $11B in A/R, $16B in Inventories, $2.5B in net fixed assets, and $6B in Goodwill.
- TL of $46B consists primarily of $30B in A/P and $12.5B in other long-term liabilities.
- At FYE 2023, the company had a net worth of ($2.8B).
- Revenues increased by 13.04% in 2023 after seeing an increase of 11.63% in 2022.
- In 2023, the company generated revenues of $205B, which after COGS and operating expenses left the company with a net income of $261M.
- In the last three years, net income has ranged from ($933M) to $611M.

## MCKESSON
- At FYE 2023, the current ratio is 0.92, where it has decreased in the previous period of 0.95 in 2022.
- TA of $62B consists primarily of $5B in Cash Equivalents, $19B in A/R, $20B in Inventories, $2B in net fixed assets, and $6B in Goodwill.
- TL of $64B consists primarily of $42B in A/P and $16B in other long-term liabilities.
- At FYE 2023, the company had a net worth of ($1.49B).
- Revenues increased by 4.83% in 2023 after seeing an increase of 10.8% in 2022.
- In 2023, the company generated revenues of $277B, which after COGS and operating expenses left the company with a net income of $3.6B.
- In the last three years, net income has ranged from ($4.5B) to $3.6B.

## CENCORA, INC (FORMERLY KNOWN AS AMERISOURCEBERGEN)
- At FYE 2023, the current ratio is 0.88, where it has decreased in the previous period of 0.91 in 2022.

- TA of $63B consists primarily of $2.6B in Cash Equivalents, $21B in A/R, $17B in Inventories, $2B in net fixed assets, and $9.6B in Goodwill.
- TL of $63B consists primarily of $46B in A/P, and $13B in other long-term liabilities.
- At FYE 2023, the company had a net worth of $522M.
- Revenues increased by 9.89% in 2023 after seeing an increase of 11.5% in 2022.
- In 2023, the company generated revenues of $262B, which after COGS and operating expenses left the company with a net income of $1.75B.
- In the last three years, net income has ranged from $1.5B to $1.7B.