**Sims, Robert W.**

| Income & Expenses | 2020 Tax Return Cardale Greer **12/31/2020** | 2021 Tax Return Cardale Greer **12/31/2021** | 2022 Tax Return Cardale Greer **12/31/2022** |
|---|---|---|---|
| Yearly Gross Wages / Salaries | $72,943 | $0 | $0 |
| Other Regular and Dependable Sources of Income | $0 | $0 | $0 |
| Cash Flow from Real Estate Investments before Debt Service | $0 | $0 | ($3,026) |
| Cash Flow from Business and Investment Holdings before Debt Service | ($103,948) | $83,733 | $180,121 |
| Key Therapeutics, LLC | ($175,214) | ($837) | $90,674 |
| Copay Consultants LLC | $71,266 | $84,570 | $89,447 |
| Personal Income Adjustments (Optional) | $0 | $0 | $0 |
| **Total Personal Income** | **($31,005)** | **$83,733** | **$177,095** |
| | | | |
| **Expenses** | | | |
| Yearly Rent Payments | $0 | $0 | $0 |
| Taxes Paid (Optional) | $0 | $2,725 | $40,127 |
| Personal Expenses (Optional) | $0 | $0 | ($250) |
| **Net Personal Income before Debt Service** | **($31,005)** | **$81,008** | **$137,218** |
| | | | |
| **Debt Service Payments** | | | |
| Yearly Recurring Debt Payments | $26,868 | $26,868 | $26,868 |
| Approximate Yearly Real Estate Investment Loan Payments | $0 | $0 | $0 |
| Approximate Yearly Business and Investment Holdings Loan Payments | $0 | $0 | $0 |
| Other Annual Debt Service | $0 | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 | $0 |
| | | | |
| **Total Approximate Yearly Debt Service Payments** | **$26,868** | **$26,868** | **$26,868** |
| **Discretionary Cash Flow** | **($57,873)** | **$54,140** | **$110,350** |
| **Personal Debt Service Coverage Ratio** | **-1.15** | **3.02** | **5.11** |

**Comments**

EXHIBIT

I

**Sims, Robert W.**

| Balance Sheet | Personal Financial Statement 12/31/2020 | Personal Financial Statement 12/31/2021 | Personal Financial Statement 01/19/2024 |
|---|---|---|---|
| Cash / Checking / Savings / Money Market | $0 | $0 | $1,234,000 |
| Public Company Stocks / Bonds | $0 | $0 | $0 |
| Mutual Funds or Pooled Securities | $0 | $0 | $0 |
| Other Liquid or Semi-Liquid Assets on Hand | $0 | $0 | $0 |
| **Total Liquid and Semi-Liquid Assets on Hand** | **$0** | **$0** | **$1,234,000** |
| Closely Held Company Stock | $0 | $0 | $0 |
| Cash Value of Life Insurance | $0 | $0 | $0 |
| Retirement Accounts | $0 | $0 | $0 |
| Automobiles | $0 | $0 | $0 |
| Jewelry | $0 | $0 | $0 |
| Furniture / Fixtures | $0 | $0 | $0 |
| Other Personal Assets | $0 | $0 | $58,500 |
| Value of Personal Residence | $0 | $0 | $135,000 |
| Value of Other Non-Investment Properties | $0 | $0 | $0 |
| Value of Itemized Real Estate Investments | $0 | $0 | $0 |
| Value of Other Real Estate Investments | $0 | $0 | $990,000 |
| **Total Value of Real Estate Investments** | **$0** | **$0** | **$990,000** |
| Total Value of Business and Investment Holdings | $0 | $0 | $0 |
| Key Therapeutics, LLC | $0 | $0 | $0 |
| Copay Consultants LLC | $0 | $0 | $0 |
| **Total Assets** | **$0** | **$0** | **$2,417,500** |

