# Personal Financial Statement Form

Bond Number _____

| PERSONAL INFORMATION | Name Robert W. Sims | | Date of Birth 03/11/1973 | Social Security Number ▓▓▓▓ | 203 winter teal ct, madison ms |
|---|---|---|---|---|---|
| Spouse's Name | | Date of Birth | | Social Security Number | |

## Statement of Assets and Liabilities as of 01/19/2024

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on Hand | $ _____ | Notes Payable | $ _____ |
| Cash in following banks | | Accounts Payable | $ _____ |
| Regions - Key Therapeutics | $ 7,900 | Tesla Lease | $ 18,400 |
| Origin - Key Therapeutics | $ 567,000 | EIDL (covid program) | $ 135,000 |
| | $ _____ | Taxes Due | $ _____ |
| Marketable Securities | $ _____ | | |
| | $ _____ | Mortgages on Real Estate Description and location | |
| | $ _____ | 1. American Express - key tx | $ 7,000 |
| Notes Receivable | $ 1,194,379 | 2. _____ | $ _____ |
| Real Estate in MY name Description and location | | 3. _____ | $ _____ |
| 1. San Carlos, Unit 804 (Gulf Shores, AL) | $ 855,000 | Other Liabilities (describe) Royalties on Sales | |
| 2. _____ | $ _____ | | $ 82,000 |
| 3. 1120 E Kennedy Blvd, #919 tampa fl | $ 135,000 | | $ _____ |
| Personal Property | | | |
| 203 winter teal ct, madison ms | $ 135,000 | TOTAL LIABILITIES | $ 242,400 |
| | | NET WORTH | $ 2,651,879 |
| | $ _____ | | |
| TOTAL ASSETS | $ 2,894,279 | TOTAL LIABILITES AND NET WORTH | $ 2,894,279 |

The undersigned hereby certifies that the list of assets and liabilities given herein is a true and correct statement of the financial condition on the date given above and that the depositories are hereby authorized to confirm any inquiry made by _____ robert sims / key therapeutics, llc _____ or its representatives as to any statement made herein relative to monies on deposit or loans made.

Dated this __17th__ day of __March__ , __205__ .

x _Robert W. Sims_ 
(Sign here)

x _____ 
(Sign here)

| AGENT/BROKER INFORMATION | Agent/Broker Name HUB International Gulf South | Code 06611 | Phone No. (601) 707-2050 | Fax No. (601) 707-2070 | City Ridgeland | State MS | Zip 39158 |
|---|---|---|---|---|---|---|---|

**EXHIBIT J**

P0005310_DT

# Key Therapeutics, llc

## Balance Sheet

### As of December 31, 2023

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 10100 Cash on hand | 878,326.54 |
| 10200 LIFEGREEN BUSINESS C (6565) | 116,404.52 |
| CLOSED- BUSINESS CHECKING  (1717) | 92,811.38 |
| **Total Bank Accounts** | **$1,087,542.44** |
| Accounts Receivable | |
| 11000 Accounts Receivable (A/R) | 479,265.10 |
| **Total Accounts Receivable** | **$479,265.10** |
| Other Current Assets | |
| 10880 Undeposited Funds | 0.00 |
| 13000 Inventory Asset | 205,882.69 |
| 13700 Inventory - Reserve | |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$205,882.69** |
| **Total Current Assets** | **$1,772,690.23** |
| **TOTAL ASSETS** | **$1,772,690.23** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20200 Accounts Payable (A/P) | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | |
| 20600 AMEX | 0.00 |
| **Total Credit Cards** | **$0.00** |
| **Total Current Liabilities** | **$0.00** |
| Long-Term Liabilities | |
| 29012 SBA Disaster Relief Loan | 163,277.21 |
| 29014 Notes Payable - Horizon | 78,421.03 |
| **Total Long-Term Liabilities** | **$241,698.24** |
| **Total Liabilities** | **$241,698.24** |
| Equity | |
| 30000 Retained Earnings | -305,304.80 |
| 30100 Opening Balance Equity | 1,766,734.22 |
| 34000 Owner Bi-Annual Draw | -35,000.00 |
| Net Income | 104,562.57 |
| **Total Equity** | **$1,530,991.99** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,772,690.23** |

