24096 03/03/2025

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| ROBERT W SIMS | |

**A** Principal business or profession, including product or service (see instructions)
PHARMACEUTICAL SALES

**B** Enter code from instructions
541990

**C** Business name. If no separate business name, leave blank.
KEY THERAPEUTICS LLC

**D** Employer ID number (EIN) (see instr.)
81-3241238

**E** Business address (including suite or room no.)   203 WINTER TEAL CT
City, town or post office, state, and ZIP code   MADISON   MS 39110

**F** Accounting method:  **(1)** [X] Cash  **(2)** [ ] Accrual  **(3)** [ ] Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses  [X] Yes  [ ] No

**H** If you started or acquired this business during 2023, check here

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions  [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Form(s) 1099?  [ ] Yes  [ ] No

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked [ ] | 1 | 2,336,653 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 2,336,653 |
| 4 | Cost of goods sold (from line 42) | 4 | 1,676,547 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 660,106 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)   See Stmt 1 | 6 | 55,000 |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 715,106 |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 32,639 | 18 | Office expense (see instructions) | 18 | 24,211 |
| 9 | Car and truck expenses (see instructions) | 9 | 11,967 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 11,738 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | 34,542 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 34,481 |
| | | | | 23 | Taxes and licenses | 23 | 24,020 |
| 14 | Employee benefit programs (other than on line 19) | 14 | 347 | 24 | Travel and meals: | | |
| | | | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | 33,089 | b | Deductible meals (see instructions) | 24b | 15,586 |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | 11,087 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | 90,775 |
| b | Other | 16b | 25,761 | 27a | Other expenses (from line 48) | 27a | 91,147 |
| 17 | Legal and professional services | 17 | 189,636 | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | 631,026 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 84,080 |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____ . Use the Simplified
Method Worksheet in the instructions to figure the amount to enter on line 30 ..... | 30 |

31 **Net profit or (loss).** Subtract line 30 from line 29.
- If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**   | 31 | 84,080 |
- If a loss, you **must** go to line 32.

32 If you have a loss, check the box that describes your investment in this activity. See instructions.
- If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**   | 32a [ ] All investment is at risk.  32b [ ] Some investment is not at risk. |
- If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**For Paperwork Reduction Act Notice, see the separate instructions.**
DAA

EXHIBIT K

**Schedule C (Form 1040) 2023**

24096  03/03/2025

**ROBERT W SIMS**

Schedule C (Form 1040) 2023          **PHARMACEUTICAL SALES**          ████████          Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

33  Method(s) used to value closing inventory:  **a** ☐ Cost   **b** ☒ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............................................................................ ☐ Yes  ☒ No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 250 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 1,309,617 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 126,050 |
| 38 | Materials and supplies | 38 | 241,319 |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 1,677,236 |
| 41 | Inventory at end of year | 41 | 689 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 1,676,547 |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month/day/year) .......... 01/01/22

44  Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a** Business  18,270          **b** Commuting (see instructions) ................          **c** Other  10,101

45  Was your vehicle available for personal use during off-duty hours? ................................ ☒ Yes  ☐ No
46  Do you (or your spouse) have another vehicle available for personal use? ...................... ☒ Yes  ☐ No
47a  Do you have evidence to support your deduction? ...................................................... ☒ Yes  ☐ No
  **b**  If "Yes," is the evidence written? ............................................................................ ☒ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30. | |
|---|---|---:|
| BANK FEES | | 1,008 |
| SHIPPING FREIGHT & DELIVERY | | 16,711 |
| DUES & SUBSCRIPTIONS | | 2,399 |
| EDUCATION COSTS | | 207 |
| SUPPLIES -MISC | | |
| OTHER BUSIINESS EXPENSES | | |
| QUICKBOOKS PAYMENT FEES | | 8,961 |
| TRAVEL | | 61,441 |
| SHIPPING | | 420 |
| 48 | **Total other expenses.** Enter here and on line 27a | 91,147 |

DAA                                                                                                                           Schedule C (Form 1040) 2023