28-00138-JAW  Dkt -13  Filed 04/15/26  Entered 04/15/26 16:20:03  Page 1 of 2

# Long, Amanda

| | | |
|---|---|---|
| **From:** | Brown, Paula | |
| **Sent:** | Friday, July 18, 2025 2:14 PM | |
| **To:** | Wilkerson, Charles; Long, Amanda | |
| **Cc:** | Cook, Billy | |
| **Subject:** | FREEZE ON LINE OF CREDIT | |

**PUNCHED**

**JUL 18 2025**

AL

We need to freeze the availability on the line of credit of Key Therapeutics, LLC #33113125 effective immediately.  Thanks so much.

*Hold amount 31.824.25* ✓
*17-22-25-*
*PSmith*

Paula Brown
Loan Assistant
NMLS # 612797



# The Citizens Bank℠

301 West Main Street
Carthage, Mississippi 39051
601.267.4525 Voice
601-267-7785 Fax
Paula.Brown@thecitizensbank.bank



Need to send me a file securely? Click Here

**EXHIBIT**

**L**

1

**PUNCHED**

JUL 18 2025

The Citizens Bank
Note Department

7-21-25- PSmith



The
**Citizens Bank** sm

## Risk Rate Change Form

| | |
|---|---|
| Date: | 07/18/2025 |
| Officer: | BWC |
| Borrower: | Key Therapeutics, LLC |
| Guarantor: | Sims, Robert W |
| Loan Number: | 33113125 |
| Balance: | $2,500,000 |
| Current Risk Rating: | 3 |
| Recommended Risk Rating: | 5 |

Reason:

Borrower is liquidating assets and ceasing operation of business.

**Cook, Billy**

> Digitally signed by Cook, Billy
Date: 2025.07.18 10:19:21 -05'00'

Loan Officer Signature

**Majure, Mark**

Digitally signed by Majure, Mark
Date: 2025.07.18 10:47:10 -05'00'

Loan Review Signature

**Ford Kinsey**

Digitally signed by Ford Kinsey
Date: 2025.07.18 12:03:04 -05'00'

SCO or CCO Signature

TCB-LN-frm.113                                                                07-30-2024