**The Citizens Bank.**sm

**CREDIT/DEBIT**

The Citizens Bank.

**CHECKING TRANSACTION**

FSCTCB

**CUSTOMER NAME** Key Therapeutics

**SIGNATURE** Per Billy Cook + Baxter Geddie

**DESCRIPTION:** Per Customer Request

**DATE** 7·21·25

**PREPARED BY** PBrown

**APPROVED BY**

**CREDIT**
20 - Deposit
28 - Telephone Transfer
30 - Credit Memo

**DEBIT**
56 - Over the Counter Debit
80 - Debit Memo
82 - Transfer Debit
98 - Closing Entry

VOLUFORMS 800-234-8752

**ACCOUNT NUMBER** ✳ 2792026

**TRAN CODE** ✳ 56

**TOTAL AMOUNT** $ 550000.00

⑆5010⑈2154⑆

07/21/2025          $550,000.00

4930012877591

**EXHIBIT**
M