

**The Citizens Bank** sm

P.O. Box 209 • Philadelphia, MS 39350
601.656.4692

| | |
|---|---|
| Account Number | xxx2026 |
| Statement Date | 07/31/2025 |
| Statement Thru Date | 07/31/2025 |
| Check/Items Enclosed | 8 |
| Page | 1 |

00005177 T2442DDA080125062824 01 000000000 0000000 005



KEY THERAPEUTICS, LLC
232 MARKET ST
BUILDING K NUMBER 252
FLOWOOD MS 39232-3339

### Customer Service Information

Visit Us Online:   https://www.thecitizensbankphila.com

Find Us On:

## Relationship Summary

| Account Type | Balance |
|---|---|
| CHECKING | $106,167.38 |

## SMALL BUSINESS CHECKING                    Account Number:  xxx2026

**Account Owner(s):   KEY THERAPEUTICS, LLC**

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/01/2025** | **$933,923.77** |
| + Deposits and Credits  (12) | $185,676.48 |
| - Withdrawals and Debits  (61) | $1,013,432.87 |
| **Ending Balance as of 07/31/2025** | **$106,167.38** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $488,261.00 |
| Average Collected for Period | $488,261.00 |
| Minimum Balance for Period | $92,281.00 |

## Deposits and Other Credits

| Date | Description | Deposits |
|---|---|---|
| Jul 02 | MERCHANT SERVICE/MERCH DEP | 4,480.76 |
| Jul 07 | MERCHANT SERVICE/MERCH DEP | 33,762.24 |
| Jul 08 | MERCHANT SERVICE/MERCH DEP | 5,212.20 |
| Jul 09 | MERCHANT SERVICE/MERCH DEP | 3,500.00 |
| Jul 10 | MERCHANT SERVICE/MERCH DEP | 4,906.68 |
| Jul 11 | PHARMACY/PC CLEAR CUSTOMER ID: 55 ADVANCED | 67,200.00 |
| Jul 17 | MERCHANT SERVICE/MERCH DEP | 21,840.16 |
| Jul 17 | BRYANT RANCH6711/PAYMENTS | 11,520.00 |
| Jul 21 | MERCHANT SERVICE/MERCH DEP | 1,042.44 |
| Jul 24 | BRYANT RANCH6711/PAYMENTS | 11,520.00 |
| Jul 28 | MERCHANT SERVICE/MERCH DEP | 6,000.00 |
| Jul 30 | MERCHANT SERVICE/MERCH DEP | 14,692.00 |

MEMBER FDIC   EQUAL HOUSING LENDER



EXHIBIT

N



The
Citizens Bank℠

Philadelphia Main Office
521 Main Street
Philadelphia, MS 39350
(601) 656-4692

## PHONE TELLER
## 1-800-397-0344

# BANK WITH US ON THE INTERNET www.thecitizensbankphila.com

### STATEMENT RECONCILIATION

BALANCE THIS STATEMENT          $ _____

ADD DEPOSITS MADE SINCE
STATEMENT DATE                     _____

TOTAL                           $ _____

SUBTRACT CHECKS ISSUED
BY YOU WHICH HAVE NOT
BEEN CHARGED TO YOUR
ACCOUNT                            _____ ◄

BALANCE                         $ _____

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

THIS BALANCE SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER SUBTRACTING ANY ACTIVITY OR SERVICE
CHARGE.

### IMPORTANT INFORMATION

Some transactions to your account may be accomplished electronically. In the event an error occurs or you have a question about this type of transaction, you should be aware of the following:

In Case of Errors or Questions About Your Electronic Transfers telephone us at the phone numbers above

or write us at the address above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.
   We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a point of sale transaction or a foreign-initiated transfer) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a point of sale transaction or a foreign-initiated transfer to investigate your complaint or question. If we decide to do this we will recredit your account within 10 business days (20 business days if the transfer involved a point of sale transaction or a foreign-initiated transfer) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account.
   If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**THE CITIZENS BANK OF PHILADELPHIA**
**PHILADELPHIA, MISSISSIPPI 39350**

00005177 0024313 0000-0004 T2442DDA080125062824 01 L 00000000



| | |
|---|---|
| Account Number | xxx2026 |
| Statement Date | 07/31/2025 |
| Statement Thru Date | 07/31/2025 |
| Page | 2 |

