DocuSign Envelope ID: 4D5CA451-5D38-4C6B-9AB3-8D2CEDFC0EBA

# CLOSING STATEMENT

## Asset Sale - WraSer, LLC, Xspire Pharma, LLC, Legacy-Xspire Holdings, LLC

This Closing Statement is provided pursuant to a certain Asset Purchase Agreement dated January 1, 2024 by and among the parties set forth herein, including all addendums, amendments and assignments thereto.

**Seller:** WraSer, LLC,
    Xspire Pharma, LLC,
    Legacy-Xspire Holdings, LLC

**Buyer:** Key Therapeutics, LLC

Loan Amount: $2,531,824.25

| | Seller | Buyer |
|---|---|---|
| Asset Purchase Price: | $4,000,000.00 | |
| Less Dec. 2023 Deposit: | ($ 200,000.00) | |
| Total Due to Seller: | $3,800,000.00 | |
| Recording Fees: | | $1,400.75 |
| • Mortgage Recording Tax | | |
| • Mortgage | | |
| • Assignment of Rents | | |
| • Scrivener's Affidavit | | |
| • UCC – Mississippi | | |
| • UCC – Balwin Co. | | |
| • UCC – AL Sec. of State | | |
| • AL E-Recording Fee | | |
| Appraisal Fee: | | $900.00 |
| Attorney Costs & Fee: | | $4,060.00 |
| • Title Insurance Premium | | |
| • Lender's Attorney Fee | | |
| Flood Certification: | | $13.50 |
| Loan Origination Fee (POC) | | ($7,000.00) |
| Deferred Fee (POC) | | ($18,000.00) |
| Loan Documentation Fee (POC) | | ($450.00) |
| Credit Report Fee (POC) | | ($6.22) |

Loan Proceeds to Disburse to Seller: **$2,500,000.00**

Remaining Balance of purchase price
to be paid outside of closing by Buyer
pursuant to APA, Secured Promissory Note
and all addendums, amendments and
assignments thereto: **$1,300,000.00**

**INCOMING FUNDS AT CLOSING:**     $2,500,000.00
(The Citizens Bank of Philadelphia; Loan #33113125)

**DISBURSEMENTS AT CLOSING:**     $2,500,000.00
Via Wire Transfer: Northern Trust Company
        1001 Water St, Suite 900
        Tampa, FL 33602
        Routing #:*****152
        Account #:******529

**RETAINED BY LENDER:**

| | |
|---|---|
| Recording Fees: | $1,400.75 |
| • UCC – Mississippi | |
| • Other Recording Fees (Phelps Dunbar) | |
| Appraisal Fee: | $900.00 |
| Attorney Costs and Fee (Phelps Dunbar): | $4,060.00 |
| Flood Certification: | $13.50 |
| Total: | $6,374.25 |



DocuSign Envelope ID: 4D5CA451-5D38-4C6B-9AB3-8D2CEDFC0EBA

Seller and Buyer acknowledge and agree that:

1. Each party to this transaction shall be responsible for any applicable tax reporting requirements; and

2. They have read the foregoing statement and approve the same and authorize the disbursement of funds in accordance therewith

Seller:

By: _Greg Stokes_ 3/20/2024

Name: ~~GF53F862F0C8F5477...~~

Title: CEO

*WraSer, LLC,*
a Mississippi limited liability company
*Xspire Pharma, LLC,*
a Mississippi limited liability
*Legacy-Xspire Holdings, LLC,*
a Delaware limited liability company
5550 W. Executive Drive, Suite 230
Tampa, Florida 33609

Buyer:

By: _Robert Sims_ 3/20/2024

Name: ~~Robert 3080A3BFCCE4D2...~~

Title: President

*Key Therapeutics, LLC*
a Delaware limited liability Company
232 Market Street, Building K
Flowood, MS 39232

**Settlement Agent:**

By: _____

McCrory Law Firm, P.C.
Joshua C. McCrory, Esq. (Miss Bar #100781)