**From:** "Chuck Mullins "
**Subject:** FW: KEY FINANCIALS ATTACHED YE 2024 AND JUN 25 ATTACHED
**Date:** July 28, 2025 at 9:20 PM
**To:** Eddy, Kevin M.  kevin.eddy@blankrome.com
**Cc:** Doug Noble  dnoble@mmqnlaw.com

Kevin sorry for the late emailing but here are Key's financials for the years stated above.. North Point's liability is not included.


**Yours Truly,**

# Chuck

**Charles R. "Chuck" Mullins**
**Mullins Law**
**1146 Lyncrest Avenue**
**Jackson, MS 39202**
**chuck@chuckmullinslaw.com**
**www.chuckmullinslaw.com**
**(P) 601.672.1332**

the original message.

**Current Assets**

| Code | Description | Amount |
|---|---|---|
| 10100 | -Key Bank - "Cash on Hand" | |
| 10200 | -Regions Checking - 6565 | 33,402.61 |
| 10400 | -Citizen's Bank - Checking | 982,215.34 |
| 10880 | -Cash Clearing - Funds in | |
| 10990 | -Cash - ST Held in Escrow | |
| 11000 | -A/R - Trade | 552,441.22 |
| 11200 | -A/R Allow - Cash Discounts | - 13,533.07 |
| 11260 | -A/R Allow - Distrib & Admin | - 305,364.42 |
| 11270 | -A/R Allow - Returns & Destruct | - 94,404.76 |
| 11280 | -A/R Allow - Chargebacks | 93,171.50 |
| 11500 | -A/R - Other | 71,041.11 |
| 11720 | -A/R - Disputes - MCK | 33,357.32 |
| 13000 | -Inventory - Finished Goods | 722,439.96 |
| 13200 | -Inventory - Samples | 158,542.29 |
| 13900 | -Inventory - Non-Subsidiary | |
| 14130 | -Prepaid - Licenses & | 6,300.00 |
| 14225 | -Prepaid - Supply Chain | 32,833.34 |
| 15000 | -Copay Coupon Escrow | 36,864.17 |
| | **Total Current Assets** | **2,309,306.61** |

**Long Term Assets**

| Code | Description | Amount |
|---|---|---|
| 17910 | -LT Investment in LXA Assets | 3,174,913.75 |

| | **Total Assets** | **5,484,220.36** |

**Liabilities**

**Current Liabilities**

| Code | Description | Amount |
|---|---|---|
| 20200 | -A/P - Trade | 526,385.05 |
| 20212 | -A/P - Stock Clearing | - 26,771.15 |
| 20500 | -A/P - Other | |
| 20600 | -A/P - AmEx Credit Clearing | 3,030.25 |
| 21050 | -Note Payable - Plexus | 1,201,662.29 |
| 23050 | -Accrued Medicaid Payable | 43,265.61 |
| 23400 | -Accrued Royalty | 93,173.93 |
| | **Total Current Liabilities** | **1,840,745.98** |
| 29010 | -Notes Payable - Citizen's Bank | 2,511,657.57 |
| 29012 | -Notes Payable - U.S. SBA | 149,269.00 |
| 29014 | -Notes Payable - First Horizon | 47,361.40 |



