**F0012**
**Fee: $ 10**



**Michael Watson**
SECRETARY OF STATE

**2024302749**

Business ID: 872364
Filed: 04/24/2024 05:26 PM
Michael Watson
Secretary of State

## Articles/Certificate of Amendment

### Business Details

*Business ID:* 872364                    *Business Name:* Gentex Pharma, LLC
*Future Effective Date:* 04/24/2024

### Current Registered Agent

*Name:*       Ford J Mundy
*Address:*    121 Marketridge Drive, Suite C
              Ridgeland, MS 39157

### Amended Registered Agent

*Name:*       Josh McCrory
*Address:*    200 E Government Street
              Brandon, MS 39042

### NAICS Code/Nature of Business

325412 - Pharmaceutical Preparation Manufacturing
325412 - Pharmaceutical Preparation Manufacturing

### Signature

The undersigned certifies that:
1) he/she has notified the above-named registered agent of this appointment;
2) he/she has provided the agent an address for the company, and;
3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/24/2024*.

| *Name:* | *Address:* |
|---|---|
| Josh McCrory | 200 E Government Street |
| *Attorney In Fact* | Brandon, MS 39042 |



EXHIBIT
R

**F0108**
**Fee: $**



**Michael Watson**
SECRETARY OF STATE

**2024301693**

Business ID: 872364
Filed: 04/24/2024 09:26 AM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2024  LLC Annual Report

### Business Information

*Business ID:* 872364

*State of Incorporation:* MS

*Phone:* (***)***-****

*FEIN:* **-*******

*Business Name:* Gentex Pharma, LLC

*Business Email:* Rsims@keytherapeutics.net

*Principal Address:* 232 Market Street, Building K
Flowood, MS 39232

### Registered Agent

*Name:* Ford J Mundy

*Address:* 121 Marketridge Drive, Suite C
Ridgeland, MS 39157

### Managers and Members

### Managers

| *Name:* | *Address:* |
| --- | --- |
| Heath Wray<br>*Manager* | 119 Marketridge Drive, Suite - D-3<br>Ridgeland, MS 39157 |
| Robert W Sims<br>*Manager* | 203 Winter Teal Court<br>MADISON, MS 39110 |

**Officers**

| Title/Name: | Address: | Director: |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑ This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

325412 - Pharmaceutical Preparation Manufacturing
325412 - Pharmaceutical Preparation Manufacturing

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/24/2024*.

| Name: | Address: |
|---|---|
| Heath Wray | 380 Johnstone Drive |
| *Manager* | MADISON, MS 39110 |

## Officers List

*Name:*                                            *Address:*

Heath Wray                                         119 Marketridge Drive, Suite - D-3
*Manager*                                          Ridgeland, MS 39157


Robert W Sims                                      203 Winter Teal Court
*Manager*                                          MADISON, MS 39110

**F0108**
**Fee: $**



**Michael Watson**
SECRETARY OF STATE

**2024302172**

Business ID: 872364
Filed: 04/24/2024 12:36 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2024  LLC Annual Report

## Business Information

*Business ID:*  872364

*State of Incorporation:*  MS

*Phone:* (***)***-****

*FEIN:* **-*******

*Business Name:*  Gentex Pharma, LLC

*Business Email:*  Rsims@keytherapeutics.net

*Principal Address:*  232 Market Street, Building K
Flowood, MS 39232

## Registered Agent

*Name:*  Ford J Mundy

*Address:*  121 Marketridge Drive, Suite C
Ridgeland, MS 39157

## Managers and Members

## Managers

| *Name:* | *Address:* |
| --- | --- |
| Robert W Sims<br>*Manager* | 203 Winter Teal Court<br>MADISON, MS 39110 |

## Officers

| *Title/Name:* | *Address:* | *Director:* |
| --- | --- | --- |
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑  This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

325412 - Pharmaceutical Preparation Manufacturing

325412 - Pharmaceutical Preparation Manufacturing

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/24/2024*.

*Name:*

Robert W Sims
*Manager*

*Address:*

203 Winter Teal Court
MADISON, MS 39110

## Officers List

*Name:*                                                 *Address:*

Robert W Sims                                    203 Winter Teal Court
*Manager*                                           MADISON, MS 39110

**F0108**
**Fee: $**



**Michael Watson**
S E C R E T A R Y   O F   S T A T E

**2024477491**

Business ID: 872364
Filed: 11/26/2024 07:25 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2024  LLC Annual Report

## Business Information

*Business ID:* 872364  *Business Name:* Gentex Pharma, LLC
*State of Incorporation:* MS  *Business Email:* info@keytherapeutcs.net
*Phone:* (***)***-****
*FEIN:* **-*******

*Principal Address:* 232 Market Street, Building K
Flowood, MS 39232

## Registered Agent

*Name:* Josh McCrory
*Address:* 200 E Government Street
Brandon, MS 39042

## Managers and Members

## Managers

| *Name:* | *Address:* |
|---|---|
| Peter B Trebotich III<br>*Manager, Member, President* | 211 Binnacle Court<br>Brandon, MS 39047 |

## Members

| *Name:* | *Address:* |
|---|---|
| Peter B Trebotich III<br>*Manager, Member, President* | 211 Binnacle Court<br>Brandon, MS 39047 |

**Officers**

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:**  Peter B Trebotich III | 211 Binnacle Court<br>Brandon, MS 39047 | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑  This LLC has a written Operating Agreement.

**NAICS Code/Nature of Business**

325412 - Pharmaceutical Preparation Manufacturing

325412 - Pharmaceutical Preparation Manufacturing

**Signature**

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *11/26/2024*.

| *Name:* | *Address:* |
|---|---|
| Peter B Trebotich III<br>*President* | 211 Binnacle Court<br>Brandon, MS 39047 |

## Officers List

*Name:*

Peter B Trebotich III
*Manager, Member, President*

*Address:*

211 Binnacle Court
Brandon, MS 39047