**F0108**
**Fee: $**



**2025072092**

Business ID: 1166324
Filed: 02/03/2025 10:18 AM
Michael Watson
Secretary of State

**P.O. BOX 136**
**JACKSON, MS 39205-0136**
**TELEPHONE: (601) 359-1633**

## 2025  LLC Annual Report

## Business Information

*Business ID:*  1166324          *Business Name:*  Copay Consultants, LLC
*State of Incorporation:*  MS     *Business Email:*  ronnie@copayconsultants.com
*Phone:* (***)***-****
*FEIN:* **-*******

*Principal Address:*  517 Liberty Rd, Suite D
Flowood, MS 39232

## Registered Agent

*Name:*  robert W Sims
*Address:*  517 Liberty Road, Ste D
Flowood, MS 39232

## Managers and Members

## Managers

| *Name:* | *Address:* |
| --- | --- |
| Robert W Sims<br>*Manager* | 517 Liberty Road, Suite D<br>Flowood, MS 39232 |
| Ronnie W Grogan<br>*Manager* | 132 Sycamore rdg<br>madison, MS 39110 |

**EXHIBIT**
**S**

## Officers

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☐   This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

541613 - Marketing Consulting Services

541611 - Administrative Management and General Management Consulting Services

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *02/03/2025*.

| *Name:* | *Address:* |
|---|---|
| Ronnie W Grogan | 132 SYCAMORE RIDGE |
| *Other* | MADISON, MS 39110 |

## Officers List

*Name:*                                    *Address:*

Robert W Sims                              517 Liberty Road, Suite D
*Manager*                                  Flowood, MS 39232


Ronnie W Grogan                            132 Sycamore rdg
*Manager*                                  madison, MS 39110

**F0012**
**Fee: $ 60**



**2025328286**

Business ID: 1166324
Filed: 05/05/2025 12:45 PM
Michael Watson
Secretary of State

## Articles/Certificate of Amendment

### Business Details

***Business ID:*** 1166324 **Business Name:** Copay Consultants, LLC

### Current Principal Office

***Address:*** 517 Liberty Rd, Suite D
Flowood, MS 39232

### Amended Principal Office

***Address:*** 517 Liberty Rd, Suite 4A
Flowood, MS 39232

### Current Registered Agent

***Name:*** robert W Sims
***Address:*** 517 Liberty Road, Ste D
Flowood, MS 39232

### Amended Registered Agent

***Name:*** robert W Sims
***Address:*** 517 Liberty Road, Ste 4A
Flowood, MS 39232

### NAICS Code/Nature of Business

541613 - Marketing Consulting Services
541611 - Administrative Management and General Management Consulting Services

### Signature

The undersigned certifies that:
1) he/she has notified the above-named registered agent of this appointment;
2) he/she has provided the agent an address for the company, and;
3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day ***05/05/2025***.

*Name:*

Ronnie Grogan Ronnie Grogan Ronnie Grogan
*Manager*

*Address:*

132 Sycamore Rdg
Madison, MS 39110-7069

**F0012**
**Fee: $ 10**



**2026026324**

Business ID: 1166324
Filed: 01/13/2026 10:35 AM
Michael Watson
Secretary of State

## Articles/Certificate of Amendment

## Business Details

*Business ID:*  1166324

*Business Name:*  Copay Consultants, LLC

## Current Registered Agent

*Name:*  robert W Sims

*Address:*  517 Liberty Road, Ste 4A
Flowood, MS 39232

## Amended Registered Agent

*Name:*  Ronnie  W Grogan

*Address:*  513 Liberty Rd , Ste 4A
Flowood, MS 39232

## NAICS Code/Nature of Business

541613 - Marketing Consulting Services

541611 - Administrative Management and General Management Consulting Services

## Signature

The undersigned certifies that:

1) he/she has notified the above-named registered agent of this appointment;

2) he/she has provided the agent an address for the company, and;

3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *01/13/2026*.

*Name:*

Ronnie W Grogan
*Member*

*Address:*

513 Liberty Rd , Ste 4A
Flowood, MS 39232

**F0108**
**Fee: $**



**Michael Watson**
SECRETARY OF STATE

**2026026364**

Business ID: 1166324
Filed: 01/13/2026 10:39 AM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2026  LLC Annual Report

## Business Information

*Business ID:* 1166324   *Business Name:* Copay Consultants, LLC
*State of Incorporation:* MS   *Business Email:* ronnie@copayconsultants.com
*Phone:* (***)***-****
*FEIN:* **-*******

*Principal Address:*  517 Liberty Rd, Suite 4A
Flowood, MS 39232

## Registered Agent

*Name:*   Ronnie  W Grogan
*Address:*  513 Liberty Rd , Ste 4A
Flowood, MS 39232

## Managers and Members

## Managers

| *Name:* | *Address:* |
|---|---|
| Ronnie W Grogan  *Manager* | 132 Sycamore rdg  madison, MS 39110 |

## Officers

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☐  This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

541613 - Marketing Consulting Services

541611 - Administrative Management and General Management Consulting Services

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *01/13/2026*.

*Name:*

Ronnie Grogan
*Member*

*Address:*

132 SYCAMORE RIDGE
MADISON, MS 39110

## Officers List

*Name:*                                      *Address:*

Ronnie W Grogan                         132 Sycamore rdg
*Manager*                                   madison, MS 39110