**RISK RATING**

Key Therapeutics, LLC (Group)

Loan: 2025.03.11 - RENEWAL OF 33

Primary Borrower Financial Period: 12/31/2024 (12 months): Company Prepared

| Total Raw Score | Calculated Risk Rating | Adjusted Risk Rating |
|:---:|:---:|:---:|
| | Average Risk | Average Risk |
| 190 | 3 | 3 |

Last Modified: 4/8/2025 9:56AM
Comments:

**C & I**

| C&I | Value | Risk Score | Benchmark Range | Risk Weight | Raw Score | Comments |
|---|---|---|---|---|---|---|
| Proposed Borrower Debt Service Coverage Ratio (KEY THERAPEUTICS, LLC) | 2.11 | 1 | Equal to or > 1.75 | 20.00% | 20 | auto-updated on 4/8/2025 9:55AM |
| Proposed Borrower Loan To Value (KEY THERAPEUTICS, LLC) | 80.00% | 3 | 71% to 80% | 15.00% | 45 | |
| Proposed Global Debt Service Coverage Ratio | 2.07 | 1 | Equal to or > 2.00 times | 20.00% | 20 | auto-updated on 4/8/2025 9:55AM |
| Borrower Current Ratio (KEY THERAPEUTICS, LLC) | 7.73 | 1 | Greater than 3.00 | 10.00% | 10 | auto-updated on 4/8/2025 9:55AM |
| Management Quality | Above Average Experience | 3 | Above Average Experience | 10.00% | 30 | |
| Quality of Financials | CPA Tax Return | 3 | CPA Tax Return | 10.00% | 30 | |
| Evaluated Credit Score | 762.00 | 2 | 750 to 799 | 10.00% | 20 | auto-updated on 4/8/2025 9:55AM |
| Industry Trends | Mature | 3 | Mature | 5.00% | 15 | |
| Total: | | | | 100.00% | 190 | |

Section Weight: 100.00% Score: 190

Total Section Weights: 100.00%

**SETTINGS**

| Selected Financial Periods: | KEY THERAPEUTICS, LLC | 12/31/2024 (12 months): Company Prepared |
|---|---|---|
| | SIMS, ROBERT | 03/17/2025: (2023 Tax Return) |

| | |
|---|---|
| Template: | C&I |
| Debt Calculation Method: | Loan Information / Itemized Debt - Debt Service Only |
| Calculate Business cash flow before financing using: | EBITDA |
| Calculate Personal cash flow before financing using: | Net Personal Income before Debt Service |



EXHIBIT
U

## Aggregate Exposure

| Entity | Outstanding Current Balance | Current Available Credit | Total Commitment | Total Related Commitment |
|---|---|---|---|---|
| KEY THERAPEUTICS, LLC | $2,468,175.75 | $31,824.25 | $2,500,000.00 | $2,500,000.00 |
| SIMS, ROBERT | $0.00 | $0.00 | $0.00 | $2,500,000.00 |
| **Global** | **$2,468,175.75** | **$31,824.25** | **$2,500,000.00** | **$2,500,000.00** |

## Existing Loans

| | Borrower | Interest Rate | Origination Date | Maturity Date | Current Balance | Current Available Credit | Risk Rating |
|---|---|---|---|---|---|---|---|
| **33113125** | KEY THERAPEUTICS, LLC | 9.25% | 03/15/2024 | 05/15/2025 | $2,500,000.00 | $31,824.25 | 3 |
| **Totals** | | | | | $2,468,175.75 | $31,824.25 | |

## Deposit Accounts

| | Account Number | Deposit Type | Origination Date | Interest Rate | Balance | Annual Fees |
|---|---|---|---|---|---|---|
| **2792026 KEY THERAPEUTICS, LLC** | 2792026 | Demand Deposit | 02/28/2024 | 0.00% | $960,929.41 | $0.00 |
| **Totals** | | | | | $960,929.41 | $0.00 |

## Borrower Profiles

### KEY THERAPEUTICS, LLC

| Customer Number: | 150882 | DBA: | |
|---|---|---|---|
| Organization Type: | LLC | Industry Label: | 325412 - Pharmaceutical Preparation Manufacturing |
| Address: | 232 MARKET ST BUILDING K NUMBER 252 FLOWOOD, MS 39232 US | Mailing Address: | |
| Loan Officer: | Cook, Billy | Branch: | Carthage |
| Entity Background: | Key Therapeutics LLC is solely owned by Robert Sims.  Robert has been in the Pharmaceutical business for the past 27 years.  He has owned and operated Key Therapeutics LLC for the past 8 years.  Robert started as a sales representative in 1998 with a major pharmaceutical company and worked his way up the ladder to trainer, manager, regional director and national sales director. For this borrowing base we use 50% of current inventory and 80% of accounts receivables, 30 days or less.  Current inventory has a value of 8,142,973.31 and accounts receivables of $1,101,998.18.  We also hold a first mortgage on a condominium in Gulf Shores, AL. with a value of $820K.  Mr. Sims has moved a checking account to us with an average balance of $660K+. | | |

