# Key Therapeutics, llc

## Profit and Loss
### January - December 2023

|  | TOTAL |
|---|---|
| **Income** | |
| 40000 Sales of Product Income | 2,607,598.79 |
| 43000 Consulting Services | -23,451.64 |
| 60514 Shipping Income | 700.00 |
| Discounts given | -40,599.97 |
| Gross Revenue Sales Distribution | -35,800.00 |
| Sales | -133,680.68 |
| Uncategorized Income | 4,193.96 |
| **Total Income** | **$2,378,960.46** |
| **Cost of Goods Sold** | |
| 45000 Cost of Goods Sold | 92.40 |
| Inventory Shrinkage | 172,626.00 |
| **Total Cost of Goods Sold** | **$172,718.40** |
| **GROSS PROFIT** | **$2,206,242.06** |
| **Expenses** | |
| 34500 Personal - RWS | 34,240.59 |
| 41500 Other Business Expenses | 170,568.63 |
| 41550 Medicaid Drug Rebate | 0.00 |
| 45050 Inventory Write Off/Loss | 1,136,899.15 |
| 50000 Salaries & Wages | 90,774.84 |
| 50015 Employee Benefits | 346.97 |
| 52030 Contractors | 126,050.00 |
| 52210 Education | 206.95 |
| 59000 Travel | 61,440.79 |
| 59012 Meals & Entertainment | 31,172.36 |
| 59025 Car & Truck | 11,967.31 |
| 60212 Dues & subscriptions | 2,399.47 |
| 60230 Bad Debts | 42,307.27 |
| 60375 Advertising & Marketing | 32,638.70 |
| 60515 Shipping, Freight & Delivery | 16,711.30 |
| 63015 Legal & Professional Services | 189,635.62 |
| 63030 Bank Charges & Fees | 1,008.18 |
| 63040 Insurance | 33,089.37 |
| 63065 Taxes & Licenses | 22,686.44 |
| 64500 Rent & Lease | 11,737.85 |
| 64550 Utilities | 11,086.63 |
| 65120 Office Supplies & Software | 24,211.37 |
| 65135 Shipping | 419.78 |
| 65140 Repairs & Maintenance | 34,541.91 |
| 65322 QuickBooks Payments Fees | 8,961.19 |
| 82715 Interest Paid | 25,761.22 |
| 89020 Taxes Paid | 1,334.24 |

EXHIBIT

V

1/2

# Key Therapeutics, llc

## Profit and Loss

January - December 2023

|  | TOTAL |
|---|---|
| 99999 Ask My Accountant | 26,729.09 |
| Job Supplies | 1,948.34 |
| Melio Service Fees | 31.50 |
| Reimbursable Expenses | 750.00 |
| Uncategorized Expense | 5,022.43 |
| **Total Expenses** | **$2,156,679.49** |
| NET OPERATING INCOME | **$49,562.57** |
| Other Income |  |
| 81880 Litigation Settlement Income | 55,000.00 |
| **Total Other Income** | **$55,000.00** |
| NET OTHER INCOME | **$55,000.00** |
| NET INCOME | **$104,562.57** |