**The Citizens Bank.**

# Certification of Financial Statement

Name: ROBERT SIMS  
Address: 203 WINTER TEAL CT  
MADISON, MS 39110

Phone: 601-672-3611  
Tax ID/SSN: ■■■■■■■■

[X] Individual   [ ] Partnership   [ ] Corporation   [ ] Other _____

**To: The Citizens Bank of Philadelphia**

The attached financial statement dated _____03/17/2025_____, is the most recent financial statement prepared by or for me. I understand that The Citizens Bank of Philadelphia, also known as The Citizens Bank, is relying on the information in this financial statement in deciding to give or continue the financial accommodation or extension of credit requested or received. These statements are delivered to The Citizens Bank to induce it to extend credit from time to time and/or to continue its present extensions of credit, at its discretion, to the undersigned. The undersigned hereby certifies that these statements are correct and complete, and accurately reflect the condition and affairs of the undersigned at the date and for the period(s) stated and that said statements reflect all known liabilities, direct or contingent, as of the date thereof.

The undersigned also represents and warrants that to his/her knowledge there has to date been no material adverse change in the condition or affairs of the undersigned from the date of said statements.

The undersigned does hereby request and warrant that legal title to all property herein described or referred to, excepting only jointly owned property as separately scheduled herein as such, is in the sole name of the undersigned. Every person who is a party to this statement agrees that his/her separate property listed herein or herein referred to and property or interests in property into which property listed herein or herein referred to is converted or re-converted, including his/her interest in property owned jointly, by entirety or in common with another party to this statement, shall be available to the bank for payment to all indebtedness or other obligations of the parties making this statement, or either of them, either voluntarily or involuntarily, by levy of execution or otherwise.

The Citizens Bank is authorized to make all inquiries deemed necessary to verify the accuracy of the information continued herein, and to determine the creditworthiness of the undersigned. Each of the undersigned authorizes the bank to answer questions about its credit experience with the undersigned.

**I Have Read, Understand And Agree To Make These Representations And Warranties.**

If an Individual:

Signature: _/Robert L. _____

Spouse's Signature _____  
*(only if requesting credit jointly with spouse)*

Date: ____7/3/2025____

If Partnership, Corporation or Other Business:

Signature: _____

By: _____

Title: _____

Date: _____

**EXHIBIT**

**X**

 **The Citizens Bank.**

# Certification of Financial Statement

Name: ROBERT SIMS                    Phone: 601-672-3611

Address: 203 WINTER TEAL CT           Tax ID/SSN: ██████████

MADISON, MS  39110

[X] Individual   [ ] Partnership   [ ] Corporation   [ ] Other _____

To: The Citizens Bank of Philadelphia

The attached financial statement dated _July 3, 2025_, is the most recent financial statement prepared by or for me. I understand that The Citizens Bank of Philadelphia, also known as The Citizens Bank, is relying on the information in this financial statement in deciding to give or continue the financial accommodation or extension of credit requested or received. These statements are delivered to The Citizens Bank to induce it to extend credit from time to time and/or to continue its present extensions of credit, at its discretion, to the undersigned. The undersigned hereby certifies that these statements are correct and complete, and accurately reflect the condition and affairs of the undersigned at the date and for the period(s) stated and that said statements reflect all known liabilities, direct or contingent, as of the date thereof.

The undersigned also represents and warrants that to his/her knowledge there has to date been no material adverse change in the condition or affairs of the undersigned from the date of said statements.

The undersigned does hereby request and warrant that legal title to all property herein described or referred to, excepting only jointly owned property as separately scheduled herein as such, is in the sole name of the undersigned. Every person who is a party to this statement agrees that his/her separate property listed herein or herein referred to and property or interests in property into which property listed herein or herein referred to is converted or re-converted, including his/her interest in property owned jointly, by entirety or in common with another party to this statement, shall be available to the bank for payment to all indebtedness or other obligations of the parties making this statement, or either of them, either voluntarily or involuntarily, by levy of execution or otherwise.

The Citizens Bank is authorized to make all inquiries deemed necessary to verify the accuracy of the information continued herein, and to determine the creditworthiness of the undersigned. Each of the undersigned authorizes the bank to answer questions about its credit experience with the undersigned.

I Have Read, Understand And Agree To Make These Representations And Warranties.

If an Individual:                          If Partnership, Corporation or Other Business:

Signature: _____       Signature: _____

Spouse's Signature _____       By: _____

_(only if requesting credit jointly with spouse)_   Title: _____

Date: _7/3/2025_                           Date: _____

TCB-LN-frm.143                                                    10-02-2024