

## Arizona Business Center

Login          Register

## Business Search ⓘ

Home > Business Search > Business Information

Back

| | | |
|---|---|---|
| **Business Name** <br> PHARMACO, LLC | **Business Type** <br> Domestic Limited Liability Company | **Business Status** <br> Active <br><br> **Reason for Status** <br> In Good Standing |
| **Business ID** <br> 23851750 | **State of Formation/Jurisdiction** <br> Arizona | |
| **Principal Office Address** <br> 4602 E ELWOOD STREET, STE 11, PHOENIX, AZ, Maricopa, 85040, USA | **Mailing Address** <br> - | |
| **Date of Formation** <br> 07/11/2025 | **Status Date** <br> 07/14/2025 | |
| **Management Structure** <br> Member Managed | **Period of Duration** <br> Perpetual | |

## Character of Business

999999-Any legal purpose

## Statutory Agent Information

| | | |
|---|---|---|
| **Agent Type** <br> Business | **Agent Name** <br> PARACORP INCORPORATED | **Status** <br> Active |
| **Physical Address Attention** <br> - | **Statutory Agent Address (Physical Address)** <br> 8825 NORTH 23RD AVENUE, SUITE 100, PHOENIX, AZ, Maricopa, 85021, USA | **Mailing Address Attention** <br> - |
| **Mailing Address** <br> 8825 NORTH 23RD AVENUE, SUITE 100, PHOENIX, AZ, Maricopa, 85021, USA | **Effective Date** <br> - | |

## Principals Information (2)

| Title | Principal Type | Name | Attention | Address | Mailing Address | Date Taking Office | Term of Office |
|---|---|---|---|---|---|---|---|
| Member | Business | TRUE MARKER PHARMACEUTICALS, INC. | - | 4602 E ELWOOD STREET, STE 11, PHOENIX, AZ, Maricopa, 85040, USA | - | 07/2025 | - |
| Member | Business | INDENTIRX, LLC | - | 833 W 15TH PLACE, UNIT 901, CHICAGO, IL, Cook, 60608, USA | - | 07/2025 | - |

**Filing History**   Name History   Stat. Agent History   Service History   Restructuring History   Microfilm History

| Filing Number | Filing Date | Effective Date | Filing Type | Filing Status | View Document |
|---|---|---|---|---|---|
| 25071114492144 | 07/14/2025 08:47 AM | 07/11/2025 | Articles of Organization | Approved | ⤓ |

EXHIBIT AA