

Home | Drug Databases | NDC | Search Result

f Share   X Tweet   in Linkedin   ✉ Email   🖨 Print

Current through July 21, 2025

**You have searched Finished drug products**

**Search Results:** *'key therapeutics'*

**Back to Search Page**

Keyword Search | Reset

Showing 1 to 5 of 5 entries   Show 50 entries

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Application Number / Monograph ID | Labeler Name | Product NDC | Non Proprietary Name | Substance Name |
|---|---|---|---|---|---|---|---|---|---|
| + Accentrate PNV | 70868-510-30 | N/A | KIT | ORAL | N/A | Key Therapeutics | 70868-510 | Prenatal Multivitamin Tablet and combination Omega-3 Softgel/Mineral Capsule | N/A |
| + Dexamethasone | 70868-920-21 | 1.5mg/1 | TABLET | ORAL | ANDA201270 | Key Therapeutics | 70868-920 | Dexamethasone | DEXAMETHASONE |
| + Imipramine Hydrochloride | 70868-810-10 | 25mg/1 | TABLET, FILM COATED | ORAL | ANDA040751 | Key Therapeutics | 70868-810 | Imipramine Hydrochloride | IMIPRAMINE HYDROCHLORIDE |
| + Methocarbamol | 70868-901-90 | 750mg/1 | TABLET | ORAL | ANDA040489 | Key Therapeutics | 70868-901 | methocarbamol | METHOCARBAMOL |
| – Methocarbamol | 70868-910-10 | 500mg/1 | TABLET | ORAL | ANDA040489 | Key Therapeutics | 70868-910 | methocarbamol | METHOCARBAMOL |

**Product Type Name** HUMAN PRESCRIPTION DRUG

**Start Marketing Date** 01/01/2021

**End Marketing Date** N/A

**Market Category** ANDA

**Package Description** 100 TABLET in 1 BOTTLE (70868-910-10)

**Pharm Class** Centrally-mediated Muscle Relaxation [PE], Muscle Relaxant [EPC]

**DEA**          N/A

**Sample Package** No

**Listing Record Certified Through** 12/31/2025

EXHIBIT

BB



f Share    X Tweet    in Linkedin    ✉ Email    🖨 Print

Current through July 21, 2025

**You have searched Finished drug products**

**Search Results:** *'gentex'*

**Back to Search Page**

| | Keyword Search | Reset | | | | Showing 1 to 1 of 1 entries | Show 50 entries |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Application Number / Monograph ID | Labeler Name | Product NDC | Non Proprietary Name | Substance Name |
|---|---|---|---|---|---|---|---|---|---|
| ⊖ Methocarbamol | 15014-910-10 | 500mg/1 | TABLET | ORAL | ANDA040489 | GENTEX PHARMA, LLC | 15014-910 | methocarbamol | METHOCARBAMOL |

**Product Type Name** HUMAN PRESCRIPTION DRUG

**Start Marketing Date** 05/22/2025

**End Marketing Date** N/A

**Market Category** ANDA

**Package Description** 100 TABLET in 1 BOTTLE (15014-910-10)

**Pharm Class** Centrally-mediated Muscle Relaxation [PE], Muscle Relaxant [EPC]

**DEA** N/A

**Sample Package** No

**Listing Record Certified Through** 12/31/2026

Previous   1   Next