Gmail

Key Therapeutics <tyler@keyrx.com>

## Accounting
1 message

tyler@keyrx.com <tyler@keyrx.com>                                                Thu, Jan 19, 2023 at 11:57 AM
To: "Robert W. Sims" <robert@keyrx.com>

Can you please send an accounting breakdown on 1/20/23 and a profit distribution paid out on 1/20/23 for all monies owed to North Point. Sales/Expense reports and profit distributions are due on the 20th of each month.

Can you please send a 1099 for North Point for the profit share earned in 2022 by 1/31/23. January 31st is when 1099s are due to recipients for tax year 2022. Need to provide the 1099 to North Point's CPA for 2022 tax filings.

Bank Information:
Name: North Point Rx LLC
Address: 200 S Knowles Ave, Winter Park, FL 32789
Type: Checking
Account number: ███████
Routing number: ███████

Key Therapeutics
232 Market Street
Building K
Flowood, MS 39232
Phone: 888-981-8337
www.KeyRx.com

 KEY
THERAPEUTICS

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost,

 EXHIBIT CC

destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

 **Gmail**

**Key Therapeutics <tyler@keyrx.com>**

## emails and texts

**Robert W. Sims** <robert@keyrx.com>                                   Thu, Jan 19, 2023 at 12:21 PM
To: Key Therapeutics <tyler@keyrx.com>

I will respond to this one because you emailed and you text.  Nothing that is related to the expenses incurred has anything to do with Northpoint. The expenses were incurred by Keytherapeutics. Therefore, your CPA has no need for our information. The agreement says you get visibility to the account - you have that.

Josh, the contract, lawyer, will be getting an addendum over to you for your review and execution.
--
Cordially,

Robert W. Sims
Key Therapeutics, Inc.
(601) 672.3611 c
(888) 981.8337 o
(888) 567.0545 f
www.keyrx.com

**KEY**
THERAPEUTICS

**CLICK HERE** to view my availability and set up a meeting

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

 **Gmail**

Key Therapeutics <tyler@keyrx.com>

---

## emails and texts

---

**tyler@keyrx.com** <tyler@keyrx.com>
To: "Robert W. Sims" <robert@keyrx.com>

Thu, Jan 19, 2023 at 12:29 PM

Can you please provide a full breakdown of all expenses on the bank account by 1/20/23 and pay a profit distribution for all monies owed to North Point Rx on 1/20/23. Monthly expense/sales reports and profit distributions are due on the 20th of each month.

North Point also needs a 1099 by 1/31/23 for the profit share earned in 2022. Thank you.

Bank Information:
Name: North Point Rx LLC
Address: 200 S Knowles Ave, Winter Park, FL 32789
Type: Checking
Account number: ▮▮▮▮
Routing number: ▮▮▮▮

**Please see Schedule A of the executed agreement between Key Therapeutics and North Point Rx:**

**Schedule A**

_Within twenty (20) calendar days following the end of the first full calendar month following the date of the First Commercial Sale and after the end of each calendar month thereafter and within one hundred eighty (180) days after expiration or termination of this Agreement, Key shall calculate the Net Sales, the Commercialization Expenses, the Transfer Price, and the Net Profits obtained from the sale of each Product during such calendar month just ended and shall distribute to North Point a payment equal to eighty percent (80%) of such Net Profits for such calendar month for such Product and Key shall retain twenty percent (20%) of such Net Profits (each Party's "Profit Share"). In order to calculate the amount of the Net Profits retained by Key according to its Profit Share, and the amount of Net Profits to be distributed by Key to North Point, Key shall submit to North Point a monthly report specifying the number of units of each Product  sold in the applicable month, an accounting of Sales Deductions, and Transfer Price for each such unit, a calculation of Net Sales, the customer to whom each unit was sold, an accounting of Commercialization Expenses for such month, and a calculation of each Party's Profit Share of Net Profits (each, a "Sales Report") in a report format to be agreed upon between the Parties, which will provide enough detail for North Point to confirm the accuracy of the amount of the Net Profits to be retained by Key and the remaining Net_
_Profits to be paid to North Point by Key. The Sales Report shall be provided by Key to North Point within twenty (20) calendar days following the last day of each month, starting at the end of the first full month after the First Commercial Sale of the Product in the Territory._ For clarity, if the total Transfer Price and Commercialization Expenses incurred by Key and North Point in a calendar month exceed the Gross Sales received from sales of the Products during such calendar month, then Net Profits will be zero and the amount of the Net Profits owed retained by Key or distributed to North Point shall be zero.

