Prepared by:
Hillsborough Title, Inc.
Joe Bennett
1208 E Kennedy Blvd, Ste 231
Tampa, FL 33602
File No.: CSI23-122194
This Deed is prepared pursuant to the issuance of Title Insurance

## GENERAL WARRANTY DEED

Made this October 20, 2023. A.D. by Tammy Lynn Sparks, a married woman, whose address is: 8518 Edison Rd, Lithia, FL 33547 hereinafter called the grantor, to Robert Sims, an unmarried man, whose post office address is: 203 Winter Teal Court, Madison, MS 39110, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Hillsborough County, Florida, viz:

Unit 04-09W, Building W, of Grand Central at Kennedy Residences, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 17300, Page 730, and all subsequent amendments thereto, together with its undivided share in the common elements, in the Public Records of Hillsborough County, Florida.

Parcel ID No.: 190152-0386

Subject to all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances except taxes accruing subsequent to the current year.

Instrument #: 2023400188-JAW of 2ktH 814/ Filed 04/15/26 Entered 04/15/26 16:20:03 Page 1 of 2. TAX PD (F.S. 199) $0.00, DOC TAX PD (F.S. 201.08) $0.00, Deputy Clerk: O Cindy Stuart, Clerk of the Circuit Court Hillsborough County



EXHIBIT

DD

Prepared by:
Hillsborough Title, Inc.
Joe Bennett
1208 E Kennedy Blvd, Ste 231
Tampa, FL 33602
incidental to the issuance of a title insurance policy
File No.: CSI23-122194

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed and Sealed in Our Presence:*

Witness Printed Name: Makayla Lynn Ourata

Tammy Lynn Sparks

Address:

8518 Edison Rd
Lithia, FL 33547

Witness Printed Name: Joe Bennett III

State of Florida
County of Hillsborough

The foregoing instrument was executed and acknowledged before me this 19th of October, 2023, by means of _____ Physical Presence or _____ Online Notarization, by Tammy Lynn Sparks, a married woman, who is/are personally known to me or who has produced a valid driver's license as identification.

Notary Public

My Commission Expires: _____

(SEAL)

Notary Public State of Florida
Joe Bennett III
My Commission
HH 164954
Exp.10/14/2025