# CREDIT
## GENERAL LEDGER

**LOAN SETTLEMENT CREDIT - Specified of Backdated Payment**

ACCOUNT TITLE

FSLSC

| DATE | PREPARED BY | APPROVED BY | [E] The Citizens Bank. |
|------|-------------|-------------|------------------------|
| 6-6-25 | PBrown | | |

EFFECTIVE DATE 6-6-25 ACCT. # 33113125

CUSTOMER NAME Key Therapeutics, LLC

CODES – (Circle One)
05 – TO REVERSE CODE 55        16 – LATE FEE
20 – REGULAR PAYMENT          19 – PAYOFF
42 – SPECIFIED PRINCIPAL      33 – SPECIFIED INTEREST (WILL NOT EFFECT DATES)

| BRANCH | COST CENTER | ACCOUNT NUMBER | | AMOUNT |
|--------|-------------|----------------|---|--------|
| ✶ 9997 | 9997 | 01150900 | $ | 46519.84 |

⑈5091⑈2154⑈ ⑈9997999701150900⑈

---

# CREDIT
## GENERAL LEDGER

*Loan Origination Fee*

ACCOUNT TITLE

FSGLC

| DATE | PREPARED BY | APPROVED BY | [E] The Citizens Bank. |
|------|-------------|-------------|------------------------|
| 6/6/2025 | PBrown | | |

DESCRIPTION: Key Therapeutics, LLC
33113125

| BRANCH | COST CENTER | ACCOUNT NUMBER | | AMOUNT |
|--------|-------------|----------------|---|--------|
| ✶ 0005 | 0001 | 04430600 | $ | 5000.00 |

⑈5091⑈2154⑈

---

# CREDIT
## GENERAL LEDGER

# LOAN DOCUMENTATION FEE
ACCOUNT TITLE

FSLDFC

| DATE | PREPARED BY | APPROVED BY | [E] The Citizens Bank. |
|------|-------------|-------------|------------------------|
| 6/6/25 | PBrown | | |

DESCRIPTION: Key Therapeutics, LLC
# 33113125
Loan DOC Fee

| BRANCH | COST CENTER | ACCOUNT NUMBER | | AMOUNT |
|--------|-------------|----------------|---|--------|
| ✶ 0005 | 0001 | 04431800 | $ | 450.00 |

⑈5091⑈2154⑈

---

# CREDIT
## GENERAL LEDGER

# RECORDING FEES
ACCOUNT TITLE

FSRFC

| DATE | PREPARED BY | APPROVED BY | [E] The Citizens Bank. |
|------|-------------|-------------|------------------------|
| 6/6/25 | PBrown | | |

DESCRIPTION: Key Therapeutics, LLC
33113125

| BRANCH | COST CENTER | ACCOUNT NUMBER | | AMOUNT |
|--------|-------------|----------------|---|--------|
| ✶ 0005 | 0001 | 04427150 | $ | 74.00 |

⑈5091⑈2154⑈ 000100010442715 0⑈

**EXHIBIT**

**EE**

VOLUFORMS 888-234-0762

Downloaded from Citizens Bank Corporation document id: 91cc3d804c168822

# CREDIT
## GENERAL LEDGER

**ACCOUNT TITLE:** Loan Fee Clearing Acct — FSGLC

| DATE | PREPARED BY | APPROVED BY | | The Citizens Bank℠ |
|---|---|---|---|---|
| 6/6/25 | PBrown | | | |

**DESCRIPTION:** Key Therapeutics, LLC
33113185
16.50, CR fee, 39,324.25 - Atty fees

VOLUFORMS 888-234-8752

| BRANCH | COST CENTER | ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| ✱ 0005 | 0001 | 02288560 | $ | 39340.75 |

⑆5091⑈2154⑆

---

# CREDIT/DEBIT
FSCTCB

**The Citizens Bank℠**

# CHECKING TRANSACTION

**CUSTOMER NAME:** Key Therapeutics, LLC

**SIGNATURE:** Per Robert Sims

| DATE | PREPARED BY | APPROVED BY |
|---|---|---|
| 6/6/25 | PBrown | Robert Sims |