**Comments**

| | Personal Financial Statement 12/31/2020 | Personal Financial Statement 12/31/2021 | Personal Financial Statement 01/19/2024 |
|---|---|---|---|
| Balance of all Credit Cards | $0 | $0 | $1,094 |
| Taxes Owed | $0 | $0 | $0 |
| Other Lines of Credit | $0 | $0 | $0 |
| Other Short-Term Loans / Liabilities | $0 | $0 | $0 |
| **Total Current Liabilities** | **$0** | **$0** | **$1,094** |
| Automobile Loans | $0 | $0 | $0 |
| First Mortgage on Primary Residence | $0 | $0 | $0 |
| Second Mortgage on Primary Residence | $0 | $0 | $0 |
| Home Equity Balance on Primary Residence | $0 | $0 | $0 |
| Student Loans | $0 | $0 | $0 |
| Loans on Other Non-Investment Properties | $0 | $0 | $0 |
| Other Installment Loans | $0 | $0 | $0 |
| Other Long-Term Loans / Liabilities | $0 | $0 | $262,000 |
| Loans on Real Estate Investments | $0 | $0 | $0 |
| Loans on Business and Investment Holdings | $0 | $0 | $0 |
| **Total Liabilities** | **$0** | **$0** | **$263,094** |
| **Total Net Worth** | **$0** | **$0** | **$2,154,406** |
| Contingent Liabilities | $0 | $0 | $0 |

**Comments**

Key Therapeutics, LLC

| | Tax Return | Tax Return | Compilation |
|---|---|---|---|
| | **12/31/2021** | **12/31/2022** | **12/31/2023** |
| | 12 months | 12 months | 12 months |
| **Income Statement** | | | |
| Sales (Income) | $378,521 | $593,664 | $2,410,796 |
| Cost of Sales (COGS) | $20,457 | $122,456 | $512 |
| Depreciation (COGS-related) | $0 | $0 | $0 |
| **Gross Profit** | **$358,064** | **$471,208** | **$2,410,284** |
| Depreciation | $634 | $317 | $0 |
| Amortization | $0 | $0 | $0 |
| Overhead or S,G,& A Expenses | $335,032 | $349,166 | $703,484 |
| G & A Payroll Expense | $20,174 | $87,403 | $91,525 |
| Rent | $13,456 | $11,902 | $11,738 |
| Advertising | $60,086 | $32,447 | $49,011 |
| Insurance (other than health) | $14,757 | $20,567 | $33,089 |
| Legal and professional services | $34,520 | $82,361 | $172,983 |
| Office expense | $18,463 | $14,308 | $170,569 |
| Repairs and maintenance | $20,607 | $7,616 | $34,542 |
| Taxes and licenses | $8,689 | $4,292 | $22,686 |
| Travel | $121,143 | $44,457 | $60,254 |
| Meals and entertainment | $11,514 | $21,473 | $31,985 |
| Utilities | $11,623 | $11,442 | $11,087 |
| Car and truck expenses | $0 | $8,887 | $11,984 |
| Supplies | $0 | $2,011 | $2,031 |
| Other Operating Income | $0 | $0 | $0 |
| Other Operating Expenses | $23,869 | $31,368 | $274,426 |
| **Total Operating Expenses** | **$359,535** | **$380,851** | **$977,910** |
| **Operating Profit** | **($1,471)** | **$90,357** | **$1,432,374** |
| Interest Expense | $6,437 | $11,285 | $9,679 |
| Other Income | $0 | $0 | $0 |
| Other Expenses | $0 | $0 | $0 |
| **Unadjusted EBITDA** | **($837)** | **$90,674** | **$1,432,374** |
| EBITDA Adjustments | $0 | $0 | $0 |
| **EBITDA** | **($837)** | **$90,674** | **$1,432,374** |
| *Percent Ownership* | *100.0000%* | *100.0000%* | *100.0000%* |
| *Percent Ownership EBITDA* | *($837)* | *$90,674* | *$1,432,374* |
| **Net Profit Before Taxes** | **($7,908)** | **$79,072** | **$1,422,695** |
| Taxes Paid | $0 | $0 | $1,082 |
| Extraordinary Gain | $0 | $0 | $0 |
| Extraordinary Loss | $0 | $0 | $0 |
| **Net Income** | **($7,908)** | **$79,072** | **$1,421,613** |