**Key Therapeutics, LLC**
**Profit & Loss**
**As of December 31, 2023**

| | KEY |
|---|---|
| **Total Revenue** | 2,378,960.48 |
| **Total Cost of Sales** | 172,718.40 |
| **Gross Profit on Sales** | 2,206,242.06 |
| **SG&A Expenses** | 2,156,679.49 |
| **Other Income/Expenses - Cash** | 55,000.00 |
| **Net Income (Loss)** | 104,562.57 |

**Key Therapeutics, LLC**
**Profit & Loss**
**As of   December 31, 2024**

|  | KEY |
|---|---|
| Total Revenue | 2,997,626.78 |
| Total Cost of Sales | 1,600,542.15 |
| Gross Profit on Sales | 1,397,084.63 |
| SG&A Expenses | 1,442,499.92 |
| Other Income/Expenses - Cash | - |
| Net Income (Loss) | (45,415.29) |

**SIMS, ROBERT**

|  | 2021 Tax Return | 2022 Tax Return | 2023 Tax Return |
|---|---|---|---|
|  | Cardale Greer **12/31/2021** | Cardale Greer **12/31/2022** | Cardale Greer **12/31/2023** |
| **Income & Expenses** | | | |
| Yearly Gross Wages / Salaries | $0 | $0 | $12,000 |
| Other Regular and Dependable Sources of Income | $0 | $0 | $102 |
| Cash Flow from Real Estate Investments before Debt Service | $0 | ($3,026) | ($4,400) |
| Cash Flow from Business and Investment Holdings before Debt Service | $83,733 | $180,121 | $188,216 |
| KEY THERAPEUTICS, LLC | ($837) | $90,674 | $109,841 |
| Copay Consultants LLC | $84,570 | $89,447 | $78,375 |
| Personal Income Adjustments (Optional) | $0 | $0 | $0 |
| **Total Personal Income** | **$83,733** | **$177,095** | **$195,918** |
| **Expenses** | | | |
| Yearly Rent Payments | $0 | $0 | $0 |
| Taxes Paid (Optional) | $2,725 | $40,127 | $27,152 |
| Personal Expenses (Optional) | $0 | ($250) | $3,763 |
| **Net Personal Income before Debt Service** | **$81,008** | **$137,218** | **$165,003** |
| **Debt Service Payments** | | | |
| Yearly Recurring Debt Payments | $33,728 | $33,728 | $33,728 |
| Approximate Yearly Real Estate Investment Loan Payments | $0 | $0 | $0 |
| Approximate Yearly Business and Investment Holdings Loan Payments | $0 | $0 | $0 |
| Other Annual Debt Service | $0 | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 | $0 |
| **Total Approximate Yearly Debt Service Payments** | **$33,728** | **$33,728** | **$33,728** |
| **Discretionary Cash Flow** | **$47,280** | **$103,490** | **$131,275** |
| **Personal Debt Service Coverage Ratio** | **2.40** | **4.07** | **4.89** |

**Comments**

**SIMS, ROBERT**

| Balance Sheet | Personal Financial Statement 12/31/2021 | Personal Financial Statement 12/31/2022 | Personal Financial Statement 03/17/2025 |
|---|---|---|---|
| Cash / Checking / Savings / Money Market | $0 | $0 | $574,900 |
| Public Company Stocks / Bonds | $0 | $0 | $0 |
| Mutual Funds or Pooled Securities | $0 | $0 | $0 |
| Other Liquid or Semi-Liquid Assets on Hand | $0 | $0 | $0 |
| **Total Liquid and Semi-Liquid Assets on Hand** | **$0** | **$0** | **$574,900** |
| Closely Held Company Stock | $0 | $0 | $0 |
| Cash Value of Life Insurance | $0 | $0 | $0 |
| Retirement Accounts | $0 | $0 | $0 |
| Automobiles | $0 | $0 | $0 |
| Jewelry | $0 | $0 | $0 |
| Furniture / Fixtures | $0 | $0 | $0 |
| Other Personal Assets | $0 | $0 | $1,194,379 |
| Notes Receivables | $0 | $0 | $1,194,379 |
| Value of Personal Residence | $0 | $0 | $135,000 |
| Value of Other Non-Investment Properties | $0 | $0 | $0 |
| Value of Itemized Real Estate Investments | $0 | $0 | $0 |
| Value of Other Real Estate Investments | $0 | $0 | $990,000 |
| San Carlos, Unit 804 - Gulf Shores, Al | $0 | $0 | $855,000 |
| 1120E Kennedy Blvd, #919 Tampa, FL | $0 | $0 | $135,000 |
| **Total Value of Real Estate Investments** | **$0** | **$0** | **$990,000** |
| Total Value of Business and Investment Holdings | $0 | $0 | $0 |
| **Total Assets** | **$0** | **$0** | **$2,894,279** |