## Miscellaneous Debits

| Date | Description | Withdrawals |
|---|---|---|
| Jul 01 | STOP/HOLD FEE | 36.00 |
| Jul 01 | AMEX EPAYMENT/ACH PMT | 8,500.08 |
| Jul 01 | FREEDOM LIFE INS/INS. PREM FREEDOM LIFE INSURANCE COMPANY OF AMERIC A 800 387 9027 52Z156453000052 ROBERT SIMS | 793.48 |
| Jul 01 | MERCHANT SERVICE/MERCH FEE | 177.98 |
| Jul 02 | KEY THERAPEUTICS/ACH SINGLE SIMS - JULY SALARY | 15,000.00 |
| Jul 02 | KEY THERAPEUTICS/ACH SINGLE COPAY INV #1670 - PREFUND REPLENISHMENT (6/16-6/30) | 11,033.08 |
| Jul 02 | KEY THERAPEUTICS/ACH SINGLE COPAY INV #1668 - PROGRAM MGT FEES (AUGU ST & SEPTEMBER) | 10,000.00 |
| Jul 02 | KEY THERAPEUTICS/ACH SINGLE DOVE CONTRACTOR PAY - JULY 7-31 1813241238 KEY THERAPEUTICS | 6,461.52 |
| Jul 02 | MERCHANT SERVICE/MERCH FEE | 5,787.38 |
| Jul 02 | KEY THERAPEUTICS/ACH SINGLE COPAY INV #1666 - JULY PROGRAM MGT FEES | 5,000.00 |
| Jul 02 | KEY THERAPEUTICS/ACH SINGLE WILLIS CONTRACTOR PAY -07/10-07/31 1813241238 KEY THERAPEUTICS | 2,000.00 |
| Jul 02 | RLI INSURANCE CO/BILLPAY | 250.00 |
| Jul 03 | KEY THERAPEUTICS/ACH SINGLE OXFORD PHARMA INV#1041841 (LESS DISCOUNT ) | 44,177.86 |
| Jul 03 | KEY THERAPEUTICS/ACH PAYMEN 1813241238 KEY THERAPEUTICS | 2,115.38 |
| Jul 03 | SPS COMMERCE, IN/VENDOR PMT | 1,800.00 |
| Jul 07 | KEY THERAPEUTICS/ACH SINGLE DOVE - PHONE/INSURANCE 1813241238 KEY THERAPEUTICS | 927.14 |
| Jul 07 | KEY THERAPEUTICS/ACH SINGLE RBG INC - INV #19277 | 457.79 |
| Jul 07 | CYBERSOURCE/TXN SRVCS | 350.00 |
| Jul 07 | KEY THERAPEUTICS/ACH SINGLE ENTERPRISE FOUNDATIONS INV #2025 0630 | 262.50 |
| Jul 08 | OVER THE COUNTER ITEM | 91,384.59 |
| Jul 08 | KEY THERAPEUTICS/ACH SINGLE SALES COMMISSION - JUNE | 15,480.00 |
| Jul 09 | KEY THERAPEUTICS/ACH SINGLE SIMS SALARY - AUGUST 2025 | 15,000.00 |
| Jul 09 | KEY THERAPEUTICS/ACH SINGLE CONTRACT SERVICES (AUGUST 2025) 1813241238 KEY THERAPEUTICS | 8,076.90 |
| Jul 09 | KEY THERAPEUTICS/ACH SINGLE LSK INV #06362025 (06262025) | 6,400.00 |
| Jul 09 | KEY THERAPEUTICS/ACH SINGLE MCCRANEY INV #9395 | 3,740.00 |
| Jul 09 | KEY THERAPEUTICS/ACH SINGLE WILLIS - CONTRACTOR PAY (AUGUST 2025) 1813241238 KEY THERAPEUTICS | 2,500.00 |
| Jul 10 | AMEX EPAYMENT/ACH PMT | 4,824.34 |
| Jul 10 | ENTERGY MISSISSI/BANK DRAFT 000180098030 KEY THERAPEUTICS | 146.00 |
| Jul 11 | KEY THERAPEUTICS/ACH SINGLE RBG INC - INV #19306 (MGT FEES) | 1,751.00 |
| Jul 11 | STRATEGIES GROUP/SIGONFILE | 1,306.47 |
| Jul 11 | KEY THERAPEUTICS/ACH SINGLE RBG INC - INV #19340 | 674.56 |
| Jul 11 | KEY THERAPEUTICS/ACH SINGLE RBG INC - INV #19372 (SHIPPING) | 466.34 |
| Jul 14 | KEY THERAPEUTICS/ACH SINGLE EPPI INV #3981 | 5,000.00 |
| Jul 15 | KEY THERAPEUTICS/ACH SINGLE RBG INC - INV #19358 | 250.00 |
| Jul 15 | KEY THERAPEUTICS/ACH SINGLE RBG, INC. - INV #19324 | 250.00 |
| Jul 15 | KEY THERAPEUTICS/ACH SINGLE RBG INC - INV #19319 | 250.00 |
| Jul 15 | ATMOS ENERGY RCR/UTIL PYMT | 31.27 |
| Jul 17 | KEY THERAPEUTICS/ACH SINGLE SIMS - PREPAID SEPT SALARY | 15,000.00 |
| Jul 17 | KEY THERAPEUTICS/ACH SINGLE DOVE - CONTRACTOR PAY 0925 1813241238 KEY THERAPEUTICS | 8,076.90 |
| Jul 17 | SPS COMMERCE, IN/VENDOR PMT | 2,989.33 |
| Jul 17 | KEY THERAPEUTICS/ACH SINGLE WILLIS CONTRACTOR PAY (SEPT) 1813241238 KEY THERAPEUTICS | 2,500.00 |
| Jul 18 | KEY THERAPEUTICS/ACH SINGLE COPAY INV #1674 PREFUND/ESCROW | 17,000.00 |
| Jul 18 | KEY THERAPEUTICS/ACH SINGLE ZINC INV ID 8336-22-2506-01 - M0625 S1 V 1 | 557.95 |
| Jul 21 | OVER THE COUNTER ITEM | 550,000.00 |
| Jul 21 | KEY THERAPEUTICS/ACH SINGLE GENTEX ROYALTY (ADVANCED RX/BRP) | 15,738.00 |
| Jul 21 | GO DADDY.COM,INC/WEB ORDER | 17.07 |
| Jul 22 | PRVWSD/BANK DRAFT 000310000007303 SIMS, ROBERT | 59.65 |