EXHIBIT Q

**Key Therapeutics, LLC**
**Balance Sheet - 12 Months Rolling**
**As of  June 30, 2025**

|  |  | Period Ending 06-2025 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| 10200 | -Regions Checking - 6565 | 33,402.61 |
| 10400 | -Citizen's Bank - Checking | 931,495.40 |
| 10880 | -Cash Clearing - Funds in | |
| 11000 | -A/R - Trade | 301,488.35 |
| 11200 | -A/R Allow - Cash Discounts | - 8,549.58 |
| 11260 | -A/R Allow - Distrib & Admin | - 288,949.93 |
| 11270 | -A/R Allow - Returns & Destruct | - 142,626.09 |
| 11280 | -A/R Allow - Chargebacks | 299,115.14 |
| 11500 | -A/R - Other | |
| 11720 | -A/R - Disputes - MCK | 31,679.41 |
| 13000 | -Inventory - Finished Goods | 644,173.01 |
| 13200 | -Inventory - Samples | 101,318.23 |
| 14130 | -Prepaid - Licenses & | 3,150.00 |
| 14225 | -Prepaid - Supply Chain | |
| 15000 | -Copay Coupon Escrow | 34,926.25 |
| **Total Current Assets** | | **1,940,622.80** |
| **Long Term Assets** | | |
| 17910 | -LT Investment in LXA Assets | 3,229,913.75 |
| **Total Assets** | | **5,170,536.55** |
| **Liabilities** | | |
| **Current Liabilities** | | |
| 20200 | -A/P - Trade | 944,628.94 |
| 20212 | -A/P - Stock Clearing | 59,304.00 |
| 20600 | -A/P - AmEx Credit Clearing | 23,023.31 |
| 21050 | -Note Payable - Plexus | 1,171,662.29 |
| 23050 | -Accrued Medicaid Payable | 9,697.97 |
| 23400 | -Accrued Royalty | 42,395.64 |
| **Total Current Liabilities** | | **2,250,712.15** |
| 29010 | -Notes Payable - Citizen's Bank | 2,500,000.00 |
| 29012 | -Notes Payable - U.S. SBA | 149,269.00 |
| 29014 | -Notes Payable - First Horizon | 26,654.98 |
| **Total Liabilities** | | **4,926,636.13** |
| **Shareholders' Equity** | | |
| 30000 | -Retained Earnings | 113,299.96 |
| 30100 | -Opening Balance Equity | 1,028,524.58 |
| 34000 | -Shareholder Distributions | - 304,025.00 |
| 34500 | -Shareholder Non-Cash | - 60,582.92 |
| 39000 | -Net Income - Current YTD | - 533,316.20 |
| **Total Shareholders' Equity** | | **243,900.42** |
| **Total Liabilities & Shareholders'** | | **5,170,536.55** |

.00

**Key Therapeutics, LLC**
**Balance Sheet - 12 Months Rolling**
**As of  December 31, 2024**

|  |  | Period Ending 12-2024 |
|---|---|---:|
| **Assets** | | |
| | | |
| **Current Assets** | | |
| 10100 | -Key Bank - "Cash on Hand" | |
| 10200 | -Regions Checking - 6565 | 33,402.61 |
| 10400 | -Citizen's Bank - Checking | 982,215.34 |
| 10880 | -Cash Clearing - Funds in | |
| 10990 | -Cash - ST Held in Escrow | |
| 11000 | -A/R - Trade | 552,441.22 |
| 11200 | -A/R Allow - Cash Discounts | - 13,533.07 |
| 11260 | -A/R Allow - Distrib & Admin | - 305,364.42 |
| 11270 | -A/R Allow - Returns & Destruct | - 94,404.76 |
| 11280 | -A/R Allow - Chargebacks | 93,171.50 |
| 11500 | -A/R - Other | 71,041.11 |
| 11720 | -A/R - Disputes - MCK | 33,357.32 |
| 13000 | -Inventory - Finished Goods | 722,439.96 |
| 13200 | -Inventory - Samples | 158,542.29 |
| 13900 | -Inventory - Non-Subsidiary | |
| 14130 | -Prepaid - Licenses & | 6,300.00 |
| 14225 | -Prepaid - Supply Chain | 32,833.34 |
| 15000 | -Copay Coupon Escrow | 36,864.17 |
| **Total Current Assets** | | **2,309,306.61** |
| | | |
| **Long Term Assets** | | |
| 17910 | -LT Investment in LXA Assets | 3,174,913.75 |
| | | |
| **Total Assets** | | **5,484,220.36** |
| | | |
| | | |
| **Liabilities** | | |
| | | |
| **Current Liabilities** | | |
| 20200 | -A/P - Trade | 526,385.05 |
| 20212 | -A/P - Stock Clearing | - 26,771.15 |
| 20500 | -A/P - Other | |
| 20600 | -A/P - AmEx Credit Clearing | 3,030.25 |
| 21050 | -Note Payable - Plexus | 1,201,662.29 |
| 23050 | -Accrued Medicaid Payable | 43,265.61 |
| 23400 | -Accrued Royalty | 93,173.93 |
| **Total Current Liabilities** | | **1,840,745.98** |
| | | |
| 29010 | -Notes Payable - Citizen's Bank | 2,511,657.57 |
| 29012 | -Notes Payable - U.S. SBA | 149,269.00 |
| 29014 | -Notes Payable - First Horizon | 47,361.40 |
| | | |
| **Total Liabilities** | | **4,549,033.95** |
| | | |
| **Shareholders' Equity** | | |
| 30000 | -Retained Earnings | 582,830.56 |
| 30100 | -Opening Balance Equity | 1,099,565.69 |
| 34000 | -Shareholder Distributions | - 234,025.00 |
| 34500 | -Shareholder Non-Cash | - 43,654.24 |
| 39000 | -Net Income - Current YTD | - 469,530.60 |
| **Total Shareholders' Equity** | | **935,186.41** |
| | | |
| **Total Liabilities & Shareholders'** | | **5,484,220.36** |