## Guarantor Profiles

### SIMS, ROBERT

| Customer Number: | 150881 | TransUnion Credit Score: | 762 |
|---|---|---|---|
| Address: | 203 WINTER TEAL CT MADISON, MS 39110 US | TransUnion Credit Score Date: | 03/12/2025 |
| Mailing Address: | | Loan Officer: | Cook, Billy |
| Branch: | Carthage | | |

3

## Loan Details

### 2025.03.11 - RENEWAL OF 33113125*

| Loan Purpose |
| --- |
| Renewal of line of credit #33113125 in the amount of $2,500,000.00.  Loan will be for a term of one year at a rate of 7.55% with interest due monthly.  Loan will be secured by Inventory and Accounts Receivables and a condominium located in Gulf Shores, Al.  Borrowing Base is calculated using 50% of inventory value and 80% of accounts receivables 30 days or less. |

| Sources of Repayment |
| --- |
| **Primary**:   Loan will be repaid from business income.<br><br>**Secondary**: Personal Income/Condo Rental Income/Sell of Condo<br><br>**Tertiary**: |

| Tenant Information (Income Property) |
| --- |
| Mr. Sims does rent his condo in Gulf Shores, Al. |

| Lender Comments |
| --- |
| We did this loan for Robert and Key Therapeutics one year ago.  He moved a deposit account to us with a current balance of $960K.  Robert has been in the pharmaceutical business for 28 years.  He owns and operates Key Therapeutics. Robert anticipates a significant boost in revenue in 2025 as he now has 3 major wholesalers on board. This loan will be structured for a one-year term @ 7.55% with interest due monthly.  He has paid as agreed this past year. |

## Collateral Summary

### 365 E BEACH BLVD GULF SHORES AL 36542

| Collateral Summary |
| --- |
| Loan will be secured by inventory, accounts receivables and a condominium in Gulf Shores, AL.  Borrowing Base is calculated using 50% of inventory and 80% of accounts receivables and 80% of condominium value.  Borrowing Base total of A/R and Inventory as of April 1st was $4,948,155.31.  Condo value is $820,000.00.<br><br>Total inventory value is $8,142,973.31 and A/R is $1,101,998.18 |

**ALL ACCOUNTS RECEIVABLES INVENTORY AND**

| Collateral Summary |
| --- |
| Loan will be secured by inventory, accounts receivables and a condominium in Gulf Shores, AL.  Borrowing Base is calculated using 50% of inventory and 80% of accounts receivables and 80% of condominium value.  Borrowing Base total of A/R and Inventory as of April 1st was $4,948,155.31.  Condo value is $820,000.00.<br><br>Total inventory value is $8,142,973.31 and A/R is $1,101,998.18 |

## Financial Analysis

### 2025.03.11 - RENEWAL OF 33113125*

| Financial Analysis Narrative (Credit Dept) |
|---|

**FINANCIAL STATEMENT ANALYSIS: KEY THERAPEUTICS, LLC**
**Analyst: Cardale Greer**

**KEY THERAPEUTICS, LLC**
- This company is owned by Robert W. Sims (100%) and reports on his Schedule-C.
- The following balance sheet information is based on a 2024 year-end statement.
- The current ratio of 7.73 is still above the industry average of 3.46.
- At FYE 2024, the company had a working capital balance of $2M
- TA of $5.4M consists primarily of $1.2M in Cash, $165K in A/R, $881K in Inventory, and $3.2M in investments.
- TL of $4.2M consists primarily of $284K in A/P and $4M in N/P including a $2.5M LOC with TCB.
- At FYE 2024, the company had a net worth of $1.2M.
- The income statement information is based on a 2024 year-end income statement.
- Revenues increased by 28% in 2024 after seeing an increase of 294% in 2023.
- In 2024, the company generated revenues of $3M, which after COGS and operating expenses left the company with a net income of ($470K).
- In the last three years, net income has ranged from ($470K) to $84K.
- CADS of $736K were sufficient to cover debt obligations of $394K.
- At FYE 2024, the company had a DSC of 1.87 with an excess cash flow of $342K.
- In the last three periods of analysis, DSC has ranged from 1.87 to 99.80 with excess cash flows ranging from $90K to $1.2M.
- **Proposed Business DSC is 2.11 with an excess cash flow of $388K based on the renewal of LN # 33113125 ($2.5M LOC) at Prime plus 5 bps (7.55%) for 12 months.**

**INTERIM 03/31/25)**
- Through the first three months of 2025, the company has generated revenues of $1M, which after COGS and operating expenses left the company with a net income of ($394K).
- CADS of ($213K) are insufficient to cover three months of debt obligations of $87K.
- **At interim, the company has a DSC of (2.45) with a cash flow deficit of ($300K) based on the renewal of LN # 33113125 ($2.5M LOC) at Prime plus 5 bps (7.55%) for 12 months.**

**ROBERT W. SIMS**
**Personal Balance Sheet**
- Per the PFS dated 03/17/25, Mr. Sims has TA of $2.9M, which consists primarily of $575K in liquid assets, $1.2M in Notes Receivables, $135K in personal residence, and $990K in other real estate investments.
- TL of $291K consists primarily of $15K in credit card debt and $258K in other long-term debt.
- Liquidity of $575K consists entirely of cash.