**3. Commercialization Expenses**
**_Commercialization Expenses shall include the approved actual and documented out-of-pocket expenses (without mark-up and not including overhead)_** _incurred by Key and North Point for the following with respect to the commercialization of the Products in the Territory during the Term, which expenses shall be consistent with the amount for such expenses set forth in the Commercialization Budget:_

- _3PL fees_
- _Shipping fees_

- *Credit card transaction fees*
- *Underwriting fees (order insurance) if customers are given terms*
- *Product liability insurance*
- *Serialization*
- *Pharmacovigilance*
- *FDA filing fees / PDUFA fees*
- *Cost of expired inventory and destruction cost*
- *CMMS related expenses*
- *Trademark license fees*
- *Tech transfer expenses and other CMO expenses related to the transition of the Products*

**The following expenses may be included in Commercial Expenses to the extent approved in advance in writing by North Point:**
- *Other marketing expenses*
- *Subscription and License fees (ex. DEA, state boards, etc)*
- *Website development expenses*
- *Data Fees – IMS / IQVIA / NCPDP*
- *Other expenses*

**No expenses other than those listed above will be included in Commercialization Expenses without the prior consent of North Point.**

*Key shall establish a new bank account, at a national banking institution acceptable to both Key and North Point, in their reasonable discretion, which account will be in the name of Key and which shall be used for the deposit of all Gross Sales from sales of the Products and the expenditure of Sales Deductions, Transfer Price, and Commercialization Expenses in accordance with the Commercialization Budget and the terms hereof. Immediately upon establishment of such account, Key shall notify North Point in writing of the bank and the account number. Key shall deposit the full Gross Sales directly into such bank account.* **Such bank account shall be used for no other purpose other than to deposit Gross Sales and to pay amounts permitted to be paid as Sales Deductions, Commercialization Expenses, and Transfer Price.**

Key Therapeutics
232 Market Street
Building K
Flowood, MS 39232
Phone: 888-981-8337
www.KeyRx.com

_____

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,

destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

[Quoted text hidden]



Key Therapeutics <tyler@keyrx.com>

## emails and texts

**Robert W. Sims** <robert@keyrx.com>                                   Thu, Jan 19, 2023 at 2:14 PM
To: "tyler@keyrx.com" <tyler@keyrx.com>
Cc: Joshua McCrory <mccrorylaw@yahoo.com>

No profit has been paid to Northpoint for 2022, so a 1099 is not even need it because we haven't paid it out yet. As the anything else in the agreement, it's all been restructured and you don't have a saying that otherwise I will terminate it today.

On Thu, Jan 19, 2023 at 11:29 tyler@keyrx.com <tyler@keyrx.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

 **Gmail**

**Key Therapeutics <tyler@keyrx.com>**

## agreement termination

**Robert W. Sims** <robert@keyrx.com>                                     Thu, Jan 19, 2023 at 2:39 PM
To: Key Therapeutics <tyler@keyrx.com>
Cc: Joshua McCrory <mccrorylaw@yahoo.com>

Tyler,

This is to notify you that we are terminating the agreement and will be renegotiating terms.

ALL actions on behalf of Key Therapeutics will cease until a resolution is executed.