**DESCRIPTION:** Interest + loan fees
associated with loan renewal
# 33113185

**CREDIT**
20 - Deposit
28 - Telephone Transfer
30 - Credit Memo

**DEBIT**
56 - Over the Counter Debit
60 - Debit Memo
82 - Transfer Debit
98 - Closing Entry

VOLUFORMS 888-234-8752

| ACCOUNT NUMBER | TRAN CODE | | TOTAL AMOUNT |
|---|---|---|---|
| ✱ 2792026 | ✱ 56 | $ | 91384.59 |

⑆5010⑈2154⑆



# The Citizens Bank

# Wire Transfer Authorization

| | |
|---|---|
| **Date & Time of Wire Transfer:** 07/08/2025 02:35:56 pm | **Entered at:** ln00mj01s92f/pbrown |
| **Amount of Funds to Wire:** USD $39,424.55 | **Customer Acct Number:** DDA 2554053 |
| **Customer Name:** THE CITIZENS BANK | |
| **Customer Address:** 521 MAIN STREET PHILADELPHIA MS 39350-0209 | |
| **Customer eMail:** No eMail | **Customer Phone:** 6016564692 |
| **Receiving Bank ABA:** 065000090 | |
| **Receiving Bank Name:** CAPITAL ONE NATIONAL ASSOCIATION | |
| **Beneficiary Bank ID:** ABA | **Beneficiary Bank Acct:** 2082792106 |
| **Beneficiary Bank Name:** | |
| **Beneficiary Bank Address:** | |
| **Beneficiary Name:** PHELPS DUNBAR LLP IOLTA - ATTORNEY TRUST ACCOUNT | |
| **Beneficiary Address:** 365 CANAL STREET SUITE 2000 NEW ORLEANS LA 70130 | |
| **Intermediary Bank Name:** | |
| **Intermediary Bank ID:** ABA | **Intermediary Bank Acct:** |
| **For Further Credit to:** | |
| **Reference Information:** LOAN CLOSING - KEY THERAPEUTICS LLC | |
| **Purpose for Funds Wired:** FILE NO 06633-38 | |
| **OFAC Information for Bank** | Search Name: | |

| | |
|---|---|
| **OFAC Informaton for Beneficiary** | Search Name: PHELPS DUNBAR, LLP IOLTA - ATTORNEY TRUST ACCOUNT |
| No OFAC Hits Found | |

| | |
|---|---|
| **Comments:** PER BILLY COOK FOR LOAN CLOSING OF KEY THERAPEUTICS LLC - 33113125 | |
| **Fee Amt:** $USD $0.00 | **Total Amt:** USD $39,424.55 |

The cutoff time for domestic wire transfers is 3:00 pm & the cutoff time for international wires is 2:00 pm

**Paula Brown**                                                      Customer Not Present



The
Citizens Bank.

# Wire Transfer Authorization

**Customer Liability:**  The Customer shall be liable to the Bank and shall indemnify and hold the Bank harmless from any and all claims, causes of action, damages, expenses, liabilities and other losses resulting from acts, omissions, or provision of invalid or inaccurate data by the Customer, any person acting in the customer's behalf or failure to act or a delay by any financial institution other than the Bank.

**Bank Liability:**  The Bank shall be responsible only for performing the funds transfer services (Wires) provided in this agreement and shall be liable only for its negligence or willful misconduct in performing these services. The Bank shall not be liable for acts or omissions by the Customer, the customer's authorized agents or any other person including, without limitation, any Federal Reserve Bank, any beneficiary's bank, excused from delaying or failing to act if caused by legal constraint, interruption of transmission or communications, equipment failure, natural disaster, or other circumstances beyond the Bank's control. In addition, the Bank shall be excused from delaying or failing to execute a transfer if it would result in the Bank's violating any present or future risk control program of the Federal Reserve or a rule or regulation of other governmental regulatory authorities.

**Reconcilement:**  All transfers will appear on the Customer's regular account statement. It is the Customer's obligation to examine the statement for any discrepancy concerning any Wire Transfer. If the Customer fails to notify the Bank of any such discrepancy, the Bank shall not be liable for and the Customer shall idemnify and hold the Bank harmless from any loss of interest with respect to the Wire Transfer and any other loss which could have been avoided had the Customer given such notice.

**Processing Wire Transfers:**  The Bank shall process transfer requests based soley upon information received from the Customer. At the time the Bank executes a wire transfer request, the Customer agrees to pay the Bank with collected funds on deposit for the amount of the wire plus the current Wire Transfer Fee as listed in the Bank's fee schedule.

The cutoff time for domestic wire transfers is 3:00 pm & the cutoff time for international wires is 2:00 pm

**Paula Brown**                                        Customer Not Present

FOXWIREv5.09