**Comments**

# Key Therapeutics, LLC

| | Tax Return | Tax Return | Compilation |
|---|---|---|---|
| **Balance Sheet** | **12/31/2021** | **12/31/2022** | **12/31/2023** |
| Cash (Bank Funds) | $320,982 | $332,042 | $1,139,475 |
| Accounts Receivable | $3,574 | $70,964 | $470,982 |
| Inventory | $620,016 | $655,729 | $231,737 |
| Other Current Assets | ($36,308) | ($35,855) | ($35,855) |
| | | | |
| **Total Current Assets** | **$908,264** | **$1,022,880** | **$1,806,339** |
| | | | |
| Gross Fixed Assets | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 |
| | | | |
| **Net Fixed Assets** | **$0** | **$0** | **$0** |
| | | | |
| Gross Intangible Assets | $0 | $0 | $0 |
| Accumulated Amortization | $0 | $0 | $0 |
| | | | |
| **Net Intangible Assets** | **$0** | **$0** | **$0** |
| | | | |
| Other Assets | $0 | $0 | $0 |
| | | | |
| **Total Assets** | **$908,264** | **$1,022,880** | **$1,806,339** |
| | | | |
| Accounts Payable | $0 | $8,899 | $8,899 |
| Short Term Debt | $0 | $0 | $0 |
| Current Portion of Long Term Debt | $0 | $0 | $0 |
| Other Current Liabilities | $32,389 | $5,215 | $46,967 |
| Credit Cards | $32,389 | $5,215 | $46,967 |
| | | | |
| **Total Current Liabilities** | **$32,389** | **$14,114** | **$55,866** |
| | | | |
| Notes Payable / Senior Debt | $0 | $0 | $0 |
| Notes Payable / Subordinated Debt | $0 | $0 | $0 |
| Other Long Term Liabilities | $0 | $9,530 | $79,054 |
| SBA Disaster Relief Loan | $0 | $9,530 | $79,054 |
| | | | |
| **Total Long Term Liabilities** | **$0** | **$9,530** | **$79,054** |
| **Total Liabilities** | **$32,389** | **$23,644** | **$134,920** |
| | | | |
| Preferred Stock | $0 | $0 | $0 |
| Common Stock | $0 | $0 | $0 |
| Additional Paid-in Capital | $0 | $0 | $0 |
| Other Stock / Equity | $0 | $0 | $0 |
| Ending Retained Earnings | $875,875 | $999,236 | $1,671,419 |
| | | | |
| **Total Equity** | **$875,875** | **$999,236** | **$1,671,419** |
| **Total Liabilities + Equity** | **$908,264** | **$1,022,880** | **$1,806,339** |
| Total Assets - (Total Liabilities + Equity) | $0 | $0 | $0 |
| | | | |
| Tangible Net Worth | $875,875 | $999,236 | $1,671,419 |
| Contingent Liabilities | $0 | $0 | $0 |
| Other Annual Debt Service | $0 | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 | $0 |

**Comments**

Key Therapeutics, LLC

| | Tax Return | Tax Return | Compilation |
|---|---|---|---|
| **Statement of Equity** | **12/31/2021** | **12/31/2022** | **12/31/2023** |
| Preferred Stock | $0 | $0 | $0 |
| Common Stock | $0 | $0 | $0 |
| Additional Paid-in Capital | $0 | $0 | $0 |
| Other Stock / Equity | $0 | $0 | $0 |
| **Total Stock** | **$0** | **$0** | **$0** |
| **Beginning Retained Earnings** | $0 | $875,875 | $0 |
| Net Income | ($7,908) | $79,072 | $1,421,613 |
| Dividends Paid / Withdrawals | $0 | $0 | $0 |
| Other Changes to Retained Earnings | $0 | $0 | $0 |
| Unexplained Changes to RE | $883,783 | $44,289 | $249,806 |
| **Ending Retained Earnings** | **($7,908)** | **$954,947** | **$1,421,613** |
| Ending Equity as Calculated Above | ($7,908) | $954,947 | $1,421,613 |
| Actual Equity from Balance Sheet | $875,875 | $999,236 | $1,671,419 |
| Difference (Unexplained Change in Equity) | $883,783 | $44,289 | $249,806 |