**Comments**

| | Personal Financial Statement 12/31/2021 | Personal Financial Statement 12/31/2022 | Personal Financial Statement 03/17/2025 |
|---|---|---|---|
| Balance of all Credit Cards | $0 | $0 | $14,638 |
| Taxes Owed | $0 | $0 | $0 |
| Other Lines of Credit | $0 | $0 | $0 |
| Other Short-Term Loans / Liabilities | $0 | $0 | $0 |
| **Total Current Liabilities** | **$0** | **$0** | **$14,638** |
| Automobile Loans | $0 | $0 | $18,400 |
| First Mortgage on Primary Residence | $0 | $0 | $0 |
| Second Mortgage on Primary Residence | $0 | $0 | $0 |
| Home Equity Balance on Primary Residence | $0 | $0 | $0 |
| Student Loans | $0 | $0 | $0 |
| Loans on Other Non-Investment Properties | $0 | $0 | $0 |
| Other Installment Loans | $0 | $0 | $0 |
| Other Long-Term Loans / Liabilities | $0 | $0 | $257,870 |
| Loans on Real Estate Investments | $0 | $0 | $0 |
| Loans on Business and Investment Holdings | $0 | $0 | $0 |
| **Total Liabilities** | **$0** | **$0** | **$290,908** |
| **Total Net Worth** | **$0** | **$0** | **$2,603,371** |
| Contingent Liabilities | $0 | $0 | $0 |

**Comments**

KEY THERAPEUTICS, LLC

| | Tax Return | Tax Return | Company Prepared |
|---|---|---|---|
| | Cardale Greer | Tyler Sistrunk | Tyler Sistrunk |
| | **12/31/2022** | **12/31/2023** | **12/31/2024** |
| | 12 months | 12 months | 12 months |
| **Income Statement** | | | |
| Sales (Income) | $593,664 | $2,336,653 | $2,979,993 |
| Cost of Sales (COGS) | $122,456 | $1,676,547 | $1,860,171 |
| Depreciation (COGS-related) | $0 | $0 | $0 |
| **Gross Profit** | **$471,208** | **$660,106** | **$1,119,822** |
| | | | |
| Depreciation | $317 | $0 | $0 |
| Amortization | $0 | $0 | $0 |
| Overhead or S,G,& A Expenses | $349,166 | $514,118 | $1,113,218 |
| G & A Payroll Expense | $87,403 | $91,122 | $98,230 |
| Rent | $11,902 | $11,738 | $11,143 |
| Advertising | $32,447 | $32,639 | $106,287 |
| Insurance (other than health) | $20,567 | $33,089 | $61,686 |
| Legal and professional services | $82,361 | $189,636 | $310,076 |
| Office expense | $14,308 | $24,211 | $15,805 |
| Repairs and maintenance | $7,616 | $34,542 | $719 |
| Taxes and licenses | $4,292 | $24,020 | $17,286 |
| Travel | $44,457 | $0 | $50,968 |
| Meals and entertainment | $21,473 | $15,586 | $23,568 |
| Utilities | $11,442 | $11,087 | $12,855 |
| Car and truck expenses | $8,887 | $11,967 | $6,844 |
| Supplies | $2,011 | $34,481 | $0 |
| Contract Labor | $0 | $0 | $103,286 |
| Consulting | $0 | $0 | $294,465 |
| Other Operating Income | $0 | $0 | $0 |
| Other Operating Expenses | $31,368 | $91,147 | $246,572 |
| | | | |
| **Total Operating Expenses** | **$380,851** | **$605,265** | **$1,359,790** |
| **Operating Profit** | **$90,357** | **$54,841** | **($239,968)** |
| | | | |
| Interest Expense | $11,285 | $25,761 | $190,448 |
| Non-TCB Interest Expense | $0 | $0 | $11,550 |
| TCB-Interest Expense | $0 | $0 | $178,898 |
| Other Income | $0 | $55,000 | $0 |
| Other Expenses | $0 | $0 | $39,115 |
| | | | |
| **Unadjusted EBITDA** | **$90,674** | **$109,841** | **($279,083)** |
| EBITDA Adjustments | $0 | $1,136,899 | $1,015,326 |
| Inventory Adjustment | $0 | $1,136,899 | $1,015,326 |
| | | | |
| **EBITDA** | **$90,674** | **$1,246,740** | **$736,243** |
| **Net Profit Before Taxes** | **$79,072** | **$84,080** | **($469,531)** |
| | | | |
| Taxes Paid | $0 | $0 | $0 |
| Extraordinary Gain | $0 | $0 | $0 |
| Extraordinary Loss | $0 | $0 | $0 |
| | | | |
| **Net Income** | **$79,072** | **$84,080** | **($469,531)** |