Account Number       xxx2026
Statement Date       07/31/2025
Statement Thru Date  07/31/2025
Page                 3

## Miscellaneous Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Jul 25 | BSCS TECHNOLOGY,/ACH DEBIT | 2,000.00 |
| Jul 28 | AMEX EPAYMENT/ACH PMT | 7,036.45 |
| Jul 29 | KEY THERAPEUTICS/ACH SINGLE GENTEX ROYALTY PAYMENT (BRP/ADVANCED RX) | 14,125.50 |
| Jul 29 | KEY THERAPEUTICS/ACH SINGLE EPPI - INVOICE #3983 | 5,000.00 |
| Jul 30 | SBA EIDL LOAN/PAYMENT 8584377402 | 731.00 |
| Jul 31 | CASH MANAGEMENT FEE | 50.00 |
| Jul 31 | REMOTE DEPOSIT CAPTURE FEE | 10.00 |
| Jul 31 | POSITIVE PAY FEE | 15.00 |

## Checks                                              * Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Jul 01 | 1026 | 94,944.00 | Jul 03 | *1320 | 585.31 | Jul 03 | 1322 | 117.06 |
| Jul 03 | 1027 | 375.00 | Jul 03 | 1321 | 3,746.00 | Jul 17 | *1482 | 96.99 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jul 01 | 829,472.23 | Jul 11 | 686,337.89 | Jul 24 | 114,443.33 |
| Jul 02 | 778,421.01 | Jul 14 | 681,337.89 | Jul 25 | 112,443.33 |
| Jul 03 | 725,504.40 | Jul 15 | 680,556.62 | Jul 28 | 111,406.88 |
| Jul 07 | 757,269.21 | Jul 17 | 685,253.56 | Jul 29 | 92,281.38 |
| Jul 08 | 655,616.82 | Jul 18 | 667,695.61 | Jul 30 | 106,242.38 |
| Jul 09 | 623,399.92 | Jul 21 | 102,982.98 | Jul 31 | 106,167.38 |
| Jul 10 | 623,336.26 | Jul 22 | 102,923.33 | | |





**The CITIZENS Bank**℠

| | |
|---|---|
| Account Number | xxx2026 |
| Statement Date | 07/31/2025 |
| Statement Thru Date | 07/31/2025 |
| Page | 4 |

# CHECK IMAGES



07/08/2025         Check 0         $91,384.59



07/21/2025         Check 0         $550,000.00



07/01/2025         Check 1026         $94,944.00



07/03/2025         Check 1027         $375.00



07/03/2025         Check 1320         $585.31



07/03/2025         Check 1321         $3,746.00



07/03/2025         Check 1322         $117.06



07/17/2025         Check 1482         $96.99