.00

**Key Therapeutics, LLC**
**Profit & Loss**
**As of   June 30, 2025**

|  |  |  | **KEY** |
|---|---|---|---:|
| 4000 - Revenue |  |  |  |
|  | KEY - Revenue - | | 923.16 |
|  | KEY - Revenue - | | 68,311.35 |
|  | KEY - Revenue - | | 484,176.18 |
|  | KEY - Revenue - | | 810,850.46 |
|  | KEY - Revenue - | | 825,420. |
|  | KEY - Revenue - | | 1,800. |
|  | KEY - Revenue - | | 120. |
|  | KEY - Revenue - | | - 1,320. |
| 41050 | -Sales Reserve - Cash | | - 30,330.46 |
| 41060 | -Sales Reserve - | | - 159,750.9 |
| 41070 | -Sales Reserve - Returns | | - 62,007.64 |
| 41080 | -Sales Reserve - | | - 68,146.81 |
| 41500 | -Sales Rebate - Coupon | | - 122,694.74 |
| 41550 | -Sales Rebate - Medicaid | | - 31,187.89 |
| **Total Revenue** | | | **1,716,162.71** |
|  |  |  |  |
| 45000 | -Cost of Goods Sold | | 223,069.59 |
| 45050 | -CGS - Inventory | | 144,403.39 |
| 45500 | -Purchase Discounts - | | - 1,236.76 |
| 45150 | -CGS - Freight & | | 7,457.5 |
| 46000 | -Royalty Expense | | 647,708.96 |
| **Total Cost of Sales** | | | **1,021,402.68** |
|  |  |  |  |
| **Gross Profit on Sales** | | | **694,760.03** |
| **Gross Margin** | | | **40.48** |
|  |  |  |  |
| **SG&A Expenses** | | | |
| 50000 | -Salaries & Wages | | 60,948.3 |
| 50015 | -Em'ee Benefits - Medical, | | 4,914.62 |
| 52150 | -Consulting - Business Mgt | | 1,802. |
| 52270 | -Corporate Memberships | | 879. |
| 63010 | -Prof Fees - Accounting, | | 47,196.79 |
| 63015 | -Prof Fees - Legal | | 149,496.75 |
| 63030 | -Bank Service Charges | | 6,485.28 |
| 63035 | -Credit Card Processing | | 27,438.65 |
| 63040 | -Insurance - General | | 18,274.5 |
| 63045 | -Insurance - Directors & | | 5,786.88 |
| 63055 | -Licenses & Permits | | 19,756.4 |
| 63070 | -Consulting - Medicaid & | | 42,400. |
| 64500 | -Rent | | 5,498.86 |
| 64550 | -Utilities | | 2,087.79 |
| 64700 | -Telephone | | 5,886.73 |
| 65120 | -Office Supplies | | 664.1 |
| 65135 | -Postage & Delivery | | 676.84 |
| 65310 | -Internet Connection | | 1,872.37 |
| 65322 | -Computer Software & | | 7,507.02 |
| 65345 | -Software Maintenance & | | 333.78 |

| | | | |
|---|---|---|---:|
| 65350 | -ERP Software Fees | | 32,932.11 |
| 65376 | -Website Maintenance & | | 41.85 |
| 67010 | -Realty & Property Tax | | 1,437.52 |
| 59000 | -T & E - Corp - Airfare | | 21,465.71 |
| 59010 | -T & E - Corp - | | 2,396.99 |
| 59012 | -T & E - Corp - | | 11,312.55 |
| 59015 | -T & E - Corp - Other | | 1,145.44 |
| 59025 | -T & E - Corp - Auto & | | 6,155.43 |