**Personal Income/Debt Service**
- CADS (cash available for debt service) of $165K was figured based primarily on $12K in W-2 Income, $188K in distributions from business holdings ($110K in Key Therapeutics, LLC & $78K in Copay Consultants, LLC), less taxes and expenses of ($31K).
- Debt service was calculated using actual monthly payments for all liabilities per the credit reports dated 03/12/25.
- CADS of $165K were sufficient to cover debt obligations and provide a DSC of 4.89 with an excess cash flow of 131K.
- In the last three years of analysis, personal DSC has ranged from 2.40 to 4.89, with excess cash flows ranging from $47K to $131K.
- *CADS, DSC, and Cashflow have increased in each year of analysis.*

**GLOBAL CASH FLOW**
- Current Global DSC is 1.85 with an excess cash flow of $363K.
- **Proposed Global DSC is 2.07 with an excess cash flow of $410K based on the renewal of LN # 33113125 ($2.5M LOC) at Prime plus 5 bps (7.55%) for 12 months.**

**STRENGTHS:**
- Personal DSC is 4.89
- Proposed Business DSC is 2.11
- Propose Global DSC is 2.07

**WEAKNESSES:**

| | | | |
|---|---|---|---|
| **Loan Number:** | Renewal of LN #33113125 | **Amount:** | $2,500,000 |
| **Officer:** | Billy Cook | **Rate:** | 7.55% |
| **Date Created:** | 04/08/2025 08:26 AM | **Term** | 12 |

| | **Name** | **Credit Score** | **Secondary Credit Score** |
|---|---|---|---|
| **People:** | SIMS, ROBERT | 762 | N/A |
| **Businesses:** | KEY THERAPEUTICS, LLC | N/A | N/A |
| **Properties:** | Rental Properties | N/A | N/A |

**Source of Repayment**



**Source of Collateral**



**Background**



**Analysis**



**Existing Financial Institution Relationships**



**Verified by Cardale Greer**

# Key Therapeutics, LLC

**Loans / Debt Structure Summary**

| Borrower | Number | Description | Type | Financing | Balance | Payment Amount | Interest Rate |
|---|---|---|---|---|---|---|---|
| **Proposed Loans** | | | | | | | |
| KEY THERAPEUTICS, LLC | 2025.03.11 - RENEWAL OF 33113125 | 2025.03.11 - RENEWAL OF 33113125 | Line of Credit | Senior Debt | $2,500,000.00 | $15,947.63 | 7.55% |
| **Refinanced Loans** | | | | | | | |
| KEY THERAPEUTICS, LLC | 33113125 | TCB (Refinanced) | Line of Credit | Senior Debt | $2,531,824.00 | $19,787.20 | 9.25% |
| **Existing Loans** | | | | | | | |
| KEY THERAPEUTICS, LLC | | N/P- SBA Loan | Fixed Payment | Senior Debt | $149,269.00 | $962.47 | 2.00% |
| KEY THERAPEUTICS, LLC | | N/P - First Horizon | Fixed Payment | Senior Debt | $57,715.00 | $888.22 | 7.50% |
| KEY THERAPEUTICS, LLC | | N/P- Plexus | Fixed Payment | Senior Debt | $1,201,662.00 | $11,210.81 | 7.50% |
| SIMS, ROBERT | 230301900 | Priority One | Fixed Payment | Other Long Term Loan | $257,870.00 | $2,199.00 | 7.50% |
| SIMS, ROBERT | 3499923023028623 | AMEX | Fixed Payment | Credit Card | $14,631.00 | $292.00 | 14.99% |
| SIMS, ROBERT | 438854009935 | JPMCB Card | Fixed Payment | Credit Card | $7.00 | $7.00 | 14.99% |
| SIMS, ROBERT | | Telsa Lease | Fixed Payment | Automobile Loan | $18,400.00 | $319.07 | 7.50% |

## Key Metrics (Annualized)

**See below for a summary of the key metrics; proposed loans are included in the "Proposed" column.**

| | |
|---|---|
| Calculate the debt service for the "Current Period" below based on: | Loan Information / Itemized Debt |
| The "Proposed" column is showing the financial situation as of: | 1 month from now |
| Display income and debt service values as: | Combined values only |
| Show Percent Ownership? | Hide Percent Ownership |

| Key Metrics (Annualized) | Current Period 3/17/2025 | Proposed |
|---|---|---|
| **People** | | |
| Net Personal Income before Debt Service: | $165,003 | $165,003 |
| Estimated Debt Service: | $33,728 | $33,728 |
| Discretionary Cash Flow: | $131,275 | $131,275 |
| Debt Service Coverage Ratio: | 4.89 | 4.89 |
| **Debt to Income (Gross)** ▾   **Businesses** | | |
| EBITDA: | $736,243 | $736,243 |
| Estimated Debt Service: | $394,184 | $348,110 |
| Discretionary Cash Flow: | $342,059 | $388,133 |
| Debt Service Coverage Ratio: | 1.87 | 2.11 |
| **Global** | | |
| Total Income: | $896,846 | $896,846 |
| Less Double Counting Adjustments: | $105,441 | $105,441 |
| Global Total Income: | $791,405 | $791,405 |
| Global Total Debt Service: | $427,912 | $381,837 |
| Global Discretionary Cash Flow: | $363,493 | $409,568 |
| Global Debt Service Coverage Ratio: | 1.85 | 2.07 |