Here's the non-negotiable resolution:


YEAR 1
1. 50% of gross collections paid to Key.
2. ALL expenses on behalf of DESOXYN paid (no prior approval, etc) by gross collections AFTER Key's dispersement.
3. Key will not be liable for any claims made against DESOXYN.
5. Key will have full and complete control (to include approval) of all operational, sales, marketing, regulatory and administrative functions.
6. Key will participate in a once-per-week call meeting that will last no longer than 30 minutes.
7. Key will provide a monthly report of gross  expenses.
8. NorthpointRx will receive its net payment on the 10th of the first month following the last calendar day of a quarter.
9. NorthpointRx will had insight into all
actions involving DESOXYN via quarterly meeting for business planning purposes.
10. At its discretion, Key will have the first right to acquire the asset (minus its contributing value to the asset) or receive 33% of the gross sales proceeds and any residual revenues thereafter.
11. The legal venue gets moved to Delaware.

YEAR 2
1. Same as Year 1
2. EXCEPT: Key will receive 33% of gross collections (see #1 in Year 1)

 YEAR 3+
1. Same as Year 1
2. EXCEPT: Key will receive 25% of gross collections (see #1 in Year 1)

THIS is our agreement.  Josh can have this drafted and to you for signature after printing, just let him know who this needs to be sent to via certified mail for a "wet" signature.

--
Cordially,

Robert W. Sims
Key Therapeutics, Inc.
(601) 672.3611 c
(888) 981.8337 o
(888) 567.0545 f
www.keyrx.com

**CLICK HERE** to view my availability and set up a meeting

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



Key Therapeutics <tyler@keyrx.com>

## agreement termination

tyler@keyrx.com <tyler@keyrx.com>                                    Thu, Jan 19, 2023 at 5:55 PM
To: "Robert W. Sims" <robert@keyrx.com>
Cc: Joshua McCrory <mccrorylaw@yahoo.com>

Our team will review your email

Please send the accounting breakdown and profit share payment due on 1/20/23

Bank Information:
Name: North Point Rx LLC
Address: 200 S Knowles Ave, Winter Park, FL 32789
Type: Checking
Account number: ▬
Routing number: ▬

**Please see Schedule A of the executed agreement between Key Therapeutics and North Point Rx:**

**Schedule A**

_**Within twenty (20) calendar days following the end of the first full calendar month** following the date of the First Commercial Sale and after the end of each calendar month thereafter and within one hundred eighty (180) days after expiration or termination of this Agreement, Key shall calculate the Net Sales, the Commercialization Expenses, the Transfer Price, and the Net Profits obtained from the sale of each Product during such calendar month just ended and shall distribute to North Point a payment equal to eighty percent (80%) of such Net Profits for such calendar month for such Product and Key shall retain twenty percent (20%) of such Net Profits (each Party's "Profit Share"). In order to calculate the amount of the Net Profits retained by Key according to its Profit Share, and the amount of Net Profits to be distributed by Key to North Point, **Key shall submit to North Point a monthly report specifying the number of units of each Product sold in the applicable month, an accounting of Sales Deductions, and Transfer Price for each such unit, a calculation of Net Sales, the customer to whom each unit was sold, an accounting of Commercialization Expenses for such month, and a calculation of each Party's Profit Share of Net Profits (each, a "Sales Report") in a report format to be agreed upon between the Parties, which will provide enough detail for North Point to confirm the accuracy of the amount of the Net Profits to be retained by Key and the remaining Net Profits to be paid to North Point by Key. The Sales Report shall be provided by Key to North Point within twenty (20) calendar days following the last day of each month, starting at the end of the first full month after the First Commercial Sale of the Product in the Territory.**_ For clarity, if the total Transfer Price and Commercialization Expenses incurred by Key and North Point in a calendar month exceed the Gross Sales received from sales of the Products during such calendar month, then Net Profits will be zero and the amount of the Net Profits owed retained by Key or distributed to North Point shall be zero.