**Comments**

# Key Therapeutics, LLC

| | Tax Return | Tax Return | Compilation |
|---|---|---|---|
| **UCA Cash Flow Statement** | | 12/31/2022 | 12/31/2023 |
| Sales (Income) | | $593,664 | $2,410,796 |
| Decrease (Increase) in Accounts Receivable | | ($67,390) | ($400,018) |
| Cash Collected from Sales | | $526,274 | $2,010,778 |
| | | | |
| Cost of Sales (COGS) | | ($122,456) | ($512) |
| Depreciation (COGS-related) | | $0 | $0 |
| Decrease (Increase) in Inventory | | ($35,713) | $423,992 |
| Increase (Decrease) in Accounts Payable | | $8,899 | $0 |
| Cash Paid to Suppliers | | ($149,270) | $423,480 |
| | | | |
| **Cash from Trading Activities** | | **$377,004** | **$2,434,258** |
| | | | |
| Overhead or S,G,&A Expenses | | ($349,166) | ($703,484) |
| Other Operating Expenses | | ($31,368) | ($274,426) |
| Other Operating Income | | $0 | $0 |
| Decrease (Increase) in Other Current Assets | | ($453) | $0 |
| Increase (Decrease) in Other Current Liabilities | | ($27,174) | $41,752 |
| Cash Paid for Operating Costs | | ($408,161) | ($936,158) |
| | | | |
| **Cash after Operations** | | **($31,157)** | **$1,498,100** |
| | | | |
| Other Income | | $0 | $0 |
| Other Expenses | | $0 | $0 |
| Taxes Paid | | $0 | ($1,082) |
| Other Income (Expense) and Taxes Paid | | $0 | ($1,082) |
| | | | |
| **Net Cash after Operations** | | **($31,157)** | **$1,497,018** |
| | | | |
| Dividends Paid / Withdrawals | | $0 | $0 |
| Interest Expense | | ($11,285) | ($9,679) |
| Cash Paid for Dividends and Interest | | ($11,285) | ($9,679) |
| | | | |
| **Net Cash Income** | | **($42,442)** | **$1,487,339** |
| | | | |
| Current Portion Long Term Debt | | $0 | $0 |
| | | | |
| **Cash after Debt Amortization** | | **($42,442)** | **$1,487,339** |
| | | | |
| Decrease (Increase) in Gross Fixed Assets | | $0 | $0 |
| Increase (Decrease) in Accumulated Depreciation | | $0 | $0 |
| Total Depreciation Expense | | ($317) | $0 |
| Change in Net Fixed Assets | | ($317) | $0 |
| | | | |
| Decrease (Increase) in Intangible Assets | | $0 | $0 |
| Decrease (Increase) in Other Assets | | $0 | $0 |
| Change in Investments | | $0 | $0 |
| | | | |
| **Cash Paid for Plant and Investments** | | **($317)** | **$0** |
| | | | |
| Extraordinary Gain | | $0 | $0 |
| Extraordinary Loss | | $0 | $0 |
| Extraordinary and Non-Cash Items | | $0 | $0 |
| | | | |
| **Financing Surplus (Requirements)** | | **($42,759)** | **$1,487,339** |
| | | | |
| Increase (Decrease) in Short Term Debt | | $0 | $0 |
| Increase (Decrease) in Long Term Liabilities | | $9,530 | $69,524 |
| Increase (Decrease) in Preferred Stock | | $0 | $0 |
| Increase (Decrease) in Common Stock | | $0 | $0 |
| Increase (Decrease) in Additional Paid-in Capital | | $0 | $0 |
| Increase (Decrease) in Other Stock | | $0 | $0 |
| Other Changes to Retained Earnings | | $0 | $0 |
| Unexplained Changes to Retained Earnings | | $44,289 | $249,806 |
| Total External Financing | | $53,819 | $319,330 |
| | | | |
| **Cash after Financing** | | **$11,060** | **$1,806,669** |
| | | | |
| **Total Change in Cash & Equivalents** | | **$11,060** | **$1,806,669** |
| **Beginning Cash & Equivalents** | | **$320,982** | **$332,042** |
| **Ending Cash & Equivalents** | | **$332,042** | **$2,138,711** |
| **Unexplained Change in Cash on Balance Sheet** | | **$0** | **($999,236)** |

Comments

# Key Therapeutics, LLC

541990 - All Other Professional, Scientific, and Technical Services

Calculate the debt service for the historical periods below based on:

Loan Information / Itemized Debt

| | Sageworks Industry Averages | Key Therapeutics, LLC 12/31/2021 | Key Therapeutics, LLC 12/31/2022 | Key Therapeutics, LLC 12/31/2023 |
|---|---|---|---|---|
| | (3,097 Statements)* | | | |
| **Liquidity Ratios** | | | | |
| Current Ratio | 4.05 | 28.04 | 72.47 | 32.33 |
| Quick Ratio | 3.25 | 10.02 | 28.55 | 28.83 |
| Working Capital | -- | $875,875 | $1,008,766 | $1,750,473 |
| | | | | |
| **Financial Leverage / Coverage Ratios** | | | | |
| Total Equity | -- | $875,875 | $989,706 | $1,592,365 |
| Debt to Equity Ratio | 3.17 | 0.04 | 0.03 | 0.13 |
| Tangible Net Worth | -- | $875,875 | $989,706 | $1,592,365 |
| Debt to Tangible Net Worth Ratio | -- | 0.04 | 0.03 | 0.13 |
| Debt Service | -- | $0 | $909 | $7,536 |
| Debt Service Coverage Ratio | 8.16 | -- | 99.80 | 190.06 |
| Interest Coverage Ratio | 16.33 | -- | 191.70 | 365.07 |
| Senior Debt to Cash Flow | -- | 0.00 | 0.11 | 0.06 |
| Debt to Cash Flow | -- | -38.70 | 0.37 | 0.15 |
| Debt to Capitalization | -- | 3.57% | 3.24% | 11.85% |
| | | | | |
| **Profitability Ratios** | | | | |
| Operating Profit Margin | 9.99% | -0.39% | 15.22% | 59.41% |
| Net Profit Margin | 9.57% | -2.09% | 13.32% | 59.01% |
| Return on Equity | 62.43% | -0.90% | 7.99% | 89.28% |
| Return on Assets | 32.50% | -0.87% | 7.73% | 78.70% |
| | | | | |
| **Activity / Efficiency Ratios** | | | | |
| Accounts Receivable Days | 40.30 Days | 3.45 Days | 43.63 Days | 71.31 Days |
| Accounts Payable Days | 16.44 Days | 0.00 Days | 26.52 Days | 6,344.01 Days |
| Inventory Days | 1.96 Days | 11,062.51 Days | 1,954.51 Days | 165,203.13 Days |
| Gross Fixed Asset Turnover | 11.32 | -- | -- | -- |
| | | | | |
| **Performance Ratios** | | | | |
| Sales (Income) Growth Rate | 13.57% | -- | 56.84% | 306.09% |
| Gross Profit Margin | 68.48% | 94.60% | 79.37% | 99.98% |
| Net Income Growth Rate | -- | -- | 1099.90% | 1697.87% |

\* Data from NAICS Code 541990 - All Other Professional, Scientific, and Technical Services, Yearly sales $1 Million to $10 Million, last 5 years, US only

# Key Therapeutics, LLC

**541990 - All Other Professional, Scientific, and Technical Services**

Calculate the debt service for the historical periods below based on:

Loan Information / Itemized Debt

|  | Sageworks Industry Averages<br>(3,097 Statements)* |
|---|---|
| **Liquidity Ratios** | |
| Current Ratio | 4.05 |
| Quick Ratio | 3.25 |
| Working Capital | -- |
| **Financial Leverage / Coverage Ratios** | |
| Total Equity | -- |
| Debt to Equity Ratio | 3.17 |
| Tangible Net Worth | -- |
| Debt to Tangible Net Worth Ratio | -- |
| Debt Service | -- |
| Debt Service Coverage Ratio | 8.16 |
| Interest Coverage Ratio | 16.33 |
| Senior Debt to Cash Flow | -- |
| Debt to Cash Flow | -- |
| Debt to Capitalization | -- |
| **Profitability Ratios** | |
| Operating Profit Margin | 9.99% |
| Net Profit Margin | 9.57% |
| Return on Equity | 62.43% |
| Return on Assets | 32.50% |
| **Activity / Efficiency Ratios** | |
| Accounts Receivable Days | 40.30 Days |
| Accounts Payable Days | 16.44 Days |
| Inventory Days | 1.96 Days |
| Gross Fixed Asset Turnover | 11.32 |
| **Performance Ratios** | |
| Sales (Income) Growth Rate | 13.57% |
| Gross Profit Margin | 68.48% |
| Net Income Growth Rate | -- |

* Data from NAICS Code 541990 - All Other Professional, Scientific, and Technical Ser
last 5 years, US only