**Comments**

KEY THERAPEUTICS, LLC

| Balance Sheet | Tax Return<br>Cardale Greer<br>12/31/2022 | Tax Return<br>Tyler Sistrunk<br>12/31/2023 | Company Prepared<br>Tyler Sistrunk<br>12/31/2024 |
|---|---|---|---|
| Cash (Bank Funds) | $332,042 | $1,087,542 | $1,166,534 |
| Accounts Receivable | $70,964 | $479,265 | $165,433 |
| Inventory | $655,729 | $205,883 | $880,982 |
| Other Current Assets | ($35,855) | $0 | ($15,165) |
| Uncategorized Assets | ($34,664) | $0 | $0 |
| Undeposited Funds | ($1,191) | $0 | $0 |
| Other Current Assets | $0 | $0 | ($15,166) |
| **Total Current Assets** | **$1,022,880** | **$1,772,690** | **$2,197,784** |
| Gross Fixed Assets | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 |
| **Net Fixed Assets** | **$0** | **$0** | **$0** |
| Gross Intangible Assets | $0 | $0 | $0 |
| Accumulated Amortization | $0 | $0 | $0 |
| **Net Intangible Assets** | **$0** | **$0** | **$0** |
| Other Assets | $0 | $0 | $3,174,914 |
| ST Portion of Investment in LXA Assets | $0 | $0 | $3,174,914 |
| **Total Assets** | **$1,022,880** | **$1,772,690** | **$5,372,698** |
| Accounts Payable | $8,899 | $0 | $284,370 |
| Short Term Debt | $0 | $0 | $0 |
| Current Portion of Long Term Debt | $0 | $0 | $0 |
| Other Current Liabilities | $5,215 | $0 | $0 |
| **Total Current Liabilities** | **$14,114** | **$0** | **$284,370** |
| Notes Payable / Senior Debt | $0 | $241,698 | $3,909,950 |
| N/P - The Citizens Bank | $0 | $163,277 | $2,511,658 |
| N/P - Horizon | $0 | $78,421 | $149,269 |
| N/P - SBA Disaster Relief Loan | $0 | $0 | $47,361 |
| N/P- Plexus | $0 | $0 | $1,201,662 |
| Notes Payable / Subordinated Debt | $0 | $0 | $0 |
| Other Long Term Liabilities | $9,530 | $0 | $0 |
| **Total Long Term Liabilities** | **$9,530** | **$241,698** | **$3,909,950** |
| **Total Liabilities** | **$23,644** | **$241,698** | **$4,194,320** |
| Preferred Stock | $0 | $0 | $0 |
| Common Stock | $0 | $0 | $0 |
| Additional Paid-in Capital | $0 | $0 | $0 |
| Other Stock / Equity | $0 | $0 | $0 |
| Ending Retained Earnings | $999,236 | $1,530,992 | $1,178,378 |
| **Total Equity** | **$999,236** | **$1,530,992** | **$1,178,378** |
| **Total Liabilities + Equity** | **$1,022,880** | **$1,772,690** | **$5,372,698** |
| **Total Assets - (Total Liabilities + Equity)** | **$0** | **$0** | **$0** |
| Tangible Net Worth | $999,236 | $1,530,992 | $1,178,378 |
| Contingent Liabilities | $0 | $0 | $0 |
| Other Annual Debt Service | $0 | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 | $0 |