**Total General & Adminstrative**     **486,794.26**

**Key Therapeutics, LLC**
**Profit & Loss**
**As of   June 30, 2025**

**KEY**

| | | |
|---|---|---:|
| 60100 | -Sample Expense | 79.2 |
| 60145 | -Consulting - Advertising & | 3,364. |
| 60220 | -Webstore & Internet | 661.09 |
| 60340 | -Mktg - Digital, Web & | 588.08 |
| 60360 | -Mktg - Postage & | 19.99 |
| 60370 | -Mktg - Production | 1,378.75 |
| 60375 | -Mktg - Promotion & | 590. |
| 60390 | -Mktg - Coupon & Rebate | 10,000. |
| 60514 | -Customer Shipping | - 30. |
| 60515 | -Customer Shipping & | 13,931.08 |
| 60517 | -Whse Product & Waste | 2,359.9 |
| 60520 | -Sales Exp - Order | 16,195.77 |
| 60800 | -Vendor Credentialing | 45,083.34 |
| 61015 | -Consulting - Quality & | 60,000. |
| 61910 | -QC & Regulatory | 1,300. |
| 61915 | -FDA Product Fees | 403,889. |

**Total Sales, Marketing & Quality**    **559,410.2**
**Total SG&A Expenses**    **1,046,204.46**

**EBITDA**    **- 351,444.43**
**EBITDA %**    **- 50.59**

**Other Income/Expenses - Cash**

| | | |
|---|---|---:|
| 82715 | -Interest Expense | 12,779.32 |
| 82720 | -Interest Expense - | 85,906.04 |
| 85010 | -Gain & Loss on Asset | 45,000. |

**Total Cash Post EBITDA**    **143.685.36**
**Other Income/Expenses - Non-**

| | | |
|---|---|---:|
| 89010 | -Tax Exp - Federal | 32,923.24 |
| 89020 | -Tax Exp - State & Local | 5,263.17 |

**Total Non-Cash Post EBITDA**    **38.186.41**

**Total Post EBITDA Expenses**    **181.871.77**

| | |
|---|---|
| **Pretax Income** | **- 533.316.2** |
| **Net Income (Loss)** | **- 533.316.2** |

**Key Therapeutics, LLC**
**Profit & Loss**
**As of   December 31, 2024**

| | | | KEY |
|---|---|---|---:|
| | 4000 - Revenue | | |
| | | KEY - Revenue - | 27,062.64 |
| | | KEY - Revenue - | 194,293.2 |
| | | KEY - Revenue - | 1,193,658.8 |
| | | KEY - Revenue - | 53,740.07 |
| | | KEY - Revenue - | 1,719,796.48 |
| | | KEY - Revenue - | 9,382.5 |
| | | KEY - Revenue - | 17,800. |
| | | KEY - Revenue - | 1,176,239. |
| | | KEY - Revenue - | 2,988. |
| | | KEY - Revenue - | 1,256. |
| | | KEY - Revenue - | 5,202. |
| | 41050 | -Sales Reserve - Cash | - 72,828.69 |
| | 41060 | -Sales Reserve - | - 408,574.54 |
| | 41070 | -Sales Reserve - | - 203,415.02 |
| | 41080 | -Sales Reserve - | - 178,981.21 |
| | 41500 | -Sales Rebate - Coupon | - 481,060.37 |
| | 41550 | -Sales Rebate - | - 76,565.57 |
| **Total Revenue** | | | **2,979,993.29** |
| | | | |
| | 45000 | -Cost of Goods Sold | 452,791.01 |
| | 45050 | -CGS - Inventory | 1,015,325.6 |
| | 45100 | -CGS - Purchase Price | 11.15 |
| | 45500 | -Purchase Discounts - | - 1,819.03 |
| | 45150 | -CGS - Freight & | 5,666.25 |
| | 46000 | -Royalty Expense | 493,338.17 |
| **Total Cost of Sales** | | | **1,965,313.15** |
| | | | |
| **Gross Profit on Sales** | | | **1,014,680.14** |
| **Gross Margin** | | | **34.05** |
| | | | |
| **SG&A Expenses** | | | |
| | 50000 | -Salaries & Wages | 85,543.14 |
| | 50015 | -Em'ee Benefits - | 7,562.73 |
| | 50115 | -Bonus & Employee | 5,000. |
| | 52030 | -Contract/Temp & | 103,285.74 |
| | 52210 | -Em'ee Seminars & CPE | 123.8 |
| | 52270 | -Corporate Memberships | 261.88 |
| | 63010 | -Prof Fees - Accounting, | 20,196.69 |
| | 63015 | -Prof Fees - Legal | 288,451.05 |
| | 63025 | -Prof Fees - Other | 1,428.75 |
| | 63030 | -Bank Service Charges | 3,257.02 |
| | 63035 | -Credit Card Processing | 25,435.89 |
| | 63040 | -Insurance - General | 57,565.46 |
| | 63045 | -Insurance - Directors & | 4,120.39 |
| | 63055 | -Licenses & Permits | 16,510.37 |
| | 63065 | -Registrations & Filing | 7,776.12 |
| | 63070 | -Consulting - Medicaid & | 62,500. |