**SIMS, ROBERT**

| | 2021 Tax Return | 2022 Tax Return | 2023 Tax Return |
|---|---|---|---|
| | Cardale Greer **12/31/2021** | Cardale Greer **12/31/2022** | Cardale Greer **12/31/2023** |
| **Income & Expenses** | | | |
| Yearly Gross Wages / Salaries | $0 | $0 | $12,000 |
| Other Regular and Dependable Sources of Income | $0 | $0 | $102 |
| Cash Flow from Real Estate Investments before Debt Service | $0 | ($3,026) | ($4,400) |
| Cash Flow from Business and Investment Holdings before Debt Service | $83,733 | $180,121 | $188,216 |
| KEY THERAPEUTICS, LLC | ($837) | $90,674 | $109,841 |
| Copay Consultants LLC | $84,570 | $89,447 | $78,375 |
| Personal Income Adjustments (Optional) | $0 | $0 | $0 |
| **Total Personal Income** | **$83,733** | **$177,095** | **$195,918** |
| **Expenses** | | | |
| Yearly Rent Payments | $0 | $0 | $0 |
| Taxes Paid (Optional) | $2,725 | $40,127 | $27,152 |
| Personal Expenses (Optional) | $0 | ($250) | $3,763 |
| **Net Personal Income before Debt Service** | **$81,008** | **$137,218** | **$165,003** |
| **Debt Service Payments** | | | |
| Yearly Recurring Debt Payments | $33,728 | $33,728 | $33,728 |
| Approximate Yearly Real Estate Investment Loan Payments | $0 | $0 | $0 |
| Approximate Yearly Business and Investment Holdings Loan Payments | $0 | $0 | $0 |
| Other Annual Debt Service | $0 | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 | $0 |
| **Total Approximate Yearly Debt Service Payments** | **$33,728** | **$33,728** | **$33,728** |
| **Discretionary Cash Flow** | **$47,280** | **$103,490** | **$131,275** |
| **Personal Debt Service Coverage Ratio** | **2.40** | **4.07** | **4.89** |

**Comments**

**SIMS, ROBERT**

| Balance Sheet | Personal Financial Statement 12/31/2021 | Personal Financial Statement 12/31/2022 | Personal Financial Statement 03/17/2025 |
|---|---|---|---|
| Cash / Checking / Savings / Money Market | $0 | $0 | $574,900 |
| Public Company Stocks / Bonds | $0 | $0 | $0 |
| Mutual Funds or Pooled Securities | $0 | $0 | $0 |
| Other Liquid or Semi-Liquid Assets on Hand | $0 | $0 | $0 |
| **Total Liquid and Semi-Liquid Assets on Hand** | **$0** | **$0** | **$574,900** |
| Closely Held Company Stock | $0 | $0 | $0 |
| Cash Value of Life Insurance | $0 | $0 | $0 |
| Retirement Accounts | $0 | $0 | $0 |
| Automobiles | $0 | $0 | $0 |
| Jewelry | $0 | $0 | $0 |
| Furniture / Fixtures | $0 | $0 | $0 |
| Other Personal Assets | $0 | $0 | $1,194,379 |
| Notes Receivables | $0 | $0 | $1,194,379 |
| Value of Personal Residence | $0 | $0 | $135,000 |
| Value of Other Non-Investment Properties | $0 | $0 | $0 |
| Value of Itemized Real Estate Investments | $0 | $0 | $0 |
| Value of Other Real Estate Investments | $0 | $0 | $990,000 |
| San Carlos, Unit 804 - Gulf Shores, Al | $0 | $0 | $855,000 |
| 1120E Kennedy Blvd, #919 Tampa, FL | $0 | $0 | $135,000 |
| **Total Value of Real Estate Investments** | **$0** | **$0** | **$990,000** |
| Total Value of Business and Investment Holdings | $0 | $0 | $0 |
| **Total Assets** | **$0** | **$0** | **$2,894,279** |