**_3. Commercialization Expenses_**
**_Commercialization Expenses shall include the approved actual and documented out-of-pocket expenses (without mark-up and not including overhead)_** incurred by Key and North Point for the following with respect to the commercialization of the Products in the Territory during the Term, which expenses shall be consistent with the amount for such expenses set forth in the Commercialization Budget:

- _3PL fees_
- _Shipping fees_
- _Credit card transaction fees_

- *Underwriting fees (order insurance) if customers are given terms*
- *Product liability insurance*
- *Serialization*
- *Pharmacovigilance*
- *FDA filing fees / PDUFA fees*
- *Cost of expired inventory and destruction cost*
- *CMMS related expenses*
- *Trademark license fees*
- *Tech transfer expenses and other CMO expenses related to the transition of the Products*

**The following expenses may be included in Commercial Expenses to the extent approved in advance in writing by North Point:**
- *Other marketing expenses*
- *Subscription and License fees (ex. DEA, state boards, etc)*
- *Website development expenses*
- *Data Fees – IMS / IQVIA / NCPDP*
- *Other expenses*

**No expenses other than those listed above will be included in Commercialization Expenses without the prior consent of North Point.**

*Key shall establish a new bank account, at a national banking institution acceptable to both Key and North Point, in their reasonable discretion, which account will be in the name of Key and which shall be used for the deposit of all Gross Sales from sales of the Products and the expenditure of Sales Deductions, Transfer Price, and Commercialization Expenses in accordance with the Commercialization Budget and the terms hereof. Immediately upon establishment of such account, Key shall notify North Point in writing of the bank and the account number. Key shall deposit the full Gross Sales directly into such bank account.* **Such bank account shall be used for no other purpose other than to deposit Gross Sales and to pay amounts permitted to be paid as Sales Deductions, Commercialization Expenses, and Transfer Price.**

Key Therapeutics
232 Market Street
Building K
Flowood, MS 39232
Phone: 888-981-8337
www.KeyRx.com

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,

we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

[Quoted text hidden]

 **Key Therapeutics <tyler@keyrx.com>**

## agreement termination

**Robert W. Sims** <robert@keyrx.com>                                          Thu, Jan 19, 2023 at 6:06 PM
To: "tyler@keyrx.com" <tyler@keyrx.com>
Cc: Joshua McCrory <mccrorylaw@yahoo.com>

Not happening until we renegotiate - you have until noon tomorrow.

[Quoted text hidden]

 **Gmail**

Key Therapeutics <tyler@keyrx.com>

---

## agreement termination

---

**tyler@keyrx.com** <tyler@keyrx.com>                                      Thu, Jan 19, 2023 at 6:27 PM
To: "Robert W. Sims" <robert@keyrx.com>
Cc: Joshua McCrory <mccrorylaw@yahoo.com>

We have a signed legal contract that obligates Key to provide this information and make the required payments owed to North Point.

180 day notice has to be given for termination. Key has to abide by the terms of the contract for the next 180 days or until a new agreement is reached.

Key Therapeutics
232 Market Street
Building K
Flowood, MS 39232
Phone: 888-981-8337
www.KeyRx.com

**KEY** THERAPEUTICS

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

[Quoted text hidden]

 **Gmail**

**Key Therapeutics <tyler@keyrx.com>**

## agreement termination

**Robert W. Sims** <robert@keyrx.com>                                                                    Thu, Jan 19, 2023 at 8:53 PM
To: "tyler@keyrx.com" <tyler@keyrx.com>
Cc: Joshua McCrory <mccrorylaw@yahoo.com>

we signed an agreement that obligated you to several things yet you've ignored them as well.  this conversation is over.  either accept the new terms or we will in fact terminate the agreement by noon tomorrow and begin the unwinding processes - to which there will be fees assessed and expenses due immediately.  you want to see all the bills due, you'll get them...don't worry.

Cordially,

Robert W. Sims
Key Therapeutics, Inc.
(601) 672.3611 c
(888) 981.8337 o
(888) 567.0545 f
www.keyrx.com

**KEY**
THERAPEUTICS

**CLICK HERE** to view my availability and set up a meeting

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

[Quoted text hidden]