**Comments**

KEY THERAPEUTICS, LLC

| | Tax Return | Tax Return | Company Prepared |
|---|---|---|---|
| | Cardale Greer | Tyler Sistrunk | Tyler Sistrunk |
| **Statement of Equity** | **12/31/2022** | **12/31/2023** | **12/31/2024** |
| Preferred Stock | $0 | $0 | $0 |
| Common Stock | $0 | $0 | $0 |
| Additional Paid-in Capital | $0 | $0 | $0 |
| Other Stock / Equity | $0 | $0 | $0 |
| | | | |
| **Total Stock** | **$0** | **$0** | **$0** |
| | | | |
| **Beginning Retained Earnings** | **$875,875** | **$999,236** | **$1,671,419** |
| **Net Income** | **$79,072** | **$84,080** | **($469,531)** |
| Dividends Paid / Withdrawals | $0 | $0 | $0 |
| Other Changes to Retained Earnings | $0 | $0 | $0 |
| **Unexplained Changes to RE** | **$44,289** | **$447,676** | **($23,510)** |
| **Ending Retained Earnings** | **$954,947** | **$1,083,316** | **$1,201,888** |
| | | | |
| Ending Equity as Calculated Above | $954,947 | $1,083,316 | $1,201,888 |
| Actual Equity from Balance Sheet | $999,236 | $1,530,992 | $1,178,378 |
| Difference (Unexplained Change in Equity) | $44,289 | $447,676 | ($23,510) |

**Comments**

KEY THERAPEUTICS, LLC

| | Tax Return | Tax Return | Company Prepared |
|---|---|---|---|
| | Cardale Greer | Tyler Sistrunk | Tyler Sistrunk |
| **UCA Cash Flow Statement** | | **12/31/2023** | **12/31/2024** |
| Sales (Income) | | $2,336,653 | $2,979,993 |
| Decrease (Increase) in Accounts Receivable | | ($408,301) | $313,832 |
| **Cash Collected from Sales** | | $1,928,352 | $3,293,825 |
| | | | |
| Cost of Sales (COGS) | | ($1,676,547) | ($1,860,171) |
| Depreciation (COGS-related) | | $0 | $0 |
| Decrease (Increase) in Inventory | | $449,846 | ($675,099) |
| Increase (Decrease) in Accounts Payable | | ($8,899) | $284,370 |
| **Cash Paid to Suppliers** | | ($1,235,600) | ($2,250,900) |
| | | | |
| **Cash from Trading Activities** | | **$692,752** | **$1,042,925** |
| | | | |
| Overhead or S,G,&A Expenses | | ($514,118) | ($1,113,218) |
| Other Operating Expenses | | ($91,147) | ($246,572) |
| Other Operating Income | | $0 | $0 |
| Decrease (Increase) in Other Current Assets | | ($35,855) | $15,165 |
| Increase (Decrease) in Other Current Liabilities | | ($5,215) | $0 |
| **Cash Paid for Operating Costs** | | ($646,335) | ($1,344,625) |
| | | | |
| **Cash after Operations** | | **$46,417** | **($301,700)** |
| | | | |
| Other Income | | $55,000 | $0 |
| Other Expenses | | $0 | ($39,115) |
| Taxes Paid | | $0 | $0 |
| **Other Income (Expense) and Taxes Paid** | | $55,000 | ($39,115) |
| | | | |
| **Net Cash after Operations** | | **$101,417** | **($340,815)** |
| | | | |
| Dividends Paid / Withdrawals | | $0 | $0 |
| Interest Expense | | ($25,761) | ($190,448) |
| **Cash Paid for Dividends and Interest** | | ($25,761) | ($190,448) |
| | | | |
| **Net Cash Income** | | **$75,656** | **($531,263)** |
| | | | |
| Current Portion Long Term Debt | | $0 | $0 |
| | | | |
| **Cash after Debt Amortization** | | **$75,656** | **($531,263)** |
| | | | |
| Decrease (Increase) in Gross Fixed Assets | | $0 | $0 |
| Increase (Decrease) in Accumulated Depreciation | | $0 | $0 |
| Total Depreciation Expense | | $0 | $0 |
| **Change in Net Fixed Assets** | | $0 | $0 |
| | | | |
| Decrease (Increase) in Intangible Assets | | $0 | $0 |
| Decrease (Increase) in Other Assets | | $0 | ($3,174,914) |
| **Change in Investments** | | $0 | ($3,174,914) |
| | | | |
| **Cash Paid for Plant and Investments** | | **$0** | **($3,174,914)** |
| | | | |
| Extraordinary Gain | | $0 | $0 |
| Extraordinary Loss | | $0 | $0 |
| **Extraordinary and Non-Cash Items** | | $0 | $0 |
| | | | |
| **Financing Surplus (Requirements)** | | **$75,656** | **($3,706,177)** |
| | | | |
| Increase (Decrease) in Short Term Debt | | $0 | $0 |
| Increase (Decrease) in Long Term Liabilities | | $232,168 | $3,668,252 |
| Increase (Decrease) in Preferred Stock | | $0 | $0 |
| Increase (Decrease) in Common Stock | | $0 | $0 |
| Increase (Decrease) in Additional Paid-in Capital | | $0 | $0 |
| Increase (Decrease) in Other Stock | | $0 | $0 |
| Other Changes to Retained Earnings | | $0 | $0 |
| Unexplained Changes to Retained Earnings | | $447,676 | ($23,510) |
| **Total External Financing** | | $679,844 | $3,644,742 |
| | | | |
| **Cash after Financing** | | **$755,500** | **($61,435)** |
| | | | |
| **Total Change in Cash & Equivalents** | | $755,500 | ($61,435) |
| **Beginning Cash & Equivalents** | | $332,042 | $1,087,542 |
| **Ending Cash & Equivalents** | | $1,087,542 | $1,026,107 |
| **Unexplained Change in Cash on Balance Sheet** | | $0 | $140,427 |