| | | |
|---|---|---|
| 63075 | -Consulting - Other | 15,108.48 |
| 64500 | -Rent | 11,143.08 |
| 64550 | -Utilities | 7,229.25 |
| 64700 | -Telephone | 5,626.23 |
| 65120 | -Office Supplies | 15,445.83 |
| 65135 | -Postage & Delivery | 3,171.18 |
| 65140 | -Equipment Repairs & | 719. |
| 65310 | -Internet Connection | 2,684.98 |
| 65315 | -IT Contract Services & | 366.48 |
| 65322 | -Computer Software & | 13,568.18 |

**Key Therapeutics, LLC**
**Profit & Loss**
**As of   December 31, 2024**

| | | KEY |
|---|---|---|
| 65345 | -Software Maintenance | 1,064.77 |
| 65350 | -ERP Software Fees | 36,569.57 |
| 65376 | -Website Maintenance & | 1,288.68 |
| 67010 | -Realty & Property Tax | 1,499.02 |
| 59000 | -T & E - Corp - Airfare | 31,950.54 |
| 59010 | -T & E - Corp - | 12,201.75 |
| 59012 | -T & E - Corp - | 23,026.92 |
| 59015 | -T & E - Corp - Other | 5,967.61 |
| 59020 | -T & E - Corp - Meals - | 541.48 |
| 59025 | -T & E - Corp - Auto & | 6,749.48 |
| | **Total General & Adminstrative** | **884,941.54** |
| 59100 | -T & E - Convention - | 847.96 |
| 59125 | -T & E - Convention - | 94.91 |
| 60100 | -Sample Expense | 8,745.06 |
| 60145 | -Consulting - Advertising | 5,367.01 |
| 60210 | -Conventions & | 4,970.08 |
| 60212 | -Trade Org Membership | 427.95 |
| 60220 | -Webstore & Internet | 4,961.05 |
| 60320 | -Mktg - Collateral & | 270.99 |
| 60330 | -Mktg - Data & Market | 20,853.25 |
| 60340 | -Mktg - Digital, Web & | 204. |
| 60360 | -Mktg - Postage & | 544.86 |
| 60370 | -Mktg - Production | 5,324.5 |
| 60375 | -Mktg - Promotion & | 5,917.95 |
| 60390 | -Mktg - Coupon & | 70,000. |
| 60514 | -Customer Shipping | - 150. |
| 60515 | -Customer Shipping & | 19,926.53 |
| 60517 | -Whse Product & Waste | 1,570.03 |
| 60520 | -Sales Exp - Order | 104,943.56 |
| 60525 | -Supply Chain | 61,354.65 |
| 60800 | -Vendor Credentialing | - 63,670.84 |
| 61015 | -Consulting - Quality & | 109,347.35 |
| 61910 | -QC & Regulatory | 7,855. |
| | **Total Sales, Marketing & Quality** | **369,705.85** |
| **Total SG&A Expenses** | | **1,254,647.39** |

| | | |
|---|---|---|
| **EBITDA** | | **- 239,967.25** |
| **EBITDA %** | | **- 23.65** |

| | | | |
|---|---|---|---|
| **Other Income/Expenses - Cash** | | | |
| 82310 | -Business Development | 32,000. |
| 82715 | -Interest Expense | 11,550.39 |
| 82720 | -Interest Expense - | 178,897.99 |
| 82875 | -ERP Integration | 6,109.75 |
| 82890 | -Misc Non-Op Oth Exp | 820.18 |
| **Total Cash Post EBITDA** | | **229,378.31** |
| **Other Income/Expenses - Non-** | | |
| 89020 | -Tax Exp - State & Local | 185.04 |
| **Total Non-Cash Post EBITDA** | | **185.04** |
| | | |
| **Total Post EBITDA Expenses** | | **229,563.35** |
| | | |
| **Pretax Income** | | **- 469,530.6** |
| **Net Income (Loss)** | | **- 469,530.6** |