**Comments**

| | Personal Financial Statement 12/31/2021 | Personal Financial Statement 12/31/2022 | Personal Financial Statement 03/17/2025 |
|---|---|---|---|
| Balance of all Credit Cards | $0 | $0 | $14,638 |
| Taxes Owed | $0 | $0 | $0 |
| Other Lines of Credit | $0 | $0 | $0 |
| Other Short-Term Loans / Liabilities | $0 | $0 | $0 |
| **Total Current Liabilities** | **$0** | **$0** | **$14,638** |
| Automobile Loans | $0 | $0 | $18,400 |
| First Mortgage on Primary Residence | $0 | $0 | $0 |
| Second Mortgage on Primary Residence | $0 | $0 | $0 |
| Home Equity Balance on Primary Residence | $0 | $0 | $0 |
| Student Loans | $0 | $0 | $0 |
| Loans on Other Non-Investment Properties | $0 | $0 | $0 |
| Other Installment Loans | $0 | $0 | $0 |
| Other Long-Term Loans / Liabilities | $0 | $0 | $257,870 |
| Loans on Real Estate Investments | $0 | $0 | $0 |
| Loans on Business and Investment Holdings | $0 | $0 | $0 |
| **Total Liabilities** | **$0** | **$0** | **$290,908** |
| **Total Net Worth** | **$0** | **$0** | **$2,603,371** |
| Contingent Liabilities | $0 | $0 | $0 |

**Comments**

KEY THERAPEUTICS, LLC

| | Tax Return | Tax Return | Company Prepared |
|---|---|---|---|
| | Cardale Greer | Tyler Sistrunk | Tyler Sistrunk |
| | **12/31/2022** | **12/31/2023** | **12/31/2024** |
| | **12 months** | **12 months** | **12 months** |
| **Income Statement** | | | |
| Sales (Income) | $593,664 | $2,336,653 | $2,979,993 |
| Cost of Sales (COGS) | $122,456 | $1,676,547 | $1,860,171 |
| Depreciation (COGS-related) | $0 | $0 | $0 |
| **Gross Profit** | **$471,208** | **$660,106** | **$1,119,822** |
| | | | |
| Depreciation | $317 | $0 | $0 |
| Amortization | $0 | $0 | $0 |
| Overhead or S,G,& A Expenses | $349,166 | $514,118 | $1,113,218 |
| G & A Payroll Expense | $87,403 | $91,122 | $98,230 |
| Rent | $11,902 | $11,738 | $11,143 |
| Advertising | $32,447 | $32,639 | $106,287 |
| Insurance (other than health) | $20,567 | $33,089 | $61,686 |
| Legal and professional services | $82,361 | $189,636 | $310,076 |
| Office expense | $14,308 | $24,211 | $15,805 |
| Repairs and maintenance | $7,616 | $34,542 | $719 |
| Taxes and licenses | $4,292 | $24,020 | $17,286 |
| Travel | $44,457 | $0 | $50,968 |
| Meals and entertainment | $21,473 | $15,586 | $23,568 |
| Utilities | $11,442 | $11,087 | $12,855 |
| Car and truck expenses | $8,887 | $11,967 | $6,844 |
| Supplies | $2,011 | $34,481 | $0 |
| Contract Labor | $0 | $0 | $103,286 |
| Consulting | $0 | $0 | $294,465 |
| Other Operating Income | $0 | $0 | $0 |
| Other Operating Expenses | $31,368 | $91,147 | $246,572 |
| | | | |
| **Total Operating Expenses** | **$380,851** | **$605,265** | **$1,359,790** |
| **Operating Profit** | **$90,357** | **$54,841** | **($239,968)** |
| | | | |
| Interest Expense | $11,285 | $25,761 | $190,448 |
| Non-TCB Interest Expense | $0 | $0 | $11,550 |
| TCB-Interest Expense | $0 | $0 | $178,898 |
| Other Income | $0 | $55,000 | $0 |
| Other Expenses | $0 | $0 | $39,115 |
| | | | |
| **Unadjusted EBITDA** | **$90,674** | **$109,841** | **($279,083)** |
| EBITDA Adjustments | $0 | $1,136,899 | $1,015,326 |
| Inventory Adjustment | $0 | $1,136,899 | $1,015,326 |
| | | | |
| **EBITDA** | **$90,674** | **$1,246,740** | **$736,243** |
| **Net Profit Before Taxes** | **$79,072** | **$84,080** | **($469,531)** |
| | | | |
| Taxes Paid | $0 | $0 | $0 |
| Extraordinary Gain | $0 | $0 | $0 |
| Extraordinary Loss | $0 | $0 | $0 |
| | | | |
| **Net Income** | **$79,072** | **$84,080** | **($469,531)** |