# KEY THERAPEUTICS, LLC

**325412 - Pharmaceutical Preparation Manufacturing**

Calculate the debt service for the historical periods below based on:

Loan Information / Itemized Debt

| | Sageworks Industry Averages | KEY THERAPEUTICS, LLC 12/31/2022 | KEY THERAPEUTICS, LLC 12/31/2023 | KEY THERAPEUTICS, LLC 12/31/2024 |
|---|---|---|---|---|
| | (69 Statements)* | | | |
| **Liquidity Ratios** | | | | |
| Current Ratio | 3.46 | 72.47 | -- | 7.73 |
| Quick Ratio | 2.04 | 28.55 | -- | 4.68 |
| Working Capital | -- | $1,008,766 | $1,772,690 | $1,913,414 |
| **Financial Leverage / Coverage Ratios** | | | | |
| Total Equity | -- | $989,706 | $1,530,992 | $1,147,858 |
| Debt to Equity Ratio | 1.72 | 0.03 | 0.16 | 3.68 |
| Tangible Net Worth | -- | $989,706 | $1,530,992 | $1,147,858 |
| Debt to Tangible Net Worth Ratio | -- | 0.03 | 0.16 | 3.68 |
| Debt Service | -- | $909 | $23,041 | $394,184 |
| Debt Service Coverage Ratio | 6.65 | 99.80 | 54.11 | 1.87 |
| Interest Coverage Ratio | 6.44 | 191.70 | 103.93 | 2.20 |
| Senior Debt to Cash Flow | -- | 0.11 | 0.19 | 5.35 |
| Debt to Cash Flow | -- | 0.37 | 0.19 | 5.74 |
| Debt to Capitalization | -- | 3.24% | 13.63% | 78.64% |
| **Profitability Ratios** | | | | |
| Operating Profit Margin | 1.69% | 15.22% | 2.35% | -8.05% |
| Net Profit Margin | 0.86% | 13.32% | 3.60% | -15.76% |
| Return on Equity | 31.13% | 7.99% | 5.49% | -40.90% |
| Return on Assets | 2.63% | 7.73% | 4.74% | -8.74% |
| **Activity / Efficiency Ratios** | | | | |
| Accounts Receivable Days | 49.25 Days | 43.63 Days | 74.86 Days | 20.26 Days |
| Accounts Payable Days | 110.01 Days | 26.52 Days | 0.00 Days | 55.80 Days |
| Inventory Days | 132.06 Days | 1,954.51 Days | 44.82 Days | 172.86 Days |
| Gross Fixed Asset Turnover | 5.45 | -- | -- | -- |
| **Performance Ratios** | | | | |
| Sales (Income) Growth Rate | 9.35% | -- | 293.60% | 27.53% |
| Gross Profit Margin | 61.40% | 79.37% | 28.25% | 37.58% |
| Net Income Growth Rate | -- | -- | 6.33% | -658.43% |

* Data from NAICS Code 325412 - Pharmaceutical Preparation Manufacturing, Yearly sales $1 Million to $10 Million, last 5 years, US only