**Comments**

KEY THERAPEUTICS, LLC

| Balance Sheet | Tax Return<br>Cardale Greer<br>12/31/2022 | Tax Return<br>Tyler Sistrunk<br>12/31/2023 | Company Prepared<br>Tyler Sistrunk<br>12/31/2024 |
|---|---|---|---|
| Cash (Bank Funds) | $332,042 | $1,087,542 | $1,166,534 |
| Accounts Receivable | $70,964 | $479,265 | $165,433 |
| Inventory | $655,729 | $205,883 | $880,982 |
| Other Current Assets | ($35,855) | $0 | ($15,165) |
| Uncategorized Assets | ($34,664) | $0 | $0 |
| Undeposited Funds | ($1,191) | $0 | $0 |
| Other Current Assets | $0 | $0 | ($15,166) |
| **Total Current Assets** | **$1,022,880** | **$1,772,690** | **$2,197,784** |
| Gross Fixed Assets | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 |
| **Net Fixed Assets** | **$0** | **$0** | **$0** |
| Gross Intangible Assets | $0 | $0 | $0 |
| Accumulated Amortization | $0 | $0 | $0 |
| **Net Intangible Assets** | **$0** | **$0** | **$0** |
| Other Assets | $0 | $0 | $3,174,914 |
| ST Portion of Investment in LXA Assets | $0 | $0 | $3,174,914 |
| **Total Assets** | **$1,022,880** | **$1,772,690** | **$5,372,698** |
| Accounts Payable | $8,899 | $0 | $284,370 |
| Short Term Debt | $0 | $0 | $0 |
| Current Portion of Long Term Debt | $0 | $0 | $0 |
| Other Current Liabilities | $5,215 | $0 | $0 |
| **Total Current Liabilities** | **$14,114** | **$0** | **$284,370** |
| Notes Payable / Senior Debt | $0 | $241,698 | $3,909,950 |
| N/P - The Citizens Bank | $0 | $163,277 | $2,511,658 |
| N/P - Horizon | $0 | $78,421 | $149,269 |
| N/P - SBA Disaster Relief Loan | $0 | $0 | $47,361 |
| N/P- Plexus | $0 | $0 | $1,201,662 |
| Notes Payable / Subordinated Debt | $0 | $0 | $0 |
| Other Long Term Liabilities | $9,530 | $0 | $0 |
| **Total Long Term Liabilities** | **$9,530** | **$241,698** | **$3,909,950** |
| **Total Liabilities** | **$23,644** | **$241,698** | **$4,194,320** |
| Preferred Stock | $0 | $0 | $0 |
| Common Stock | $0 | $0 | $0 |
| Additional Paid-in Capital | $0 | $0 | $0 |
| Other Stock / Equity | $0 | $0 | $0 |
| Ending Retained Earnings | $999,236 | $1,530,992 | $1,178,378 |
| **Total Equity** | **$999,236** | **$1,530,992** | **$1,178,378** |
| **Total Liabilities + Equity** | **$1,022,880** | **$1,772,690** | **$5,372,698** |
| **Total Assets - (Total Liabilities + Equity)** | **$0** | **$0** | **$0** |
| Tangible Net Worth | $999,236 | $1,530,992 | $1,178,378 |
| Contingent Liabilities | $0 | $0 | $0 |
| Other Annual Debt Service | $0 | $0 | $0 |
| Portion of Other Debt Service to be Refinanced | $0 | $0 | $0 |

**Comments**

KEY THERAPEUTICS, LLC

| | Tax Return | Tax Return | Company Prepared |
|---|---|---|---|
| | Cardale Greer | Tyler Sistrunk | Tyler Sistrunk |
| **Statement of Equity** | **12/31/2022** | **12/31/2023** | **12/31/2024** |
| Preferred Stock | $0 | $0 | $0 |
| Common Stock | $0 | $0 | $0 |
| Additional Paid-in Capital | $0 | $0 | $0 |
| Other Stock / Equity | $0 | $0 | $0 |
| **Total Stock** | **$0** | **$0** | **$0** |
| | | | |
| **Beginning Retained Earnings** | **$875,875** | **$999,236** | **$1,671,419** |
| **Net Income** | **$79,072** | **$84,080** | **($469,531)** |
| Dividends Paid / Withdrawals | $0 | $0 | $0 |
| Other Changes to Retained Earnings | $0 | $0 | $0 |
| **Unexplained Changes to RE** | **$44,289** | **$447,676** | **($23,510)** |
| **Ending Retained Earnings** | **$954,947** | **$1,083,316** | **$1,201,888** |
| | | | |
| Ending Equity as Calculated Above | $954,947 | $1,083,316 | $1,201,888 |
| Actual Equity from Balance Sheet | $999,236 | $1,530,992 | $1,178,378 |
| Difference (Unexplained Change in Equity) | $44,289 | $447,676 | ($23,510) |

**Comments**

KEY THERAPEUTICS, LLC

| | Tax Return | Tax Return | Company Prepared |
|---|---|---|---|
| | Cardale Greer | Tyler Sistrunk | Tyler Sistrunk |
| **UCA Cash Flow Statement** | | **12/31/2023** | **12/31/2024** |
| Sales (Income) | | $2,336,653 | $2,979,993 |
| Decrease (Increase) in Accounts Receivable | | ($408,301) | $313,832 |
| **Cash Collected from Sales** | | $1,928,352 | $3,293,825 |
| | | | |
| Cost of Sales (COGS) | | ($1,676,547) | ($1,860,171) |
| Depreciation (COGS-related) | | $0 | $0 |
| Decrease (Increase) in Inventory | | $449,846 | ($675,099) |
| Increase (Decrease) in Accounts Payable | | ($8,899) | $284,370 |
| **Cash Paid to Suppliers** | | ($1,235,600) | ($2,250,900) |
| | | | |
| **Cash from Trading Activities** | | **$692,752** | **$1,042,925** |
| | | | |
| Overhead or S,G,&A Expenses | | ($514,118) | ($1,113,218) |
| Other Operating Expenses | | ($91,147) | ($246,572) |
| Other Operating Income | | $0 | $0 |
| Decrease (Increase) in Other Current Assets | | ($35,855) | $15,165 |
| Increase (Decrease) in Other Current Liabilities | | ($5,215) | $0 |
| **Cash Paid for Operating Costs** | | ($646,335) | ($1,344,625) |
| | | | |
| **Cash after Operations** | | **$46,417** | **($301,700)** |
| | | | |
| Other Income | | $55,000 | $0 |
| Other Expenses | | $0 | ($39,115) |
| Taxes Paid | | $0 | $0 |
| **Other Income (Expense) and Taxes Paid** | | $55,000 | ($39,115) |
| | | | |
| **Net Cash after Operations** | | **$101,417** | **($340,815)** |
| | | | |
| Dividends Paid / Withdrawals | | $0 | $0 |
| Interest Expense | | ($25,761) | ($190,448) |
| **Cash Paid for Dividends and Interest** | | ($25,761) | ($190,448) |
| | | | |
| **Net Cash Income** | | **$75,656** | **($531,263)** |
| | | | |
| Current Portion Long Term Debt | | $0 | $0 |
| | | | |
| **Cash after Debt Amortization** | | **$75,656** | **($531,263)** |
| | | | |
| Decrease (Increase) in Gross Fixed Assets | | $0 | $0 |
| Increase (Decrease) in Accumulated Depreciation | | $0 | $0 |
| Total Depreciation Expense | | $0 | $0 |
| **Change in Net Fixed Assets** | | $0 | $0 |
| | | | |
| Decrease (Increase) in Intangible Assets | | $0 | $0 |
| Decrease (Increase) in Other Assets | | $0 | ($3,174,914) |
| **Change in Investments** | | $0 | ($3,174,914) |
| | | | |
| **Cash Paid for Plant and Investments** | | **$0** | **($3,174,914)** |
| | | | |
| Extraordinary Gain | | $0 | $0 |
| Extraordinary Loss | | $0 | $0 |
| **Extraordinary and Non-Cash Items** | | $0 | $0 |
| | | | |
| **Financing Surplus (Requirements)** | | **$75,656** | **($3,706,177)** |
| | | | |
| Increase (Decrease) in Short Term Debt | | $0 | $0 |
| Increase (Decrease) in Long Term Liabilities | | $232,168 | $3,668,252 |
| Increase (Decrease) in Preferred Stock | | $0 | $0 |
| Increase (Decrease) in Common Stock | | $0 | $0 |
| Increase (Decrease) in Additional Paid-in Capital | | $0 | $0 |
| Increase (Decrease) in Other Stock | | $0 | $0 |
| Other Changes to Retained Earnings | | $0 | $0 |
| Unexplained Changes to Retained Earnings | | $447,676 | ($23,510) |
| **Total External Financing** | | $679,844 | $3,644,742 |
| | | | |
| **Cash after Financing** | | **$755,500** | **($61,435)** |
| | | | |
| **Total Change in Cash & Equivalents** | | $755,500 | ($61,435) |
| **Beginning Cash & Equivalents** | | $332,042 | $1,087,542 |
| **Ending Cash & Equivalents** | | $1,087,542 | $1,026,107 |
| **Unexplained Change in Cash on Balance Sheet** | | $0 | $140,427 |

# KEY THERAPEUTICS, LLC

**325412 - Pharmaceutical Preparation Manufacturing**

Calculate the debt service for the historical periods below based on:

Loan Information / Itemized Debt

| | Sageworks Industry Averages | KEY THERAPEUTICS, LLC 12/31/2022 | KEY THERAPEUTICS, LLC 12/31/2023 | KEY THERAPEUTICS, LLC 12/31/2024 |
|---|---|---|---|---|
| | (69 Statements)* | | | |
| **Liquidity Ratios** | | | | |
| Current Ratio | 3.46 | 72.47 | -- | 7.73 |
| Quick Ratio | 2.04 | 28.55 | -- | 4.68 |
| Working Capital | -- | $1,008,766 | $1,772,690 | $1,913,414 |
| **Financial Leverage / Coverage Ratios** | | | | |
| Total Equity | -- | $989,706 | $1,530,992 | $1,147,858 |
| Debt to Equity Ratio | 1.72 | 0.03 | 0.16 | 3.68 |
| Tangible Net Worth | -- | $989,706 | $1,530,992 | $1,147,858 |
| Debt to Tangible Net Worth Ratio | -- | 0.03 | 0.16 | 3.68 |
| Debt Service | -- | $909 | $23,041 | $394,184 |
| Debt Service Coverage Ratio | 6.65 | 99.80 | 54.11 | 1.87 |
| Interest Coverage Ratio | 6.44 | 191.70 | 103.93 | 2.20 |
| Senior Debt to Cash Flow | -- | 0.11 | 0.19 | 5.35 |
| Debt to Cash Flow | -- | 0.37 | 0.19 | 5.74 |
| Debt to Capitalization | -- | 3.24% | 13.63% | 78.64% |
| **Profitability Ratios** | | | | |
| Operating Profit Margin | 1.69% | 15.22% | 2.35% | -8.05% |
| Net Profit Margin | 0.86% | 13.32% | 3.60% | -15.76% |
| Return on Equity | 31.13% | 7.99% | 5.49% | -40.90% |
| Return on Assets | 2.63% | 7.73% | 4.74% | -8.74% |
| **Activity / Efficiency Ratios** | | | | |
| Accounts Receivable Days | 49.25 Days | 43.63 Days | 74.86 Days | 20.26 Days |
| Accounts Payable Days | 110.01 Days | 26.52 Days | 0.00 Days | 55.80 Days |
| Inventory Days | 132.06 Days | 1,954.51 Days | 44.82 Days | 172.86 Days |
| Gross Fixed Asset Turnover | 5.45 | -- | -- | -- |
| **Performance Ratios** | | | | |
| Sales (Income) Growth Rate | 9.35% | -- | 293.60% | 27.53% |
| Gross Profit Margin | 61.40% | 79.37% | 28.25% | 37.58% |
| Net Income Growth Rate | -- | -- | 6.33% | -658.43% |

* Data from NAICS Code 325412 - Pharmaceutical Preparation Manufacturing, Yearly sales $1 Million to $10 Million, last 5 years, US only

## Rental Properties

| Income & Expense Data | SIMS, ROBERT Tax Return Cardale Greer Existing 12/31/2022 | SIMS, ROBERT Tax Return Cardale Greer Existing 12/31/2023 |
|---|---|---|
| Annual Gross Rental Income | $35,145 | $38,863 |
| CAM and Other Income | $0 | $0 |
| Anticipated Vacancy Rate | 0.0000% | 0.0000% |
| **Annual Gross Income** | **$35,145** | **$38,863** |
| Post-Vacancy Rate Income | $0 | $0 |
| **Effective Gross Income** | **$35,145** | **$38,863** |
| Insurance | $0 | $4,201 |
| Taxes | $3,651 | $3,651 |
| Property Management Fees | $9,064 | $9,978 |
| Advertising and Marketing | $0 | $0 |
| Maintenance / Care / Improvements | $2,849 | $2,700 |
| Cleaning and maintenance | $2,849 | $2,700 |
| Reserve Requirement for Structural Replacements | $0 | $0 |
| Other Operating Expenses | $22,607 | $22,733 |
| Utilities | $4,157 | $3,422 |
| Other | $18,450 | $11,208 |
| Auto and travel | $0 | $8,103 |
| **Total Operating Expenses** | **$38,171** | **$43,263** |
| **Net Operating Income** | **($3,026)** | **($4,400)** |
| **Percent Ownership** | **100.0000%** | **100.0000%** |
| **Adjusted Net Operating Income** | **($3,026)** | **($4,400)** |
| Non-Cash Expenses | $0 | $22,093 |
| Depreciation | $0 | $22,093 |
| Interest Expense | $0 | $23,719 |
| **Cash Flow before Financing** | **($3,026)** | **($4,400)** |
| **Yearly Loan Payments** | **$0** | **$0** |
| **Debt Service Coverage Ratio** | **--** | **--** |
| **Cash Flow after Financing** | **($3,026)** | **($4,400)** |

**Comments**

Borrowing Base Certificate - KEY THERAPEUTICS, LLC
April 1, 2025

To:    The Citizens Bank
       Attn: BILLY COOK
       P O BOX 578
       CARTHAGE, MS 39051

## Accounts Receivable

| 1 | | Gross accounts receivable | | $ 1,101,998.18 |
|---|---|---|---|---|
| 2 | | Less: | | |
| | a) | Accounts over 60 days past due | $118,662.35 | |
| | b) | Total inelligible receivables | | $118,662.35 |
| 3 | | Balance of qualified receivables | | $ 983,335.83 |

## Inventory

| 4 | Value of inventory on hand | $ 8,142,973.31 |
|---|---|---|

## Total Borrowing Base

| 7 | 80% of qualified receivables (Line 3) | $ 876,668.66 |
|---|---|---|
| 8 | 50% of Inventory on Hand | $ 4,071,486.65 |
| 11 | Total borrowing base available (Line 7+8+9+10) | $ 4,948,155.31 |
| 12 | Maximum Available Credit | $ 2,500,000.00 |
| 13 | Amount over/under (Line 11 less 12) | $ 2,448,155.31 |
| ** | If negative immediately reduce principal balance on note | |

To the best of our knowledge and belief, there have been no changes in the a
above since the date of calculations which would cause the present balance o
and inventory to be less than the amount necessary to comply in all respects v
certificate. We hereby confirm to you that all of the above accounts whether r
arising to acquired, but not limited to each and every account furnished to you
guarantees, remedies and privileges pertaining thereto are, and hereto have b
you and are and have been subject to a security interest in your favor.
Pursuant to our above referenced security agreement with you; wer hereby ce
calculations as of the 2ND DAY OF APRIL, 2025.

KEY THERAPEUTICS, LLC

By:_____